**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LVL PATENT GROUP, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-834-SLR |
| | ) |
| FEDERAL EXPRESS CORPORATION; | ) **JURY TRIAL DEMANDED** |
| UNITED PARCEL SERVICE, INC; DHL | ) |
| EXPRESS (USA), INC.; MOTOROLA | ) |
| MOBILITY, INC.; GARMIN USA, INC.; | ) |
| MITAC DIGITAL CORPORATION D/B/A | ) |
| MAGELLAN; VERIFONE SYSTEMS, INC.; | ) |
| HYPERCOM CORPORATION; INGENICO | ) |
| CORP.; INGENICO INC.; FIRST DATA | ) |
| CORPORATION; DELTA AIR LINES, INC.; | ) |
| UNITED AIRLINES, INC.; SOUTHWEST | ) |
| AIRLINES CO.; AMERICAN AIRLINES, INC.; | ) |
| US AIRWAYS, INC.; AIR CANADA; AIRTRAN | ) |
| AIRWAYS, INC.; JETBLUE AIRWAYS | ) |
| CORPORATION; MARRIOTT | ) |
| INTERNATIONAL, INC.; STARWOOD HOTELS | ) |
| & RESORTS WORLDWIDE, INC.; INTER- | ) |
| CONTINENTAL HOTELS CORPORATION; | ) |
| HYATT HOTELS CORPORATION; HILTON | ) |
| WORLDWIDE, INC.; AMAZON.COM, INC.; | ) |
| PANDIGITAL, INC.; BARNES & NOBLE, INC.; | ) |
| SONY ELECTRONICS INC.; AND NINETENDO | ) |
| OF AMERICA, INC., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff LVL Patent Group, LLC and Defendant Delta Air Lines, Inc. ("Delta"), subject to the approval of the Court, that Delta's time to move, answer, or otherwise respond to the Complaint in this action shall be extended to November 23, 2011.

| BAYARD, P.A. | POTTER ANDERSON & CORROON LLP |
|---|---|
| By:   */s/Stephen B. Brauerman*<br>    Richard D. Kirk (#922)<br>    Stephen B. Brauerman (#4952)<br>    222 Delaware Avenue, Suite 900<br>    Wilmington, DE 19899<br>    (302) 655-5000<br>    rkirk@bayardlaw.com<br>    sbrauerman@bayardlaw.com<br><br>*Attorneys for Plaintiff LVL Patent Group, LLC* | By:   */s/David E. Moore*<br>    Richard L. Horwitz (#2246)<br>    David E. Moore (#3983)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE 19801<br>    Tel: (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    dmoore@potteranderson.com<br><br>*Attorneys for Defendant Delta Air Lines, Inc.* |

IT IS SO ORDERED this _____ day of _____, 2011.

_____
U.S.D.J.

1031566 / 38410