**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LVL PATENT GROUP, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-834-SLR |
| | ) |
| FEDERAL EXPRESS CORPORATION; | ) **JURY TRIAL DEMANDED** |
| UNITED PARCEL SERVICE, INC; DHL | ) |
| EXPRESS (USA), INC.; MOTOROLA | ) |
| MOBILITY, INC.; GARMIN USA, INC.; | ) |
| MITAC DIGITAL CORPORATION D/B/A | ) |
| MAGELLAN; VERIFONE SYSTEMS, INC.; | ) |
| HYPERCOM CORPORATION; INGENICO | ) |
| CORP.; INGENICO INC.; FIRST DATA | ) |
| CORPORATION; DELTA AIR LINES, INC.; | ) |
| UNITED AIRLINES, INC.; SOUTHWEST | ) |
| AIRLINES CO.; AMERICAN AIRLINES, INC.; | ) |
| US AIRWAYS, INC.; AIR CANADA; AIRTRAN | ) |
| AIRWAYS, INC.; JETBLUE AIRWAYS | ) |
| CORPORATION; MARRIOTT | ) |
| INTERNATIONAL, INC.; STARWOOD HOTELS | ) |
| & RESORTS WORLDWIDE, INC.; INTER- | ) |
| CONTINENTAL HOTELS CORPORATION; | ) |
| HYATT HOTELS CORPORATION; HILTON | ) |
| WORLDWIDE, INC.; AMAZON.COM, INC.; | ) |
| PANDIGITAL, INC.; BARNES & NOBLE, INC.; | ) |
| SONY ELECTRONICS INC.; AND NINETENDO | ) |
| OF AMERICA, INC., | ) |
| | ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE**

PLEASE ENTER THE APPEARANCE of Richard L. Horwitz of the law firm of Potter Anderson & Corroon LLP, 1313 N. Market Street, Hercules Plaza, 6th Floor, Wilmington, DE 19899, as Delaware counsel on behalf of defendant Delta Airlines, Inc.

| | |
|---|---|
| | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | |
| | By: */s/ Richard L. Horwitz* |
| Lawrence B. Goodwin | Richard L. Horwitz (#2246) |
| KASOWITZ, BENSON, TORRES AND FRIEDMAN LLP | David E. Moore (#3983) |
| | 1313 N. Market Street |
| 1633 Broadway | Hercules Plaza, 6th Floor |
| New York, NY 10019 | Wilmington, DE 19801 |
| Tel: (212) 506-1795 | Tel: (302) 984-6000 |
| | rhorwitz@potteranderson.com |
| | dmoore@potteranderson.com |
| Dated: October 19, 2011 | *Attorneys for Defendant Delta Airlines, Inc.* |
| 1031892 / 38410 | |