**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LVL PATENT GROUP, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| FEDERAL EXPRESS CORPORATION; ) | |
| UNITED PARCEL SERVICE, INC; DHL ) | C.A. No. 11-834-SLR |
| EXPRESS (USA), INC.; MOTOROLA ) | |
| MOBILITY, INC.; GARMIN USA, INC.; ) | |
| MITAC DIGITAL CORPORATION D/B/A ) | **JURY TRIAL DEMANDED** |
| MAGELLAN; VERIFONE SYSTEMS, INC.; ) | |
| HYPERCOM CORPORATION; INGENICO ) | |
| CORP.; INGENICO INC.; FIRST DATA ) | |
| CORPORATION; DELTA AIR LINES, INC.; ) | |
| UNITED AIRLINES, INC.; SOUTHWEST ) | |
| AIRLINES CO.; AMERICAN AIRLINES, INC.; ) | |
| US AIRWAYS, INC.; AIR CANADA; ) | |
| AIRTRAN AIRWAYS, INC.; JETBLUE ) | |
| AIRWAYS CORPORATION; MARRIOTT ) | |
| INTERNATIONAL, INC.; STARWOOD ) | |
| HOTELS & RESORTS WORLDWIDE, INC.; ) | |
| INTER-CONTINENTAL HOTELS ) | |
| CORPORATION; HYATT HOTELS ) | |
| CORPORATION; HILTON WORLDWIDE, ) | |
| INC.; AMAZON.COM, INC.; PANDIGITAL, ) | |
| INC.; BARNES & NOBLE, INC.; SONY ) | |
| ELECTRONICS INC.; AND NINTENDO OF ) | |
| AMERICA, INC., ) | |
| ) | |
| Defendants. ) | |

**STIPULATION TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff LVL Patent Group, LLC and Defendant Amazon.com, Inc., subject to the approval of the Court, that Defendant Amazon.com, Inc.'s time to move, answer, or otherwise respond to the Complaint in this action shall be extended to December 9, 2011.

2

| | |
|---|---|
| PARKOWSKI, GUERKE & SWAYZE, P.A. | POTTER ANDERSON & CORROON LLP |
| By: */s/ John C. Andrade*<br>John C. Andrade (#1037)<br>116 W. Water Street<br>Dover, DE 19904<br>Tel:  (302) 678-3262<br>jandrade@pgslegal.com<br><br>*Attorneys for Plaintiff*<br>*LVL Patent Group, LLC* | By: */s/ Richard L. Horwitz*<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>1313 N. Market Street<br>Hercules Plaza, 6th Floor<br>Wilmington, DE 19801<br>Tel:  (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>*Attorneys for Defendant*<br>*Amazon.com, Inc.* |

Dated:  October 21, 2011

    IT IS SO ORDERED this _____ day of _____, 2011.

                                                                           _____
                                                                               U.S.D.J.

1032132 / 37352