IN THE UNITED STATESS DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LVL PATENT GROUP, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-834 (SLR) |
| | ) | |
| FEDERAL EXPRESS CORPORTION; UNITED PARCEL SERVICE, INC.; DHL EXPRESS (USA), INC.; MOTORALA MOBILITY, INC.; GARMIN USA, INC.; MITAC DIGITAL CORPORATION D/B/A MAGELLAN; VERIFONE SYSTEMS, INC.; HYPERCOM COROPRATION; INGENICO CORP.; INGENICO INC.; FIRST DATA CORORATION; DELATA AIRLINES, INC.; UNITED AIRLINES, INC; SOUTHWEST AIRLINES CO.; AMERICAN AIRLINES, INC.; US AIRWAYS, INC.; AIR CANADA; AIRTRAN AIRWAYS, INC.; JETBLUE AIRWAYS COROPRATION; MARRIOTT INTERNATIONAL, INC.; STARWOOD HOTELS & RESORTS WORLDWIDE, INC.; INTER-CONTINENTAL HOTELS COROPRATION; HYATT HOTELS CORPORATION; HILTON WORLDWIDE, INC.; AMAZON.COM, INC.; PANDIGITAL, INC.; BARNES & NOBLE, INC.; SONY ELECTRONICS INC.; AND NINTENDO OF AMERICA INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff LVL Patent Group and Defendant Barnes & Noble, Inc., subject to the approval of the Court, that Defendant's time to move, answer, or otherwise respond to the Complaint in this action shall be extended to December 9, 2011.  This request is to allow Defendant time to respond to the complaint, and is not for the purposes of delay.

| | |
|---|---|
| PARKOWSKI, GUERKE & SWAYZE, P.A. | FISH & RICHARDSON P.C. |
| */s/ John C. Andrade* <br> John C. Andrade, Esq., I.D.# 1037 <br> 116 West Water Street, P. O. Box 598 <br> Dover, DE 19903 <br> Tel:  302-678-3262 <br> jandrade@pgslegal.com | */s/ Lauren Murphy Pringle* <br> Lauren Murphy Pringle (#5375) <br> 222 Delaware Avenue, 17th Floor <br> P.O. Box 1114 <br> Wilmington, DE  19899-1114 <br> Tel:  302-652-5070 <br> pringle@fr.com |
| *Attorney for Defendant* <br> *LVL Patent Group, LLC* | *Attorney for Defendant* <br> *Barnes & Noble, Inc.* |

Dated:  October 24, 2011


IT IS SO ORDERED this_____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE