IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LVL PATENT GROUP, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-834 (SLR) |
| | ) |
| FEDERAL EXPRESS CORPORATION; UNITED PARCEL SERVICE, INC.; DHL EXPRESS (USA), INC.; MOTOROLA MOBILITY, INC.; GARMIN USA, INC.; MITAC DIGITAL CORPORATION D/B/A MAGELLAN; VERIFONE SYSTEMS, INC.; HYPERCOM CORPORATION; INGENICO CORP; INGENICO INC.; FIRST DATA CORPORATION; DELTA AIR LINES, INC.; UNITED AIR LINES, INC.; SOUTHWEST AIRLINES CO.; AMERICAN AIRLINES, INC.; US AIRWAYS, INC.; AIR CANADA; AIRTRAN AIRWAYS, INC.; JETBLUE AIRWAYS CORPORATION; MARRIOTT INTERNATIONA, INC.; STARWOOD HOTELS & RESORTS WORLDWIDE, INC.; INTER-CONTINENTAL HOTELS CORPORATION; HYATT HOTELS CORPORATION; HILTON WORLDWIDE, INC.; AMAZON.COM, INC.; PANDIGITAL, INC.; BARNES & NOBLE, INC.; SONY ELECTRONICS INC.; AND NINTENDO OF AMERICA INC., | ) |
| Defendants. | ) |

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time for Defendant Sony Electronics, Inc. to move, answer or otherwise respond to the Complaint is extended until December 9, 2011.

| PARKOWSKI, GUERKE & SWAYZE, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ John C. Andrade* | */s/ Rodger D. Smith II* |
| John C. Andrade (#1037) | Rodger D. Smith II (#3778) |
| 116 West Water Street | 1201 N. Market Street |
| P.O. Box 598 | P.O. Box 1347 |
| Dover, DE 19903 | Wilmington, DE  19899-1347 |
| (302) 678-3262 | (302) 658-9200 |
| jandrade@pgslegal.com | rsmith@mnat.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *LVL Patent Group LLC* | *Sony Electronics, Inc.* |

4549207

SO ORDERED this _____ day of _____, 2011.

_____
United States District Judge