IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LVL PATENT GROUP, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 11-834 (SLR) |
| | ) |
| FEDERAL EXPRESS CORPORATION; UNITED PARCEL SERVICE, INC.; DHL EXPRESS (USA), INC.; MOTOROLA MOBILITY, INC.; GARMIN USA, INC.; MITAC DIGITAL CORPORATION D/B/A MAGELLAN; VERIFONE SYSTEMS, INC.; HYPERCOM CORPORATION; INGENICO CORP; INGENICO INC.; FIRST DATA CORPORATION; DELTA AIR LINES, INC.; UNITED AIR LINES, INC.; SOUTHWEST AIRLINES CO.; AMERICAN AIRLINES, INC.; US AIRWAYS, INC.; AIR CANADA; AIRTRAN AIRWAYS, INC.; JETBLUE AIRWAYS CORPORATION; MARRIOTT INTERNATIONA, INC.; STARWOOD HOTELS & RESORTS WORLDWIDE, INC.; INTER-CONTINENTAL HOTELS CORPORATION; HYATT HOTELS CORPORATION; HILTON WORLDWIDE, INC.; AMAZON.COM, INC.; PANDIGITAL, INC.; BARNES & NOBLE, INC.; SONY ELECTRONICS INC.; AND NINTENDO OF AMERICA INC., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED AND AGREED by Plaintiff and Defendant Verifone Systems, Inc. ("Verifone"), subject to the approval of the Court, that the time for Verifone to move, answer or otherwise respond to the Complaint is extended until December 9, 2011.

- 2 -

| | |
|---|---|
| PARKOWSKI, GUERKE & SWAYZE, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | |
| */s/ John C. Andrade* | */s/ Jack B. Blumenfeld* |
| John C. Andrade (#1037) | Jack B. Blumenfeld (#1014) |
| 116 West Water Street | Rodger D. Smith II (#3778) |
| P.O. Box 598 | 1201 N. Market Street |
| Dover, DE 19903 | P.O. Box 1347 |
| (302) 678-3262 | Wilmington, DE  19899-1347 |
| jandrade@pgslegal.com | (302) 658-9200 |
| *Attorneys for Plaintiff* | jblumenfeld@mnat.com |
| *LVL Patent Group LLC* | rsmith@mnat.com |
| | *Attorneys for Defendant* |
| | *Verifone Systems, Inc.* |

4567528

SO ORDERED this _____ day of _____, 2011.

_____
United States District Judge