**IN THE UNITED STATESS DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| LVL PATENT GROUP, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-834 (SLR) |
| | ) | |
| FEDERAL EXPRESS CORPORTION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANT AMERICAN**
**AIRLINES, INC. TO RESPOND TO COMPLAINT**

Plaintiff LVL Patent Group, LLC ("Plaintiff") respectfully moves this Court to extend the deadline for defendant American Airlines, Inc. ("Defendant") to answer, move or otherwise respond to the Complaint filed in this matter until November 30, 2011.  The grounds for this motion are that Defendant requested, and Plaintiff has agreed, to extend the deadline to answer, move, or otherwise respond to the Complaint, as set forth above, while Defendant selects counsel and investigates Plaintiff's claims.  Defendant consents to the filing of this motion.

October 28, 2011

OF COUNSEL:                                    PARKOWSKI, GUERKE & SWAYZE, P.A.

Marc A. Fenster                                */s/ John C. Andrade*
Russ, August & Kabat                           John C. Andrade, Esq., I.D.# 1037
12424 Wilshire Blvd., 12th Floor               116 West Water Street, P. O. Box 598
Los Angeles, CA  90025-1031                    Dover, DE 19903
Tel:  310-826-7474                             Tel:  302-678-3262
mfenster@raklaw.com                            jandrade@pgslegal.com
                                               *Attorneys for Plaintiff LVL Patent Group, LLC*

Bruce D. Kuyper
Russ, August & Kabat
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA  90025-1031
Tel:  310-826-7474
bkuyper@raklaw.com

Fredricka Ung
Russ, August & Kabat
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA  90025-1031
Tel:  310-826-7474
fung@raklaw.com

IT IS SO ORDERED this_____ day of _____, 2011.

_____

UNITED STATES DISTRICT JUDGE