IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LVL PATENT GROUP, LLC, | : |
| Plaintiff, | : |
| v. | : C.A. No. 11-834-SLR |
| FEDERAL EXPRESS CORPORATION, et al., | : |
| Defendants. | : |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by and between plaintiff LVL Patent Group, LLC and defendant Hyatt Hotels Corporation, subject to the approval of the Court, that the time for defendant Hyatt Hotels Corporation to answer, move or otherwise respond to the Complaint in this action is hereby extended through and including December 9, 2011.

**PARKOWSKI, GUERKE & SWAYZE, P.A.**

/s/ John C. Andrade
John C. Andrade (#1037)
Parkowski, Guerke & Swayze, P.A.
116 West Water Street
P.O. Box 598
Dover, DE 19903
(302) 678-3262
jandrade@pgslegal.com

Attorneys for Plaintiff
LVL Patent Group, LLC

**FOX ROTHSCHILD LLP**

/s/ Gregory B. Williams
Gregory B. Williams (#4195)
919 N. Market Street, Ste. 1300
Wilmington, DE 19801
(302) 622-4211
gwilliams@foxrothschild.com

Attorneys for Defendant
Hyatt Hotels Corporation

SO ORDERED this _____ day of _____, 2011.

_____
United States District Judge