IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LVL PATENT GROUP, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-834 (SLR) |
| | ) |
| FEDERAL EXPRESS CORPORATION; UNITED PARCEL SERVICE, INC.; DHL EXPRESS (USA), INC.; MOTOROLA MOBILITY, INC.; GARMIN USA, INC. ; MITAC DIGITAL CORPORATION D/B/A MAGELLAN; VERIFONE SYSTEMS, INC.; HYPERCOM CORPORATION; INGENICO CORP.; INGENICO INC.; FIRST DATA CORPORATION; DELTA AIR LINES, INC.; UNITED AIR LINES, INC.; SOUTHWEST AIRLINES CO.; AMERICAN AIRLINES, INC.; US AIRWAYS, INC.; AIR CANADA; AIRTRAN AIRWAYS, INC.; JETBLUE AIRWAYS CORPORATION; MARRIOTT INTERNATIONAL, INC.; STARWOOD HOTELS & RESORTS WORLDWIDE, INC.; INTER-CONTINENTAL HOTELS CORPORATION; HYATT HOTELS CORPORATION; HILTON WORLDWIDE, INC.; AMAZON.COM, INC.; PANDIGITAL, INC.; BARNES & NOBLE, INC.; SONY ELECTRONICS INC.; AND NINTENDO OF AMERICA INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by and between plaintiff LVL Patent Group, LLC and defendant United Parcel Service, Inc. ("UPS"), subject to the approval of the Court, that the time for UPS to move, answer or otherwise respond to the Complaint is hereby extended through and including December 9, 2011.

| | |
|---|---|
| PARKOWSKI, GUERKE & SWAYZE, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ John C. Andrade* | */s/ Jack B. Blumenfeld* |
| _____ | _____ |
| John C. Andrade (#1037) | Jack B. Blumenfeld (#1014) |
| 116 West Water Street | Karen Jacobs Louden (#2881) |
| P.O. Box 598 | 1201 N. Market Street |
| Dover, DE  19903 | P.O. Box 1347 |
| (302) 678-3262 | Wilmington, DE  19899 |
| jandrade@pgslegal.com | (302) 658-9200 |
| | jblumenfeld@mnat.com |
| *Attorneys for Plaintiff* | klouden@mnat.com |
| | *Attorneys for Defendant United Parcel Service, Inc.* |

SO ORDERED this _____ day of _____, 2011.

_____
J.

4570662.1