# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LVL PATENT GROUP, LLC | ) |
| | ) |
| Plaintiff | ) |
| | ) C.A. No. 11-834 (SLR) |
| v. | ) |
| | ) |
| FEDERAL EXPRESS CORP., et al., | ) |
| | ) |
| Defendants | ) |

## UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANT STARWOOD HOTELS & RESORTS WORLDWIDE, INC. TO RESPOND TO COMPLAINT

Plaintiff LVL Patent Group, LLC ("Plaintiff") respectfully moves this Court to extend the deadline for defendant Starwood Hotels & Resorts Worldwide, Inc. ("Defendant") to answer, move or otherwise respond to the Complaint filed in this matter until December 9, 2011. The grounds for this motion are that Defendant requested, and Plaintiff has agreed, to extend the deadline to answer, move, or otherwise respond to the Complaint, as set forth above, while Defendant selects counsel and investigates Plaintiff's claims. Defendant consents to the filing of this motion.

November 1, 2011                                                                PARKOWSKI, GUERKE & SWAYZE, P.A.

*/S/ JOHN C. ANDRADE*
John C. Andrade (#1037)
116 West Water Street
P.O. Box 598
Dover, DE  19903
(302) 678-3262
jandrade@pgslegal.com

**IT IS SO ORDERED**, this _____ day of _____, 2011.

_____
The Honorable Sue L. Robinson
United States District Court Judge