IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LVL PATENT GROUP, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FEDERAL EXPRESS CORPORATION; ) <br> UNITED PARCEL SERVICE, INC.; DHL ) <br> EXPRESS (USA), INC.; MOTOROLA ) <br> MOBILITY, INC.; GARMIN USA, INC.; ) <br> MITAC DIGITAL CORPORATION D/B/A ) <br> MAGELLAN; VERIFONE SYSTEMS, INC.; ) <br> HYPERCOM CORPORATION; INGENICO ) <br> CORP; INGENICO INC.; FIRST DATA ) <br> CORPORATION; DELTA AIR LINES, INC.; ) <br> UNITED AIR LINES, INC.; SOUTHWEST ) <br> AIRLINES CO.; AMERICAN AIRLINES, ) <br> INC.; US AIRWAYS, INC.; AIR CANADA; ) <br> AIRTRAN AIRWAYS, INC.; JETBLUE ) <br> AIRWAYS CORPORATION; MARRIOTT ) <br> INTERNATIONA, INC.; STARWOOD ) <br> HOTELS & RESORTS WORLDWIDE, INC.; ) <br> INTER-CONTINENTAL HOTELS ) <br> CORPORATION; HYATT HOTELS ) <br> CORPORATION; HILTON WORLDWIDE, ) <br> INC.; AMAZON.COM, INC.; PANDIGITAL, ) <br> INC.; BARNES & NOBLE, INC.; SONY ) <br> ELECTRONICS INC.; AND NINTENDO OF ) <br> AMERICA INC., ) <br> ) <br> Defendants. ) | C.A. No. 11-834 (SLR) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to D. Del. LR 83.5 and the attached certifications, counsel moves for admission *pro hac vice* of Michael N. Rader, James J. Foster, and Charles Steenburg of Wolf, Greenfield & Sacks, P.C., 600 Atlantic Avenue, Boston, Massachusetts 02210-2206 to represent Sony Electronics, Inc. in this matter.

1

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
rsmith@mnat.com

*Attorneys for Defendant Sony Electronics, Inc.*

November 1, 2011

SO ORDERED, this ___ day of _____ 2011.

_____
U.S.D.J.

4551439

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and the Commonwealth of Massachusetts, and pursuant to D. Del. LR 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date: 10/20/11

Michael N. Rader
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210-2206
(617) 646-8000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and the Commonwealth of Massachusetts, and pursuant to D. Del. LR 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date: 10/31/11

James J. Foster
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210-2206
(617) 646-8000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts, and pursuant to D. Del. LR 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date: 10/27/11

Charles Steenburg
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210-2206
(617) 646-8000

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 1, 2011, upon the following in the manner indicated:

| | |
|---|---|
| John C. Andrade, Esquire<br>PARKOWSKI, GUERKE & SWAYZE, P.A.<br>116 West Water Street<br>Dover, DE 19903<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Marc A. Fenster, Esquire<br>Bruce D. Kuyper, Esquire<br>Fredericka Ung, Esquire<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, Suite 1200<br>Los Angeles, CA 90025<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Jack B. Blumenfeld Esquire<br>Karen Jacobs Louden, Esquire<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>*Attorneys for Motorola Mobility, Inc., Verifone Systems, Inc. and United Parcel Service, Inc.* | *VIA ELECTRONIC MAIL* |
| Richard L. Horwitz, Esquire<br>David Ellis Moore, Esquire<br>POTTER, ANDERSON & CORROON LLP<br>1313 N. Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, Delaware 19899<br>*Attorneys for Delta Air Lines Inc. and Amazon.com, Inc.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Lawrence B. Goodwin Esquire<br>Monica Bhattacharyya, Esquire<br>Stefan R. Stoyanov, Esquire<br>KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br>1633 Broadway<br>New York, NY 10019<br>*Attorneys for Delta Air Lines Inc.* | *VIA ELECTRONIC MAIL* |
| Jonathan K. Waldrop, Esquire<br>Jonathan D. Olinger, Esquire<br>Jeffrey J. Toney, Esquire<br>KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br>1360 Peachtree Street, N.E., Suite 1150<br>Atlanta, GA 30309<br>*Attorneys for Delta Air Lines Inc.* | *VIA ELECTRONIC MAIL* |
| Lauren Murphy Pringle, Esquire<br>FISH & RICHARDSON, P.C.<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1114<br>Wilmington, DE 19899-1114<br>*Attorneys for Barnes & Noble Inc.* | *VIA ELECTRONIC MAIL* |
| Gregory Brian Williams, Esquire<br>FOX ROTHSCHILD LLP<br>919 North Market Street, Suite 1300<br>P.O. Box 2323<br>Wilmington, DE 19899-2323<br>*Attorneys for Hyatt Hotels Corporation* | *VIA ELECTRONIC MAIL* |

/s/ *Rodger D. Smith II*
Rodger D. Smith II (#3778)