# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LVL PATENT GROUP, LLC, | |
| Plaintiff, | C.A. No. 11-834-SLR |
| v. | |
| FEDERAL EXPRESS CORPORATION; UNITED PARCEL SERVICE, INC; DHL EXPRESS (USA), INC.; MOTOROLA MOBILITY, INC.; GARMIN USA, INC.; MITAC DIGITAL CORPORATION D/B/A/ MAGELLAN; VERIFONE SYSTEMS, INC.; HYPERCOM CORPORATION; INGENICO CORP.; INGENICO INC.; FIRST DATA CORPORATION; DELTA AIR LINES, INC.; UNITED AIRLINES, INC.; SOUTHWEST AIRLINES CO.; AMERICAN AIRLINES, INC.; US AIRWAYS, INC.; AIR CANADA; AIRTRAN AIRWAYS, INC.; JETBLUE AIRWAYS CORPORATION; MARRIOTT INTERNATIONAL, INC.; STARWOOD HOTELS & RESORTS WORLDWIDE, INC.; INTER-CONTINENTAL HOTELS CORPORATION; HYATT HOTELS CORPORATION; HILTON WORLDWIDE, INC.; AMAZON.COM INC.; PANDIGITAL, INC.; BARNES & NOBLE, INC.; SONY ELECTRONICS INC.; AND NINTENDO OF AMERICA, INC., | **JURY TRIAL DEMANDED** |
| Defendants. | |

## STIPULATION FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff LVL Patent Group, LLC and Defendant Pandigital, Inc. ("Pandigital"), subject to the approval of the Court, that Pandigital's time to move, answer, or otherwise respond to the Complaint in this action shall be extended to November 30, 2011.

- 1 -

- 2 -

| | |
|---|---|
| PARKOWSKI, GUERKE & SWAYZE, P.A. | SHARTSIS FRIESE LLP |
| By:/s/ John C. Andrade | By: */s/ James P. Martin* |
|    John C. Andrade (#1037)<br>   116 W. Water Street<br>   Dover, DE 19904<br>   Telephone: (302) 678-3262<br>   jandrade@pgslegal.com |    James P. Martin (CA Bar #170044)<br>   One Maritime Plaza, Eighteenth Floor<br>   San Francisco, CA 94111<br>   Telephone: (415) 421-6500<br>   Facsimile: (415) 421-2922<br>   jmartin@sflaw.com |
| Attorneys for Plaintiff<br>LVL Patent Group, LLC. | Attorneys for Defendant<br>PANDIGITAL, INC. |

      IT IS SO ORDERED this \_\_\_\_ day of _____, 2011

_____
United States District Judge