
# IN THE UNITED STATESS DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LVL PATENT GROUP, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 11-834 (SLR) |
| | ) |
| FEDERAL EXPRESS CORPORTION, et al., | ) |
| | ) |
| Defendants. | ) |

## UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANT AMERICAN AIRLINES, INC. TO RESPOND TO COMPLAINT

Plaintiff LVL Patent Group, LLC ("Plaintiff") respectfully moves this Court to extend the deadline for defendant American Airlines, Inc. ("Defendant") to answer, move or otherwise respond to the Complaint filed in this matter until December 9, 2011.  The grounds for this motion are that Defendant requested, and Plaintiff has agreed, to extend the deadline to answer, move, or otherwise respond to the Complaint, as set forth above, while Defendant selects counsel and investigates Plaintiff's claims.  Defendant consents to the filing of this motion.

November 2, 2011

| | |
|---|---|
| OF COUNSEL: | PARKOWSKI, GUERKE & SWAYZE, P.A. |
| | |
| Marc A. Fenster | */s/ John C. Andrade* |
| Russ, August & Kabat | John C. Andrade, Esq., I.D.# 1037 |
| 12424 Wilshire Blvd., 12th Floor | 116 West Water Street, P. O. Box 598 |
| Los Angeles, CA  90025-1031 | Dover, DE 19903 |
| Tel:  310-826-7474 | Tel:  302-678-3262 |
| mfenster@raklaw.com | jandrade@pgslegal.com |
| | *Attorneys for Plaintiff LVL Patent Goup, LLC* |

Bruce D. Kuyper
Russ, August & Kabat
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA  90025-1031
Tel:  310-826-7474
bkuyper@raklaw.com

Fredricka Ung
Russ, August & Kabat
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA  90025-1031
Tel:  310-826-7474
fung@raklaw.com


IT IS SO ORDERED this_____ day of _____, 2011.


　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE