# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

LVL PATENT GROUP, LLC,

                              Plaintiff,

      v.

FEDERAL EXPRESS CORPORATION;
UNITED PARCEL SERVICE, INC; DHL
EXPRESS (USA), INC.; MOTOROLA
MOBILITY, INC.; GARMIN USA, INC.;
MITAC DIGITAL CORPORATION D/B/A/
MAGELLAN; VERIFONE SYSTEMS, INC.;
HYPERCOM CORPORATION; INGENICO
CORP.; INGENICO INC.; FIRST DATA
CORPORATION; DELTA AIR LINES, INC.;
UNITED AIRLINES, INC.; SOUTHWEST
AIRLINES CO.; AMERICAN AIRLINES,
INC.; US AIRWAYS, INC.; AIR CANADA;
AIRTRAN AIRWAYS, INC.; JETBLUE
AIRWAYS CORPORATION; MARRIOTT
INTERNATIONAL, INC.; STARWOOD
HOTELS & RESORTS WORLDWIDE, INC.;
INTER-CONTINENTAL HOTELS
CORPORATION; HYATT HOTELS
CORPORATION; HILTON WORLDWIDE,
INC.; AMAZON.COM INC.; PANDIGITAL,
INC.; BARNES & NOBLE, INC.; SONY
ELECTRONICS INC.; AND NINTENDO OF
AMERICA, INC.,

                            Defendants.

C.A. No. 11-834-SLR

**JURY TRIAL DEMANDED**

## STIPULATION FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff

LVL Patent Group, LLC and Defendants Ingenico, Inc. and Ingenico Corp., subject to the

approval of the Court, that Ingenico, Inc.'s and Ingenico Corp.'s time to move, answer, or

otherwise respond to the Complaint in this action shall be extended to December 9, 2011.

PARKOWSKI, GUERKE & SWAYZE, P.A.          MORRIS, MANNING & MARTIN, LLP

By:/s/ John C. Andrade _____          By: _/s/ John P. Fry_____
    John C. Andrade (#1037)              John P. Fry (GA Bar #278705)
    116 W. Water Street              1600 Atlanta Financial Center
    Dover, DE  19904              3343 Peachtree Road, NE
    Telephone:   (302) 678-3262              Atlanta, GA  30326-1044
    jandrade@pgslegal.com              Telephone:   (404) 504-7728
              Facsimile:    (404) 365-9532
Attorneys for Plaintiff
LVL Patent Group, LLC.          Attorneys for Defendant
          Ingenico, Inc. and Ingenico Corp.


    IT IS SO ORDERED this ____ day of _____, 2011


                              _____
                              United States District Judge