IN THE UNITED STATESS DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LVL PATENT GROUP, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 11-834 (SLR) |
| ) | |
| FEDERAL EXPRESS CORPORTION; ) | |
| UNITED PARCEL SERVICE, INC.; DHL ) | |
| EXPRESS (USA), INC.; MOTORALA ) | |
| MOBILITY, INC.; GARMIN USA, INC.; ) | |
| MITAC DIGITAL CORPORATION D/B/A ) | |
| MAGELLAN; VERIFONE SYSTEMS, INC.; ) | |
| HYPERCOM COROPRATION; INGENICO ) | |
| CORP.; INGENICO INC.; FIRST DATA ) | |
| CORORATION; DELATA AIRLINES, INC.; ) | |
| UNITED AIRLINES, INC; SOUTHWEST ) | |
| AIRLINES CO.; AMERICAN AIRLINES, ) | |
| INC.; US AIRWAYS, INC.; AIR CANADA; ) | |
| AIRTRAN AIRWAYS, INC.' JETBLUE ) | |
| AIRWAYS COROPRATION; MARRIOTT ) | |
| INTERNATIONAL, INC.; STARWOOD ) | |
| HOTELS & RESORTS WORLDWIDE, INC.; ) | |
| INTER-CONTINENTAL HOTELS ) | |
| COROPRATION; HYATT HOTELS ) | |
| CORPORATION; HILTON WORLDWIDE, ) | |
| INC.; AMAZON.COM, INC.; PANDIGITAL, ) | |
| INC.; BARNES & NOBLE, INC.; SONY ) | |
| ELECTRONICS INC.; AND NINTENDO OF ) | |
| AMERICA INC., ) | |
| ) | |
| Defendants. ) | |

**STIPULATION TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff LVL Patent Group, and Defendant Federal Express Corporation, subject to the approval of the Court, that Defendant's time to move, answer, or otherwise respond to the Complaint in this action shall be extended to December 9, 2011. This request is to allow Defendant time to respond to the complaint, and is not for the purposes of delay.

| | |
|---|---|
| PARKOWSKI, GUERKE & SWAYZE, P.A. | FISH & RICHARDSON P.C. |
| */s/ John C. Andrade* | */s/ Lauren Murphy Pringle* |
| John C. Andrade, Esq., I.D.# 1037 | Lauren Murphy Pringle (#5375) |
| 116 West Water Street, P. O. Box 598 | 222 Delaware Avenue, 17th Floor |
| Dover, DE 19903 | Wilmington, DE  19801 |
| Tel:  302-678-3262 | P.O. Box 1114 |
| jandrade@pgslegal.com | Wilmington, DE  19899-1114 |
| | Tel:  302-652-5070 |
| | pringle@fr.com |
| *Attorney for Defendant* | |
| *LVL Patent Group, LLC* | *Attorney for Defendant* |
| | *Barnes & Noble, Inc.* |

Dated:  November 3, 2011

IT IS SO ORDERED this_____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE