IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LVL PATENT GROUP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION; UNITED PARCEL SERVICE, INC.; DHL EXPRESS (USA), INC.; MOTOROLA MOBILITY, INC.; GARMIN USA, INC. ; MITAC DIGITAL CORPORATION D/B/A MAGELLAN; VERIFONE SYSTEMS, INC.; HYPERCOM CORPORATION; INGENICO CORP.; INGENICO INC.; FIRST DATA CORPORATION; DELTA AIR LINES, INC.; UNITED AIR LINES, INC.; SOUTHWEST AIRLINES CO.; AMERICAN AIRLINES, INC.; US AIRWAYS, INC.; AIR CANADA; AIRTRAN AIRWAYS, INC.; JETBLUE AIRWAYS CORPORATION; MARRIOTT INTERNATIONAL, INC.; STARWOOD HOTELS & RESORTS WORLDWIDE, INC.; INTER-CONTINENTAL HOTELS CORPORATION; HYATT HOTELS CORPORATION; HILTON WORLDWIDE, INC.; AMAZON.COM, INC.; PANDIGITAL, INC.; BARNES & NOBLE, INC.; SONY ELECTRONICS INC.; AND NINTENDO OF AMERICA INC.,<br><br>Defendants. | ) | C.A. No. 11-834 (SLR) |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by and between plaintiff LVL Patent Group, LLC and defendant United Air Lines, Inc. ("United"), subject to the approval of the Court, that the time for United to move, answer or otherwise respond to the Complaint is hereby extended through and including December 9, 2011.

PARKOWSKI, GUERKE & SWAYZE, P.A.

*/s/ John C. Andrade*

John C. Andrade (#1037)
116 West Water Street
P.O. Box 598
Dover, DE 19903
(302) 678-3262
jandrade@pgslegal.com

*Attorneys for Plaintiff*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com

*Attorneys for Defendant United Air Lines, Inc.*

SO ORDERED this _____________ day of November, 2011.

_____________________________
J.

4579569.1