IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LVL PATENT GROUP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL EXPRESS CORPORATION; UNITED PARCEL SERVICE, INC; DHL EXPRESS (USA), INC.; MOTOROLA MOBILITY, INC.; GARMIN USA, INC.; MITAC DIGITAL CORPORATION D/B/A MAGELLAN; VERIFONE SYSTEMS, INC.; HYPERCOM CORPORATION; INGENICO CORP.; INGENICO INC.; FIRST DATA CORPORATION; DELTA AIR LINES, INC.; UNITED AIRLINES, INC.; SOUTHWEST AIRLINES CO.; AMERICAN AIRLINES, INC.; US AIRWAYS, INC.; AIR CANADA; AIRTRAN AIRWAYS, INC.; JETBLUE AIRWAYS CORPORATION; MARRIOTT INTERNATIONAL, INC.; STARWOOD HOTELS & RESORTS WORLDWIDE, INC.; INTER-CONTINENTAL HOTELS CORPORATION; HYATT HOTELS CORPORATION; HILTON WORLDWIDE, INC.; AMAZON.COM, INC.; PANDIGITAL, INC.; BARNES & NOBLE, INC.; SONY ELECTRONICS INC.; AND NINTENDO OF AMERICA, INC., <br><br> Defendants. | C.A. No. 11-834-SLR <br><br> **JURY TRIAL DEMANDED** |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED, by and between plaintiff LVL Patent Group, LLC and defendant First Data Corporation ("First Data"), subject to the approval of the Court, that the time for First Data to answer, move or otherwise respond to the complaint is extended until December 9, 2011.

| | |
|---|---|
| PARKOWSKI, GUERKE & SWAYZE, P.A. | POTTER ANDERSON & CORROON LLP |
| By: /s/ *John C. Andrade* <br> John C. Andrade (#1037) <br> 116 West Water Street <br> P.O. Box 598 <br> Dover, DE 19903 <br> (302) 678-3262 <br> jandrade@pgslegal.com <br><br> *Attorneys for Plaintiff* <br> *LVL Patent Group LLC* <br><br> 1033943 | By: /s/ *Philip A. Rovner* <br> Philip A. Rovner (#3215) <br> Jonathan A. Choa (#5319) <br> Hercules Plaza <br> P.O. Box 951 <br> Wilmington, DE 19899 <br> (302) 984-6000 <br> provner@potteranderson.com <br> jchoa@potteranderson.com <br><br> *Attorneys for Defendant* <br> *First Data Corporation* |

SO ORDERED, this _____ day of _____, 2011.

_____
United States District Judge