**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **LVL PATENT GROUP, LLC,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) C.A. No. 11-834 (SLR) |
| | ) |
| **FEDERAL EXPRESS CORP., et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff LVL Patent Group, LLC and Defendant Marriott International Inc., through their undersigned counsel and subject to the approval of the Court, that the time for Defendant Marriott International Inc. to move against, answer, or otherwise respond to the Complaint in the above-captioned action (D.I. 1) is hereby extended through and including December 9, 2011.

| | |
|---|---|
| /s/ John C. Andrade | /s/ Anne Shea Gaza |
| John C. Andrade (#1037) | Frederick L. Cottrell, III (#2555) |
| Parkowski, Guerke & Swayze, P.A. | Anne Shea Gaza (#4093) |
| 116 West Water Street | Richards, Layton & Finger, P.A. |
| Dover, DE 19904 | One Rodney Square |
| 302-678-3262 | 920 North King Street |
| jandrade@pgslegal.com | Wilmington, DE 19801 |
| *Attorneys for Plaintiff* | (302) 651-7700 |
| *LVL Patent Grou,p LLC* | cottrell@rlf.com |
| | gaza@rlf.com |
| | *Attorneys for Defendant* |
| | *Marriott International Inc.* |

**SO ORDERED this ___ day of November, 2011.**

_____
**HON. SUE L. ROBINSON**
**UNITED STATES DISTRICT JUDGE**