**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LVL PATENT GROUP, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL EXPRESS CORPORATION;<br>UNITED PARCEL SERVICE, INC; DHL<br>EXPRESS (USA), INC.; MOTOROLA<br>MOBILITY, INC.; GARMIN USA, INC.;<br>MITAC DIGITAL CORPORATION D/B/A<br>MAGELLAN; VERIFONE SYSTEMS, INC.;<br>HYPERCOM CORPORATION; INGENICO<br>CORP.; INGENICO INC.; FIRST DATA<br>CORPORATION; DELTA AIR LINES, INC.;<br>UNITED AIRLINES, INC.; SOUTHWEST<br>AIRLINES CO.; AMERICAN AIRLINES, INC.;<br>US AIRWAYS, INC.; AIR CANADA; AIRTRAN<br>AIRWAYS, INC.; JETBLUE AIRWAYS<br>CORPORATION; MARRIOTT<br>INTERNATIONAL, INC.; STARWOOD HOTELS<br>& RESORTS WORLDWIDE, INC.; INTER-<br>CONTINENTAL HOTELS CORPORATION;<br>HYATT HOTELS CORPORATION; HILTON<br>WORLDWIDE, INC.; AMAZON.COM, INC.;<br>PANDIGITAL, INC.; BARNES & NOBLE, INC.;<br>SONY ELECTRONICS INC.; AND NINTENDO<br>OF AMERICA, INC.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>) C.A. No. 11-834-SLR<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION TO EXTEND TIME**

　　IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff LVL Patent Group, LLC and Defendant Nintendo of America, Inc., ("Nintendo") subject to the approval of the Court, that Nintendo's time to move, answer, or otherwise respond to the Complaint in this action shall be extended to December 9, 2011.

| | |
|---|---|
| PARKOWSKI, GUERKE & SWAYZE, P.A. | POTTER ANDERSON & CORROON LLP |
| By: */s/ John Andrade* <br>     John C. Andrade (#1037) <br>     116 W. Water Street <br>     Dover, DE 19904 <br>     Tel: (302) 678-3262 <br>     jandrade@pgslegal.com <br><br> *Attorneys for Plaintiff* <br> *LVL Patent Group, LLC* <br><br> Dated: November 7, 2011 | By: */s/ Richard L. Horwitz* <br>     Richard L. Horwitz (#2246) <br>     David E. Moore (#3983) <br>     1313 N. Market Street <br>     Hercules Plaza, 6th Floor <br>     Wilmington, DE 19801 <br>     Tel: (302) 984-6000 <br>     rhorwitz@potteranderson.com <br>     dmoore@potteranderson.com <br><br> *Attorneys for Defendant* <br> *Nintendo of America, Inc.* |

IT IS SO ORDERED this _____ day of _____, 2011.

                                                                                                        U.S.D.J.

1034447/38518