IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LVL PATENT GROUP, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 11-834-SLR |
| v. | ) |
| | ) |
| FEDERAL EXPRESS CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |

## STIPULATED ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the deadline by which defendant JetBlue Airways Corporation shall answer, move, or otherwise plead in response to the Complaint is extended through and including December 9, 2011.

| BAYARD, P.A. | ASHBY & GEDDES |
|---|---|
| /s/ *John C. Andrade* | /s/ *John G. Day* |
| John C. Andrade (I.D. #1037) | John G. Day (I.D. #2403) |
| Parkowski, Guerke & Swayze, P.A. | Tiffany Geyer Lydon (I.D. #3950) |
| 116 West Water Street | Andrew C. Mayo (I.D. 5207) |
| Dover, DE 19904 | 500 Delaware Avenue, 8th Floor |
| (302) 678-3262 | P.O. Box 1150 |
| jandrade@pgslegal.com | Wilmington, DE 19899 |
| | (302) 654-1888 |
| *Attorneys for Plaintiff* | jday@ashby-geddes.com |
| | tlydon@ashby-geddes.com |
| | amayo@ashby-geddes.com |
| | |
| | *Attorneys for Defendant* |
| | *JetBlue Airways Corporation* |

SO ORDERED, this _____ day of November, 2011

_____
United States District Judge

{00572480;v1}