IN THE UNITED STATESS DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LVL PATENT GROUP, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-834 (SLR) |
| | ) |
| FEDERAL EXPRESS CORPORTION, et al., | ) |
| | ) |
| Defendants. | ) |

**UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANTS SOUTHWEST AIRLINES CO. AND AIRTRAN AIRWAYS, INC. TO RESPOND TO COMPLAINT**

Plaintiff LVL Patent Group, LLC ("Plaintiff") respectfully moves this Court to extend the deadline for Defendants Southwest Airlines Co. and AirTran Airways, Inc. (collectively, "Defendants") to answer, move or otherwise respond to the Complaint filed in this matter until December 8, 2011. The grounds for this Motion are that Defendants requested, and Plaintiff has agreed, to extend the deadline for Defendants to answer, move, or otherwise respond to the Complaint, as set forth above, while Defendants select counsel and investigate Plaintiff's claims. Defendants consent to the filing of this Motion.

November 9, 2011

| | |
|---|---|
| OF COUNSEL: | PARKOWSKI, GUERKE & SWAYZE, P.A. |
| | |
| Marc A. Fenster | */s/ John C. Andrade* |
| Bruce D. Kuyper | John C. Andrade, Esq., I.D.# 1037 |
| Fredricka Ung | 116 West Water Street, P. O. Box 598 |
| Russ, August & Kabat | Dover, DE 19903 |
| 12424 Wilshire Blvd., 12th Floor | Tel: 302-678-3262 |
| Los Angeles, CA 90025-1031 | jandrade@pgslegal.com |
| Tel: 310-826-7474 | *Attorneys for Plaintiff LVL Patent Goup, LLC* |
| mfenster@raklaw.com | |
| bkuyper@raklaw.com | |
| fung@raklaw.com | |

IT IS SO ORDERED this_____ day of _____, 2011.

                                                  _____
                                                  UNITED STATES DISTRICT JUDGE