IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LVL PATENT GROUP, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL EXPRESS CORPORATION; )<br>UNITED PARCEL SERVICE, INC.; DHL )<br>EXPRESS (USA), INC.; MOTOROLA )<br>MOBILITY, INC.; GARMIN USA, INC.; )<br>MITAC DIGITAL CORPORATION D/B/A )<br>MAGELLAN; VERIFONE SYSTEMS, )<br>INC.; HYPERCOM CORPORATION; )<br>INGENICO CORP.; INGENICO INC.; )<br>FIRST DATA CORPORATION; DELTA )<br>AIR LINES, INC.; UNITED AIR LINES, )<br>INC.; SOUTHWEST AIRLINES CO.; )<br>AMERICAN AIRLINES, INC.; US )<br>AIRWAYS, INC.; AIR CANADA; )<br>AIRTRAN AIRWAYS, INC.; JETBLUE )<br>AIRWAYS CORPORATION; MARRIOTT )<br>INTERNATIONAL, INC.; STARWOOD )<br>HOTELS & RESORTS WORLDWIDE, )<br>INC.; INTER-CONTINENTAL HOTELS )<br>CORPORATION; HYATT HOTELS )<br>CORPORATION; HILTON WORLDWIDE, )<br>INC.; AMAZON.COM, INC.; )<br>PANDIGITAL, INC.; BARNES & NOBLE, )<br>INC.; SONY ELECTRONICS INC.; AND )<br>NINTENDO OF AMERICA INC. )<br>)<br>Defendants. | C.A. No. 1:11-00834-SLR<br><br>**JURY TRIAL DEMANDED** |

STIPULATION AND ORDER FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Plaintiff LVL Patent Group, LLC ("LVL"), and Defendant DHL Express (USA), Inc. ("DHL"), subject to the Court's approval, hereby agree that DHL shall have until December 9, 2011 to move, answer or otherwise respond to LVL's Complaint, dated September 15, 2011.

| | |
|---|---|
| **PARKOWSKI, GUERKE & SWAYZE, P.A.** | **GREENBERG TRAURIG, LLP** |
| */s/ John C. Andrade* | */s/ Gregory E. Stuhlman* |
| John C. Andrade (#1037) | Gregory E. Stuhlman (#4765) |
| jandrade@pgslegal.com | stuhlmang@gtlaw.com |
| 116 West Water Street | 1007 North Orange Street, Suite 1200 |
| P.O. Box 598 | Wilmington, Delaware 19801 |
| Dover, Delaware 19903 | Telephone: 302-661-7000 |
| Telephone: 302-678-3262 | |
| *Attorneys for LVL Patent Group, LLC* | *Attorneys for Defendant DHL Express (USA), Inc.* |

Dated November 9, 2011

SO ORDERED this _____ day of November, 2011.

_____
The Honorable Sue L. Robinson
United States District Court Judge

*PHX 330,054,316v1*