IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LVL PATENT GROUP, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-834 (SLR) |
| | ) | |
| FEDERAL EXPRESS CORPORATION; | ) | |
| UNITED PARCEL SERVICE, INC.; DHL | ) | |
| EXPRESS (USA), INC.; MOTOROLA | ) | |
| MOBILITY, INC.; GARMIN USA, INC. ; | ) | |
| MITAC DIGITAL CORPORATION D/B/A | ) | |
| MAGELLAN; VERIFONE SYSTEMS, INC.; | ) | |
| HYPERCOM CORPORATION; INGENICO | ) | |
| CORP.; INGENICO INC.; FIRST DATA | ) | |
| CORPORATION; DELTA AIR LINES, INC.; | ) | |
| UNITED AIR LINES, INC.; SOUTHWEST | ) | |
| AIRLINES CO.; AMERICAN AIRLINES, | ) | |
| INC.; US AIRWAYS, INC.; AIR CANADA; | ) | |
| AIRTRAN AIRWAYS, INC.; JETBLUE | ) | |
| AIRWAYS CORPORATION; MARRIOTT | ) | |
| INTERNATIONAL, INC.; STARWOOD | ) | |
| HOTELS & RESORTS WORLDWIDE, INC.; | ) | |
| INTER-CONTINENTAL HOTELS | ) | |
| CORPORATION; HYATT HOTELS | ) | |
| CORPORATION; HILTON WORLDWIDE, | ) | |
| INC.; AMAZON.COM, INC.; PANDIGITAL, | ) | |
| INC.; BARNES & NOBLE, INC.; SONY | ) | |
| ELECTRONICS INC.; AND NINTENDO OF | ) | |
| AMERICA INC., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by and between Plaintiff LVL Patent Group, LLC

and Defendant Hilton Worldwide, Inc. ("Hilton"), subject to the approval of the Court, that the

time for Hilton to move, answer or otherwise respond to the Complaint is hereby extended

through and including December 9, 2011.

PARKOWSKI , GUERKE & SWAYZE, P.A.                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP


/s/ John C. Andrade                                 /s/ Karen Jacobs Louden
John C. Andrade (#1037)                             Jack B. Blumenfeld (#1014)
116 West Water Street                               Karen Jacobs Louden (#2881)
P.O. Box 598                                        1201 North Market Street
Dover, DE 19903                                     P.O. Box 1347
(302) 678-3262                                      Wilmington, DE  19899
jandrade@pgslegal.com                               (302) 658-9200
  *Attorneys for Plaintiff*                         jblumenfeld@mnat.com
  *LVL Patent Group LLC*                            klouden@mnat.com


                                                    *Attorneys for Defendant Hilton Worldwide,*
4590198.1                                           *Inc.*


                                                    SO ORDERED this _____ day of _____, 2011.


                                                    _____
                                                    United States District Judge