IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LVL PATENT GROUP, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:11-cv-00834-SLR |
| | ) | |
| FEDERAL EXPRESS CORPORATION; | ) | **JURY TRIAL DEMANDED** |
| UNITED PARCEL SERVICE, INC.; DHL | ) | |
| EXPRESS (USA), INC.; MOTOROLA | ) | |
| MOBILITY, INC.; GARMIN USA, INC.; | ) | |
| MITAC DIGITAL CORPORATION D/B/A | ) | |
| MAGELLAN; VERIFONE SYSTEMS, | ) | |
| INC.; HYPERCOM CORPORATION; | ) | |
| INGENICO CORP.; INGENICO INC.; | ) | |
| FIRST DATA CORPORATION; DELTA | ) | |
| AIR LINES, INC.; UNITED AIR LINES, | ) | |
| INC.; SOUTHWEST AIRLINES CO.; | ) | |
| AMERICAN AIRLINES, INC.; US | ) | |
| AIRWAYS, INC.; AIR CANADA; | ) | |
| AIRTRAN AIRWAYS, INC.; JETBLUE | ) | |
| AIRWAYS CORPORATION; MARRIOTT | ) | |
| INTERNATIONAL, INC.; STARWOOD | ) | |
| HOTELS & RESORTS WORLDWIDE, | ) | |
| INC.; INTER-CONTINENTAL HOTELS | ) | |
| CORPORATION; HYATT HOTELS | ) | |
| CORPORATION; HILTON WORLDWIDE, | ) | |
| INC.; AMAZON.COM, INC.; | ) | |
| PANDIGITAL, INC.; BARNES & NOBLE, | ) | |
| INC.; SONY ELECTRONICS INC.; AND | ) | |
| NINTENDO OF AMERICA INC. | ) | |
| | ) | |
| Defendants. | | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Kimberly A. Warshawsky of the law firm of Greenberg Traurig, LLP, 2375 East Camelback Road, Suite 700, Phoenix, AZ 85016, to represent Defendant DHL Express (USA), Inc. in this matter.

**GREENBERG TRAURIG, LLP**


*/s/ Eve H. Ormerod*
Gregory E. Stuhlman (#4765)
Eve H. Ormerod (#5369)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7000
stuhlmang@gtlaw.com
ormerode@gtlaw.com

*Attorneys for Defendant*
*DHL Express (USA), Inc.*

Dated:  November 10, 2011


## ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** that counsel's motion for admission *pro hac vice* is granted.



Date: _____

_____
United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of Arizona and Nevada and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Signed: _____

Kimberly A. Warshawsky
warshawskyk@gtlaw.com
Greenberg Traurig, LLP
2375 East Camelback Road, Suite 700
Phoenix, Arizona  85016
Telephone:  602.445.8566
Facsimile:   602.445.8100