**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LVL PATENT GROUP, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-834-SLR |
| | ) |
| FEDERAL EXPRESS CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE**

PLEASE ENTER the appearance of Chad S.C. Stover of Connolly Bove Lodge & Hutz

LLP, on behalf of defendant American Airlines, Inc.


*/s/ Chad S.C. Stover*
Chad S.C. Stover (No. 4919)
The Nemours Building
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE  19899
(302) 658-9141
cstover@cblh.com

*Attorneys for Defendant American Airlines, Inc.*


Dated:  November 16, 2011

## CERTIFICATE OF SERVICE

I, Chad Stover, hereby certify that on November 16, 2011, a true copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF, which will send notification of such filings to the following counsel of record, and the document is available for viewing and downloading from CM/ECF:

I further certify that I caused copies of the forgoing document to be served on November 16, 2011, upon the following via electronic mail:

John C. Andrade
**PARKOWSKI, GUERKE & SWAYZE, P.A.**
116 West Water Street
P.O. Box 598
Dover, DE 19903
jandrade@pgslegal.com

Bruce D. Kuyper
Fredricka Ung
Marc A. Fenster
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd., Suite 1200
Los Angeles, CA 90025
bkuyper@raklaw.com
fung@raklaw.com
mfenster@raklaw.com

*Attorneys for Plaintiff*
*LVL Patent Group LLC*

Jack B. Blumenfeld
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jbbefiling@mnat.com
kjlefiling@mnat.com

*Attorneys for Defendants*
*United Parcel Service Inc., Verifone Systems Inc., Hypercom Corporation, US Airways Inc., AirCanada and United*

Lauren Murphy Pringle
**FISH & RICHARDSON, P.C**.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114
pringle@fr.com

*Attorneys for Defendants*
*Federal Express Corporation and Barnes & Noble Inc.*

Karen Jacobs Louden
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
kjlefiling@mnat.com

*Attorneys for Defendants*
*Motorola Mobility Inc. and Hilton Worldwide Inc.*

*Airlines Inc.*

Gregory Erich Stuhlman
Eve H. Ormerod
**GREENBERG TRAURIG, LLP**
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
stuhlmang@gtlaw.com
ormerode@gtlaw.com

Kimberly A. Warshawsky
**GREENBERG TRAURIG, LLP**
2375 East Camelback Road, Suite 700
Phoenix, AZ 85016
warshawskyk@gtlaw.com

*Attorneys for Defendant*
*DHL Express (USA) Inc.*

Richard L. Horwitz
David E. Moore
**POTTER ANDERSON & CORROON LLP**
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Lawrence B. Goodwin
Monica V. Bhattacharyya
Stefan Stoyanov
**KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP**
1633 Broadway
New York, NY 10019
lgoodwin@kasowitz.com
mbhattacharyya@kasowitz.com
sstoyanov@kasowitz.com

Jeffrey J. Toney
Jonathan D. Olinger
Jonathan K. Waldrop
**KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP**
1360 Peachtree Street, N.E. Suite 1150

Philip A. Rovner
**POTTER ANDERSON & CORROON LLP**
1313 N. Market St.,
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899-0951
provner@potteranderson.com

*Attorneys for Defendant*
*First Data Corporation*

John G. Day
**ASHBY & GEDDES**
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
jday@ashby-geddes.com

*Attorneys for Defendant*
*JetBlue Airways Corporation*

Atlanta, GA 30309
jtoney@kasowitz.com
jolinger@kasowitz.com
jwaldrop@kasowitz.com

*Attorneys for Defendant*
*Delta Air Lines Inc.*

Anne Shea Gaza
Travis Steven Hunter
**RICHARDS, LAYTON & FINGER, PA**
One Rodney Square
920 N. King Street
Wilmington, DE 19801
gaza@rlf.com

*Attorneys for Defendant*
*Marriott International Inc.*

Denise Seastone Kraft
Aleine Michelle Porterfield
**DLA PIPER LLP**
919 N. Market Street, Suite 1500
Wilmington, DE 19801
Denise.kraft@dlapiper.com
Aleine.porterfield@dlapiper.com

Aaron Fountain
John Guaragna
Brian Erickson
**DLA PIPER LLP**
401 Congress Avenue
Suite 2500
Austin, TX 78701-3799
Aaron.fountain@dlapiper.com
John.guaragna@dlapiper.com
Brian.erickson@dlapiper.com

*Attorneys for Defendant*
*Starwood Hotels & Resorts Worldwide Inc.*

Gregory Brian Williams
**FOX ROTHSCHILD LLP**
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
gwilliams@foxrothschild.com

Laura Beth Miller
David P. Linder
**BRINKS HOFER GILSON & LIONE**
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL 60611
lmiller@brinkshofer.com
dlindner@brinkshofer.com

*Attorneys for Defendant*
*Hyatt Hotels Corporation*

Richard L. Horwitz
**POTTER ANDERSON & CORROON LLP**
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
rhorwitz@potteranderson.com

*Attorneys for Defendant*
*Amazon.com Inc.*

4

Rodger Dallery Smith, II
**MORRIS, NICHOLS, ARSHT &**
**TUNNELL LLP**
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
rdsefiling@mnat.com

Michael N. Rader
James J. Foster
Charles Steenburg
**WOLF, GREENFIELD & SACKS, P.C.**
600 Atlantic Avenue
Boston, MA 02210-2206
mrader@wolfgreenfield.com
jfoster@wolfgreenfield.com
csteenburg@wolfgreenfield.com

*Attorneys for Defendant*
*Sony Electronics Inc.*

*/s/ Chad S.C. Stover*
Chad S.C. Stover (#4919)