# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LVL PATENT GROUP, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-834-SLR |
| | ) |
| FEDERAL EXPRESS CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Bradley W. Caldwell and Holly E. Engelmann of McKool Smith, P.C., 300 Crescent Court, Suite 1500, Dallas, Texas 75201, to represent Defendant American Airlines, Inc.

CONNOLLY BOVE LODGE & HUTZ LLP

 /s/ Chad S.C. Stover
Chad S.C. Stover (No. 4919)
The Nemours Building
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE  19899
(302) 658-9141
cstover@cblh.com

*Attorneys for Defendant American Airlines, Inc.*

Dated:  November 16, 2011
4538723v1

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Bradley W. Caldwell and Holly E. Engelmann is granted.

Dated:_____ _____
 United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date: Nov. 14 2011

Bradley W. Caldwell
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, TX 75201
214-978-4000
bcaldwell@mckoolsmith.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and the State of Florida and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 11 / 14 / 11

Holly E. Engelmann
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, TX 75201
214-978-4000
hengelmann@mckoolsmith.com

## CERTIFICATE OF SERVICE

I, Chad Stover, hereby certify that on November 16, 2011, a true copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF, which will send notification of such filings to the following counsel of record, and the document is available for viewing and downloading from CM/ECF:

I further certify that I caused copies of the forgoing document to be served on November 16, 2011, upon the following via electronic mail:

John C. Andrade
**PARKOWSKI, GUERKE & SWAYZE, P.A.**
116 West Water Street
P.O. Box 598
Dover, DE 19903
jandrade@pgslegal.com

Bruce D. Kuyper
Fredricka Ung
Marc A. Fenster
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd., Suite 1200
Los Angeles, CA 90025
bkuyper@raklaw.com
fung@raklaw.com
mfenster@raklaw.com

*Attorneys for Plaintiff
LVL Patent Group LLC*

Jack B. Blumenfeld
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jbbefiling@mnat.com
kjlefiling@mnat.com

*Attorneys for Defendants
United Parcel Service Inc., Verifone*

Lauren Murphy Pringle
**FISH & RICHARDSON, P.C**.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114
pringle@fr.com

*Attorneys for Defendants
Federal Express Corporation and Barnes & Noble Inc.*

Karen Jacobs Louden
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
kjlefiling@mnat.com

*Attorneys for Defendants
Motorola Mobility Inc. and Hilton Worldwide Inc.*

*Systems Inc., Hypercom Corporation, US Airways Inc., AirCanada and United Airlines Inc.*

| | |
|---|---|
| Gregory Erich Stuhlman<br>Eve H. Ormerod<br>**GREENBERG TRAURIG, LLP**<br>The Nemours Building<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE 19801<br>stuhlmang@gtlaw.com<br>ormerode@gtlaw.com | Philip A. Rovner<br>**POTTER ANDERSON & CORROON LLP**<br>1313 N. Market St.,<br>Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>provner@potteranderson.com |
| Kimberly A. Warshawsky<br>**GREENBERG TRAURIG, LLP**<br>2375 East Camelback Road, Suite 700<br>Phoenix, AZ 85016<br>warshawskyk@gtlaw.com | *Attorneys for Defendant<br>First Data Corporation* |

*Attorneys for Defendant
DHL Express (USA) Inc.*

| | |
|---|---|
| Richard L. Horwitz<br>David E. Moore<br>**POTTER ANDERSON & CORROON LLP**<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com | John G. Day<br>**ASHBY & GEDDES**<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>jday@ashby-geddes.com<br><br>*Attorneys for Defendant<br>JetBlue Airways Corporation* |

Lawrence B. Goodwin
Monica V. Bhattacharyya
Stefan Stoyanov
**KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP**
1633 Broadway
New York, NY 10019
lgoodwin@kasowitz.com
mbhattacharyya@kasowitz.com
sstoyanov@kasowitz.com

Jeffrey J. Toney
Jonathan D. Olinger

6


Jonathan K. Waldrop
**KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP**
1360 Peachtree Street, N.E. Suite 1150
Atlanta, GA 30309
jtoney@kasowitz.com
jolinger@kasowitz.com
jwaldrop@kasowitz.com

*Attorneys for Defendant*
*Delta Air Lines Inc.*

Anne Shea Gaza
Travis Steven Hunter
**RICHARDS, LAYTON & FINGER, PA**
One Rodney Square
920 N. King Street
Wilmington, DE 19801
gaza@rlf.com

*Attorneys for Defendant*
*Marriott International Inc.*

Denise Seastone Kraft
Aleine Michelle Porterfield
**DLA PIPER LLP**
919 N. Market Street, Suite 1500
Wilmington, DE 19801
Denise.kraft@dlapiper.com
Aleine.porterfield@dlapiper.com

Aaron Fountain
John Guaragna
Brian Erickson
**DLA PIPER LLP**
401 Congress Avenue
Suite 2500
Austin, TX 78701-3799
Aaron.fountain@dlapiper.com
John.guaragna@dlapiper.com
Brian.erickson@dlapiper.com

*Attorneys for Defendant*
*Starwood Hotels & Resorts Worldwide Inc.*

Gregory Brian Williams
**FOX ROTHSCHILD LLP**
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
gwilliams@foxrothschild.com

Laura Beth Miller
David P. Linder
**BRINKS HOFER GILSON & LIONE**
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive

Richard L. Horwitz
**POTTER ANDERSON & CORROON LLP**
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
rhorwitz@potteranderson.com

*Attorneys for Defendant*
*Amazon.com Inc.*

Chicago, IL 60611
lmiller@brinkshofer.com
dlindner@brinkshofer.com

*Attorneys for Defendant*
*Hyatt Hotels Corporation*

Rodger Dallery Smith, II
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
rdsefiling@mnat.com

Michael N. Rader
James J. Foster
Charles Steenburg
**WOLF, GREENFIELD & SACKS, P.C.**
600 Atlantic Avenue
Boston, MA 02210-2206
mrader@wolfgreenfield.com
jfoster@wolfgreenfield.com
csteenburg@wolfgreenfield.com

*Attorneys for Defendant*
*Sony Electronics Inc.*

        */s/ Chad S.C. Stover*
        Chad S.C. Stover (#4919)