IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LVL PATENT GROUP, LLC, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) C.A. No. 11-834-SLR ) |
| FEDERAL EXPRESS CORPORATION; UNITED PARCEL SERVICE, INC; DHL EXPRESS (USA), INC.; MOTOROLA MOBILITY, INC.; GARMIN USA, INC.; MITAC DIGITAL CORPORATION D/B/A MAGELLAN; VERIFONE SYSTEMS, INC.; HYPERCOM CORPORATION; INGENICO CORP.; INGENICO INC.; FIRST DATA CORPORATION; DELTA AIR LINES, INC.; UNITED AIRLINES, INC.; SOUTHWEST AIRLINES CO.; AMERICAN AIRLINES, INC.; US AIRWAYS, INC.; AIR CANADA; AIRTRAN AIRWAYS, INC.; JETBLUE AIRWAYS CORPORATION; MARRIOTT INTERNATIONAL, INC.; STARWOOD HOTELS & RESORTS WORLDWIDE, INC.; INTER-CONTINENTAL HOTELS CORPORATION; HYATT HOTELS CORPORATION; HILTON WORLDWIDE, INC.; AMAZON.COM, INC.; PANDIGITAL, INC.; BARNES & NOBLE, INC.; SONY ELECTRONICS INC.; AND NINTENDO OF AMERICA, INC., | ) **JURY TRIAL DEMANDED** ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of J. David Hadden, Darren E. Donnelly, and Saina S. Shamilov of Fenwick & West LLP, 801 California Street, Mountain View, CA 94041 and Ryan J. Marton of Fenwick & West LLP, 555 California Street, 12th Floor, San Francisco, CA 94104 to represent Defendant Amazon.com in this action.

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

Dated: November 18, 2011
1035938 / 37353

*Attorneys for Defendants Amazon.com*

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____             _____
                                                               United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☐　　has been paid to the Clerk of the Court

☒　　will be submitted to the Clerk's Office upon the filing of this motion

Date: November 18, 2011　　　　　　　　Signed: */s/ J. David Hadden*
　　　　　　　　　　　　　　　　　　　　J. David Hadden
　　　　　　　　　　　　　　　　　　　　Fenwick & West LLP
　　　　　　　　　　　　　　　　　　　　801 California Street
　　　　　　　　　　　　　　　　　　　　Mountain View, CA 94041
　　　　　　　　　　　　　　　　　　　　Tele: (650) 988-8500
　　　　　　　　　　　　　　　　　　　　dhadden@fenwick.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: November 18, 2011

Signed: */s/ Darren E. Donnelly*
Darren E. Donnelly
Fenwick & West LLP
801 California Street
Mountain View, CA 94041
Tele: (650) 988-8500
ddonnelly@fenwick.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

- ☐ has been paid to the Clerk of the Court

- ☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: November 18, 2011          Signed: */s/ Saine S. Shamilov*
                                                      Saina S. Shamilov
                                                     Fenwick & West LLP
                                                     801 California Street
                                                     Mountain View, CA 94041
                                                     Tele: (650) 988-8500
                                                     sshamilov@fenwick.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

- ☐ has been paid to the Clerk of the Court

- ☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: November 18, 2011

Signed: /s/ Ryan J. Marton
Ryan J. Marton
Fenwick & West LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Tele: (415) 875-2300
rmarton@fenwick.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on November 18, 2011, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on November 18, 2011, the attached document was Electronically Mailed to the following person(s):

John C. Andrade
Parkowski, Guerke & Swayze, P.A.
116 West Water Street
P.O. Box 598
Dover, DE 19903
jandrade@pgslegal.com
*Attorneys for Plaintiff LVL Patent Group, LLC*

Marc A. Fenster
Bruce D. Kuyper
Fredricka Ung
Russ August & Kabat
12424 Wilshire Blvd., Suite 1200
Los Angeles, CA 90025
mfenster@raklaw.com
bkuyper@raklaw.com
fung@raklaw.com
*Attorneys for Plaintiff LVL Patent Group, LLC*

Lauren Murphy Pringle
Fish & Richardson, P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114
pringle@fr.com
*Attorneys for Defendant Barnes & Noble Inc.*

Lawrence B. Goodwin
Monica Bhattacharyya
Stefan R. Stoyanov
Kasowitz, Benson, Torres
  & Friedman LLP
1633 Broadway
New York, NY 10019
lgoodwin@kasowitz.com
mbattacharyya@kasowitz.com
sstoyanov@kasowitz.com
*Attorneys for Defendant Delta Air Lines Inc.*

Jonathan K. Waldrop
Jonathan D. Olinger
Jeffrey J. Toney
Kasowitz, Benson, Torres & Friedman LLP
1360 Peachtree Street, N.E., Suite 1150
Atlanta, GA  30309
jwaldrop@kasowitz.com
jolinger@kasowitz.com
jtoney@kasowitz.com
*Attorneys for Defendant Delta Air Lines Inc.*

Rodger D. Smith , II
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
rsmith@mnat.com
*Attorneys for Defendant Sony Electronics Inc.*

Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
klouden@mnat.com
*Attorneys for Defendant Motorola Mobility Inc.*

By:   */s/ David E. Moore*
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Tel:  (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

1032915/37353/38410