IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LVL PATENT GROUP, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 11-834 (SLR) |
| FEDERAL EXPRESS CORP., et al., | ) ) ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

Please enter the appearance of Travis S. Hunter and the law firm of Richards, Layton & Finger in the above-captioned action as counsel to Defendant Marriott International, Inc.

OF COUNSEL:

Brian M. Koide
John L. Cuddihy
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC  20004-2595
(202) 624-2500
bkoide@crowell.com
jcuddihy@crowell.com

Dated: November 21, 2011

/s/ Travis S. Hunter
Frederick L. Cottrell, III (#2555)
Anne Shea Gaza (#4093)
Travis S. Hunter (#5350)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE  19801
(302) 651-7700
cottrell@rlf.com
gaza@rlf.com
hunter@rlf.com

*Attorneys for Defendant*
*Marriott International, Inc.*

RLF1 5604417v. 1