IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LVL PATENT GROUP, LLC | : | C.A. No. 1:11-cv-00834-SLR |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | TRIAL BY JURY DEMANDED |
| FEDERAL EXPRESS CORPORATION, et al., | : | |
| | : | |
| Defendants. | : | |

## STIPULATION FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff LVL Patent Group, LLC and Defendant Pandigital, Inc. ("Pandigital"), subject to the approval of the Court, that Pandigital's time to move, answer, or otherwise respond to the Complaint in this action shall be extended to December 9, 2011.

PARKOWSKI, GUERKE & SWAYZE, P.A.          SHARTSIS FRIESE LLP

By:/s/ John C. Andrade                                    By:   */s/ James P. Martin*
   John C. Andrade (#1037)                            James P. Martin (CA Bar #170044)
   116 W. Water Street                                      One Maritime Plaza, Eighteenth Floor
   Dover, DE 19904                                           San Francisco, CA 94111
   Telephone: (302) 678-3262                         Telephone: (415) 421-6500
   jandrade@pgslegal.com                              Facsimile: (415) 421-2922
                                                                 jmartin@sflaw.com
   Attorneys for Plaintiff
   LVL Patent Group, LLC                                Attorneys for Defendant
                                                                 PANDIGITAL, INC.

       IT IS SO ORDERED this ____ day of _____, 2011

                                                                          _____
                                                                          United States District Judge