IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LVL PATENT GROUP, LLC | : | C.A. No.  1:11-cv-00834-SLR |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | TRIAL BY JURY DEMANDED |
| FEDERAL EXPRESS CORPORATION, et al., | : | |
| | : | |
| | : | |
| Defendants. | : | |

**<u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF COMPLAINT AGAINST HYATT HOTELS CORPORATION</u>**

COMES NOW the Plaintiff, LVL Patent Group, LLC, by and through their attorneys, Parkowski & Guerke, P.A., and hereby voluntarily dismisses, without prejudice, its Complaint against Hyatt Hotels Corporation, pursuant to Federal Rule of Civil Procedure 41.

                            PARKOWSKI & GUERKE, P.A.

                            By:<u>*/s/ John C. Andrade*            </u>
                                  JOHN C. ANDRADE, ESQUIRE
                                  116 W. Water Street
                                  P.O. Box 598
                                  Dover, DE 19903
                                  302-678-3262
                                  Attorneys for Plaintiff

DATED: December 6, 2011

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, John C. Andrade, hereby certify that on December 6, 2011, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on December 6, 2011, the attached document was electronically mailed to the following:

| | | |
|---|---|---|
| **Monica V. Bhattacharyya**<br>mbhattacharyya@kasowitz.com<br>*PRO HAC VICE* | representing | **Delta Air Lines Inc.**<br>*(Defendant)* |
| **Jack B. Blumenfeld**<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jbbefiling@mnat.com<br>*LEAD ATTORNEY* | representing | **Verifone Systems Inc.**<br>*(Defendant)* |
| | | **United Parcel Service Inc.**<br>*(Defendant)* |
| | | **United Airlines Inc.**<br>*(Defendant)* |
| | | **Hypercom Corporation** |

*(Defendant)*

**US Airways Inc.**
*(Defendant)*

**AirCanada**
*(Defendant)*

| | | |
|---|---|---|
| **Frederick L. Cottrell, III**<br>Richards, Layton & Finger, PA<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 658-6541<br>cottrell@rlf.com<br>*ATTORNEY TO BE NOTICED* | representing | **Marriott International Inc.**<br>*(Defendant)* |
| **John G. Day**<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>jday@ashby-geddes.com<br>*LEAD ATTORNEY* | representing | **JetBlue Airways Corporation**<br>*(Defendant)* |
| **Darren E. Donnelly**<br>ddonnelly@fenwick.com<br>*PRO HAC VICE* | representing | **Amazon.com Inc.**<br>*(Defendant)* |
| **Brian Erickson**<br>brian.erickson@dlapiper.com<br>*PRO HAC VICE* | representing | **Starwood Hotels & Resorts Worldwide Inc.**<br>*(Defendant)* |

| | | |
|---|---|---|
| **Aaron Fountain**<br>aaron.fountain@dlapiper.com<br>*PRO HAC VICE* | representing | **Starwood Hotels & Resorts Worldwide Inc.**<br>*(Defendant)* |
| **Anne Shea Gaza**<br>Richards, Layton & Finger, PA<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 658-6541<br>gaza@rlf.com<br>*ATTORNEY TO BE NOTICED* | representing | **Marriott International Inc.**<br>*(Defendant)* |
| **Lawrence B. Goodwin**<br>lgoodwin@kasowitz.com<br>*PRO HAC VICE* | representing | **Delta Air Lines Inc.**<br>*(Defendant)* |
| **John Guaragna**<br>john.guaragna@dlapiper.com<br>*PRO HAC VICE* | representing | **Starwood Hotels & Resorts Worldwide Inc.**<br>*(Defendant)* |
| **J. David Hadden**<br>dhadden@fenwick.com<br>PRO HAC VICE | representing | **Amazon.com Inc.**<br>**(Defendant)** |
| **Joseph S. Hanasz**<br>jhanasz@brinkshofer.com<br>PRO HAC VICE | representing | **Hyatt Hotels Corporation**<br>**(Defendant)** |

