IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LVL PATENT GROUP, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-834 (SLR) |
| | ) | |
| FEDERAL EXPRESS CORPORATION, *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | )) | |

**MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of John P. Fry and Kelly L. Whitehart of MORRIS, MANNING & MARTIN, LLP, 1600 Atlanta Financial Center, 3343 Peachtree Road, NE, Atlanta, GA to represent defendants Ingenico Corporation, Ingenico Inc. and United Parcels Services, Inc. in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*
_____
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com

*Attorneys for Ingenico Corporation, Ingenico Inc. and United Parcels Services, Inc.*

December 7, 2011

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of

John P. Fry and Kelly L. Whitehart is granted.

Dated: _____    _____

United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Georgia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: _6 December 2011_

John P. Fry
MORRIS, MANNING & MARTIN, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, GA 30326

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Georgia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 12-6-11

Kelly L. Whitehart
MORRIS, MANNING & MARTIN, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, GA 30326

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 7, 2011, upon the following in the manner indicated:

John C. Andrade, Esquire                            *VIA ELECTRONIC MAIL*
PARKOWSKI, GUERKE & SWAYZE, P.A.
116 West Water Street
Dover, DE  19903
*Attorneys for Plaintiff*

Marc A. Fenster, Esquire                            *VIA ELECTRONIC MAIL*
Bruce D. Kuyper, Esquire
Fredricka Ung, Esquire
RUSS AUGUST & KABAT
12424 Wilshire Boulevard
Suite 1200
Los Angeles, CA  90025
*Attorneys for Plaintiff*

Rodger D. Smith II, Esquire                         *VIA ELECTRONIC MAIL*
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE  19801
*Attorneys for Sony Electronics, Inc.*

Michael N. Rader, Esquire                           *VIA ELECTRONIC MAIL*
James J. Foster, Esquire
Charles Steenburg, Esquire
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA  02210-2206
*Attorneys for Sony Electronics, Inc.*

James P. Martin, Esquire                              *VIA ELECTRONIC MAIL*
SHARTSIS FRIESE LLP
One Maritime Plaza
Eighteenth Floor
San Francisco, CA  94111
*Attorneys for Pandigital, Inc.*

Gregory B. Williams, Esquire                          *VIA ELECTRONIC MAIL*
FOX ROTHSCHILD LLP
919 North Market Street
Suite 1300
Wilmington, DE  19801
*Attorneys for Hyatt Hotels Corporation*

Laura Beth Miller, Esquire                            *VIA ELECTRONIC MAIL*
David P. Lindner, Equire
Joseph S. Hanasz, Esquire
BRINKS HOFER GILSON & LIONE
NBC Tower
Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL  60611
*Attorneys for Hyatt Hotels Corporation*

Denise S. Kraft, Esquire                              *VIA ELECTRONIC MAIL*
Aleine Porterfield, Esquire
DLA PIPER (US) LLP
919 North Market Street
Wilmington, DE  19801
*Attorneys for Starwood Hotels & Resorts*
*Worldwide Inc.*

Aaron Fountain, Esquire                               *VIA ELECTRONIC MAIL*
John Guaragna, Esquire
Brian Erickson, Esquire
DLA Piper (US) LLP
401 Congress Avenue, Suite 2500
Austin, TX 78701-3799
*Attorneys for Starwood Hotels & Resorts*
*Worldwide Inc.*

John P. Fry, Esquire                                            *VIA ELECTRONIC MAIL*
MORRIS, MANNING & MARTIN, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, NW
Atlanta, GA  30326-1044
*Attorneys for Ingenico, Inc. and Ingenico*
*Corp.*

Richard L. Horwitz, Esquire                                     *VIA ELECTRONIC MAIL*
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
1313 North Market Street
Hercules Plaza – 6th Floor
Wilmington, DE  19801
*Attorneys for Delta Airlines, Inc.,*
*Amazon.com, Inc. And Nintendo of America,*
*Inc.*

Lawrence B. Goodwin, Esquire                                    *VIA ELECTRONIC MAIL*
Monica Bhattacharyya, Esquire
Stefan R. Stoyanov, Esquire
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY  10019
*Attorneys for Delta Airlines, Inc.*

Jonathan K. Waldrop, Esquire                                    *VIA ELECTRONIC MAIL*
Jonathan D. Olinger, Esquire
Jeffrey J. Toney, Esquire
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1360 Peachtree Street, N.E.
Suite 1150
Atlanta, GA  30309
*Attorneys for Delta Airlines, Inc.*

J. David Hadden, Esquire                                        *VIA ELECTRONIC MAIL*
Daerren E. Donnelly, Esquire
Saina S. Shamilov, Esquire
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
*Attorneys for Amazon.com*

Ryan J. Marton, Esquire                                       *VIA ELECTRONIC MAIL*
FENWICK & WEST LLP
555 California Street
12th Floor
San Francisco, CA  94104
*Attorneys for Amazon.com*

Lauren Murphy Pringle, Esquire                                *VIA ELECTRONIC MAIL*
FISH & RICHARDSON P.C.
222 Delaware Avenue
17th Floor
Wilmington, DE  19801
*Attorneys for Barnes & Noble, Inc. and*
*Federal Express Corporation*

Philip A. Rovner, Esquire                                     *VIA ELECTRONIC MAIL*
Jonathan A. Choa, Esquire
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
*Attorneys for First Data Corporation*

John G. Day, Esquire                                          *VIA ELECTRONIC MAIL*
Tiffany Geyer Lydon, Esquire
Andrew C. Mayo, Esquire
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
*Attorneys for JetBlue Airways Corporation*

Frederick L. Cottrell, III, Esquire                           *VIA ELECTRONIC MAIL*
Anne Shea Gaza, Esquire
Travis Hunter, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
*Attorneys for Marriott International Inc.*

Brian M. Koide, Esquire                                          *VIA ELECTRONIC MAIL*
John L. Cuddihy, Esquire
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC  20004-2595
*Attorneys for Marriott International, Inc.*

Gregory E. Stuhlman, Esquire                                     *VIA ELECTRONIC MAIL*
Eve H. Ormerod, Esquire
GREENBERG TRAURIG, LLP
The Nemours Building
1007 Orange Street
Suite 1200
Wilmington, DE  19801
*Attorneys for DHL Express (USA), Inc.*

Kimberly A. Warshawsky, Esquire                                  *VIA ELECTRONIC MAIL*
GREENBERG TRAURIG, LLP
2375 East Camelback Road
Suite 700
Phoenix, AZ  85016
*Attorneys for DHL Express (USA), Inc.*

Chad S.C. Stover, Esquire                                        *VIA ELECTRONIC MAIL*
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
Wilmington, DE  19801
*Attorneys for American Airlines, Inc.*

Bradley W. Caldwell, Esquire                                     *VIA ELECTRONIC MAIL*
Holly E. Engelmann, Esquire
MCKOOL SMITH, P.C.
300 Crescent Court
Suite 1500
Dallas, TX  75201
*Attorneys for American Airlines, Inc.*

*/s/ Karen Jacobs Louden*

_____

Karen Jacobs Louden (#2881)