IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LVL PATENT GROUP, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 11-834-SLR |
| v. ) | |
| ) | |
| FEDERAL EXPRESS CORPORATION, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Jordan A. Sigale to represent defendant JetBlue Airways Corporation in this matter. Pursuant to this Court's Standing Order effective July 23, 2009, a check in the amount of $25.00 is included to cover the annual fee for the attorney listed above.

ASHBY & GEDDES

/s/ *John G. Day*

John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
Andrew C. Mayo (I.D. 5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
jday@ashby-geddes.com
tlydon@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Defendant*
*JetBlue Airways Corporation*

Dated: December 7, 2011

{00581213;v1}

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LVL PATENT GROUP, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 11-834-SLR |
| v. ) | |
| ) | |
| FEDERAL EXPRESS CORPORATION, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**<u>ORDER</u>**

This _____ day of _____, 2011, the Court having considered the motion for the admission *pro hac vice* of Jordan A. Sigale to represent defendant JetBlue Airways Corporation in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorney is admitted *pro hac vice*.

_____
United States District Judge

{00581213;v1}

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of Illinois, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Jordan A. Sigale
LOEB & LOEB LLP
321 North Clark Street
Suite 2300
Chicago, IL 60654
(312) 464-3109

Dated:

{00572659;v1}