# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, John C. Andrade, hereby certify that on December 8, 2011, the Amended Complaint was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on December 8, 2011, the attached document was electronically mailed to the following:

**Monica V. Bhattacharyya**
**Lawrence B. Goodwin**
**Jonathan D. Olinger**
**Stefan R. Stoyanov**
**Jeffrey J. Toney**
**Jonathan K. Waldrop**
mbhattacharyya@kasowitz.com
lgoodwin@kasowitz.com
jolinger@kasowitz.com
sstoyanov@kasowitz.com
jtoney@kasowitz.com
jwaldrop@kasowitz.com
*Pro Hac Vice Attorneys for Defendant, Delta Air Lines, Inc.*

**Jack B. Blumenfeld**
**Karen Jacobs Louden**
Morris, Nichols, Arsht & Tunnell LLP
jbbefiling@mnat.com
klouden@mnat.com
*Attorneys for Defendants, Ingenico Corporation, Ingenico Inc. and United Parcel Service, Inc.,*

**Jack B. Blumenfeld**
Morris, Nichols, Arsht & Tunnell LLP
jbbefiling@mnat.com
*Attorneys for Defendants, Verifone Systems, Inc., United Airlines, Inc., Hypercom Corporation, US Airways, Inc. and AirCanada*

**Karen Jacobs Louden**
Morris, Nichols, Arsht & Tunnell LLP
klouden@mnat.com
*Attorneys for Defendants, Motorola Mobility Inc. and Hilton Worldwide Inc.*

**Frederick L. Cottrell, III**
**Anne Shea Gaza**
**Travis Steven Hunter**
Richards, Layton & Finger, PA
cottrell@rlf.com
gaza@rlf.com
hunter@rlf.com
*Attorneys for Defendant Marriott International Inc.*

**John G. Day**
Ashby & Geddes
jday@ashby-geddes.com
*Attorneys for Defendant JetBlue Airways Corporation*

**Jordan A. Sigale**
Loeb & Loeb LLP
*Pro Hac Vice Attorney for Defendant JetBlue Airways Corporation*

**Darren E. Donnelly**
**J. David Hadden**
**Ryan J. Marton**
**Saina S. Shamilov**
ddonnelly@fenwick.com
dhadden@fenwick.com
rmarton@fenwick.com
sshamilov@fenwick.com
*Pro Hac Vice Attorneys for Defendant, Amazon.com Inc.*

**Brian Erickson**
**Aaron Fountain**
**John Guaragna**
**Aleine Michelle Porterfield**
brian.erickson@dlapiper.com
aaron.fountain@dlapiper.com
john.guaragna@dlapiper.com
aleine.porterfield@dlapiper.com
*Pro Hac Vice Attorneys for Defendant Starwood Hotels & Resorts Worldwide Inc.*

**Joseph S. Hanasz**
**David P. Lindner**
**Laura B. Miller**
jhanasz@brinkshofer.com
dlindner@brinkshofer.com
lmiller@brinkshofer.com
*Pro Hac Vice Attorney for Defendant, Hyatt Hotels Corporation*

**Richard L. Horwitz**
**David Ellis Moore**
Potter Anderson & Corroon, LLP
rhorwitz@potteranderson.com
dmoore@potteranderson.com
*Attorneys for Defendant, Delta Air Lines Inc. and Amazon.com Inc.*

**Denise Seastone Kraft**
DLA Piper LLP
denise.kraft@dlapiper.com
*Attorneys for Defendant Starwood Hotels & Resorts Worldwide Inc.*

**Eve H. Ormerod**
**Gregory Erich Stuhlman**
**Kimberly A. Warshawsky**
Greenberg Traurig, LLC
ormerode@gtlaw.com
stuhlmang@gtlaw.com
warshawskyk@gtlaw.com
*Attorneys for Defendant, DHL Express (USA) Inc.*

**Lauren Murphy Pringle**
Fish & Richardson, P.C.
pringle@fr.com
*Attorneys for Defendants Barnes & Noble Inc. and Federal Express Corporation*

**Philip A. Rovner**
Potter Anderson & Corroon, LLP
provner@potteranderson.com
*Attorneys for Defendant, First Data Corporation*

**Rodger Dallery Smith, II**
Morris, Nichols, Arsht & Tunnell LLP
rdsefiling@mnat.com
*Attorneys for Defendant, Sony Electronics Inc.*

**Chad S.C. Stover**
Connolly, Bove, Lodge & Hutz
cstover@cblh.com
*Attorneys for Defendant American Airlines, Inc.*

**Bradley W. Caldwell**
**Holly E. Engelmann**
bcaldwell@mckoolsmith.com
hengelmann@mckoolsmith.com
*Pro Hac Vice Attorneys for Defendant American Airlines, Inc.*

**Gregory Brian Williams**
Fox Rothschild LLP
gwilliams@foxrothschild.com
*Attorneys for Defendant, Hyatt Hotels Corporation*

PARKOWSKI, GUERKE & SWAYZE, P.A.

By:*/s/ John C. Andrade*
     JOHN C. ANDRADE, ESQUIRE
     116 W. Water Street
     P.O. Box 598
     Dover, DE 19903
     302-678-3262
     Attorneys for Plaintiff