IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC (formerly known as LVL PATENT GROUP, LLC), | : <br> : <br> :    C.A. No. 1:11-cv-00834-SLR <br> : <br> : <br> : |
| Plaintiff, | |
| vs. | |
| FEDERAL EXPRESS CORPORATION, et al., | |
| Defendants. | |

## NOTICE OF APPEARANCE

Please enter the appearance of Gregory E. Stuhlman of Greenberg Traurig, LLP, 1007 N. Orange Street, Suite 1200, Wilmington, Delaware 19801 on behalf of defendant Garmin USA, Inc.

                                                GREENBERG TRAURIG, LLP

                                                */s/ Gregory E. Stuhlman*
                                                Gregory E. Stuhlman (#4765)
                                                The Nemours Building
                                                1007 North Orange Street, Suite 1200
                                                Wilmington, DE 19801
                                                (302) 661-7000
                                                maimonem@gtlaw.com
                                                stuhlmang@gtlaw.com

                                                Attorneys for Garmin USA, Inc.

Dated: December 13, 2011

DEL 86,389,642v1 11-21-11