| | | |
|---|---|---|
| **Richard L. Horwitz**<br>rhorwitz@potteranderson.com<br>LEAD ATTORNEY | representing | **Delta Air Lines Inc.**<br>**(Defendant)** |
| | | **Amazon.com Inc.**<br>**(Defendant)** |
| **Travis Steven Hunter**<br>hunter@rlf.com<br>ATTORNEY TO BE NOTICED | representing | **Marriott International Inc.**<br>**(Defendant)** |
| **Denise Seastone Kraft**<br>denise.kraft@dlapiper.com<br>LEAD ATTORNEY | representing | **Starwood Hotels & Resorts Worldwide Inc.**<br>**(Defendant)** |
| **David P. Lindner**<br>dlindner@brinkshofer.com<br>PRO HAC VICE | representing | **Hyatt Hotels Corporation**<br>**(Defendant)** |
| **Karen Jacobs Louden**<br>kjlefiling@mnat.com<br>ATTORNEY TO BE NOTICED | representing | **Motorola Mobility Inc.**<br>**(Defendant)** |
| | | **Hilton Worldwide Inc.**<br>**(Defendant)** |

| | | |
|---|---|---|
| **Laura B. Miller**<br>lmiller@brinkshofer.com<br>PRO HAC VICE | representing | **Hyatt Hotels Corporation**<br>**(Defendant)** |
| **David Ellis Moore**<br>dmoore@potteranderson.com<br>LEAD ATTORNEY | representing | **Delta Air Lines Inc.**<br>**(Defendant)** |
| | | **Amazon.com Inc.**<br>**(Defendant)** |
| **Jonathan D. Olinger**<br>jolinger@kasowitz.com<br>PRO HAC VICE | representing | **Delta Air Lines Inc.**<br>**(Defendant)** |
| **Eve H. Ormerod**<br>ormerode@gtlaw.com<br>ATTORNEY TO BE NOTICED | representing | **DHL Express (USA) Inc.**<br>**(Defendant)** |
| **Aleine Michelle Porterfield**<br>aleine.porterfield@dlapiper.com<br>ATTORNEY TO BE NOTICED | representing | **Starwood Hotels & Resorts Worldwide Inc.**<br>**(Defendant)** |
| **Lauren Murphy Pringle**<br>pringle@fr.com<br>LEAD ATTORNEY | representing | **Barnes & Noble Inc.**<br>**(Defendant)** |
| | | **Federal Express Corporation**<br>**(Defendant)** |
| **Philip A. Rovner**<br>provner@potteranderson.com<br>LEAD ATTORNEY | representing | **First Data Corporation**<br>**(Defendant)** |

| | | |
|---|---|---|
| **Saina S. Shamilov**<br>sshamilov@fenwick.com<br>PRO HAC VICE | representing | **Amazon.com Inc.**<br>**(Defendant)** |
| **Rodger Dallery Smith, II**<br>rdsefiling@mnat.com<br>LEAD ATTORNEY | representing | **Sony Electronics Inc.**<br>**(Defendant)** |
| **Chad S.C. Stover**<br>cstover@cblh.com<br> LEAD ATTORNEY | representing | **American Airlines, Inc.**<br>**(Defendant)** |
| **Stefan R. Stoyanov**<br>sstoyanov@kasowitz.com<br>PRO HAC VICE | representing | **Delta Air Lines Inc.**<br>**(Defendant)** |
| **Gregory Erich Stuhlman**<br>stuhlmang@gtlaw.com<br>LEAD ATTORNEY | representing | **DHL Express (USA) Inc.**<br>**(Defendant)** |
| **Jeffrey J. Toney**<br>jtoney@kasowitz.com<br>PRO HAC VICE | representing | **Delta Air Lines Inc.**<br>**(Defendant)** |
| **Jonathan K. Waldrop**<br>jwaldrop@kasowitz.com<br>PRO HAC VICE | representing | **Delta Air Lines Inc.**<br>**(Defendant)** |
| **Kimberly A. Warshawsky**<br>warshawskyk@gtlaw.com<br>PRO HAC VICE | representing | **DHL Express (USA) Inc.**<br>**(Defendant)** |

**Gregory Brian Williams**
gwilliams@foxrothschild.com
LEAD ATTORNEY

representing

**Hyatt Hotels Corporation
(Defendant)**

PARKOWSKI & GUERKE, P.A.

By:*/s/ John C. Andrade*
    JOHN C. ANDRADE, ESQUIRE
    116 W. Water Street
    P.O. Box 598
    Dover, DE 19903
    302-678-3262
    Attorneys for Plaintiff