IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CYBERFONE SYSTEMS, LLC (formerly known as LVL PATENT GROUP, LLC), | : : : | |
| | : | C.A. No.  1:11-cv-00834-SLR |
| Plaintiff, | : : | |
| vs. | : : | |
| | : | TRIAL BY JURY DEMANDED |
| FEDERAL EXPRESS CORPORATION, et al., | : : | |
| | : | |
| Defendants. | : | |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The plaintiff, CyberFone Systems, LLC (formerly known as LVL Patent Group, LLC) and defendant, Garmin USA, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action WITH PREJUDICE, subject to the terms of that certain agreement entitled "**PATENTS IN SUIT SETTLEMENT AGREEMENT**" and dated December 1, 2011, with each party to bear its own costs, expenses and attorneys' fees.

PARKOWSKI, GUERKE & SWAYZE, P.A.    GREENBERG TRAURIG, LLP

*/s/ John C. Andrade*                                  */s/ Gregory E. Stuhlman*
John C. Andrade, Esquire (#1037)            Gregory E. Stuhlman (#4765)
116 W. Water Street                                  stuhlmang@gtlaw.com
P.O. Box 598                                               1007 North Orange Street, Suite 1200
Dover, DE 19903                                        Wilmington, Delaware 19801
302-678-3262                                              Telephone: 302-661-7000
Attorneys for Plaintiff                                Attorneys for Defendant, Garmin USA, Inc.

 DATED: December 13, 2011

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CYBERFONE SYSTEMS, LLC (formerly known as LVL PATENT GROUP, LLC), | : : : : | C.A. No. 1:11-cv-00834-SLR |
| Plaintiff, | : : | |
| vs. | : : | TRIAL BY JURY DEMANDED |
| FEDERAL EXPRESS CORPORATION, et al., | : : : | |
| Defendants. | : | |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff, CyberFone Systems, LLC (formerly known as LVL Patent Group, LLC), and defendant, Garmin USA, Inc., in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between plaintiff, CyberFone Systems, LLC, and defendant, Garmin USA, Inc., are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "**PATENTS IN SUIT SETTLEMENT AGREEMENT**" and dated December 1, 2011.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

Dated:_____

_____
United States District Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, John C. Andrade, hereby certify that on December 13, 2011, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on December 13, 2011, the attached document was electronically mailed to the following:

**Monica V. Bhattacharyya**
**Lawrence B. Goodwin**
**Jonathan D. Olinger**
**Stefan R. Stoyanov**
**Jeffrey J. Toney**
**Jonathan K. Waldrop**
mbhattacharyya@kasowitz.com
lgoodwin@kasowitz.com
jolinger@kasowitz.com
sstoyanov@kasowitz.com
jtoney@kasowitz.com
jwaldrop@kasowitz.com
*Pro Hac Vice Attorneys for Defendant, Delta Air Lines, Inc.*

**Jack B. Blumenfeld**
**Karen Jacobs Louden**
Morris, Nichols, Arsht & Tunnell LLP
jbbefiling@mnat.com
klouden@mnat.com
*Attorneys for Defendants, Ingenico Corporation, Ingenico Inc.*
*and United Parcel Service, Inc.,*

**Jack B. Blumenfeld**
Morris, Nichols, Arsht & Tunnell LLP
jbbefiling@mnat.com
*Attorneys for Defendants, Verifone Systems, Inc., United Airlines, Inc.*
*Hypercom Corporation, US Airways, Inc. and AirCanada*

**Karen Jacobs Louden**
Morris, Nichols, Arsht & Tunnell LLP
klouden@mnat.com
*Attorneys for Defendants, Motorola Mobility Inc. and Hilton Worldwide Inc.*

**Frederick L. Cottrell, III**
**Anne Shea Gaza**
**Travis Steven Hunter**
Richards, Layton & Finger, PA
cottrell@rlf.com
gaza@rlf.com
hunter@rlf.com
*Attorneys for Defendant Marriott International Inc.*

**John G. Day**
Ashby & Geddes
jday@ashby-geddes.com
*Attorneys for Defendant JetBlue Airways Corporation*

**Jordan A. Sigale**
Loeb & Loeb LLP
*Pro Hac Vice Attorney for Defendant JetBlue Airways Corporation*

**Darren E. Donnelly**
**J. David Hadden**
**Ryan J. Marton**
**Saina S. Shamilov**
ddonnelly@fenwick.com
dhadden@fenwick.com
rmarton@fenwick.com
sshamilov@fenwick.com
*Pro Hac Vice Attorneys for Defendant, Amazon.com Inc.*

**Brian Erickson**
**Aaron Fountain**
**John Guaragna**
**Aleine Michelle Porterfield**
brian.erickson@dlapiper.com
aaron.fountain@dlapiper.com
john.guaragna@dlapiper.com
aleine.porterfield@dlapiper.com
*Pro Hac Vice Attorneys for Defendant Starwood Hotels & Resorts Worldwide Inc.*

**Joseph S. Hanasz**
**David P. Lindner**
**Laura B. Miller**
jhanasz@brinkshofer.com
dlindner@brinkshofer.com
lmiller@brinkshofer.com
*Pro Hac Vice Attorney for Defendant, Hyatt Hotels Corporation*

**Richard L. Horwitz**
**David Ellis Moore**
Potter Anderson & Corroon, LLP
rhorwitz@potteranderson.com
dmoore@potteranderson.com
*Attorneys for Defendant, Delta Air Lines Inc. and Amazon.com Inc.*

**Denise Seastone Kraft**
DLA Piper LLP
denise.kraft@dlapiper.com
*Attorneys for Defendant Starwood Hotels & Resorts Worldwide Inc.*

**Eve H. Ormerod**
**Gregory Erich Stuhlman**
**Kimberly A. Warshawsky**
Greenberg Traurig, LLC
ormerode@gtlaw.com
stuhlmang@gtlaw.com
warshawskyk@gtlaw.com
*Attorneys for Defendant, DHL Express (USA) Inc.*

**Lauren Murphy Pringle**
Fish & Richardson, P.C.
pringle@fr.com
*Attorneys for Defendants Barnes & Noble Inc.*
*and Federal Express Corporation*

**Philip A. Rovner**
Potter Anderson & Corroon, LLP
provner@potteranderson.com
*Attorneys for Defendant, First Data Corporation*

**Rodger Dallery Smith, II**
Morris, Nichols, Arsht & Tunnell LLP
rdsefiling@mnat.com
*Attorneys for Defendant, Sony Electronics Inc.*

**Chad S.C. Stover**
Connolly, Bove, Lodge & Hutz
cstover@cblh.com
*Attorneys for Defendant American Airlines, Inc.*

**Bradley W. Caldwell**
**Holly E. Engelmann**
bcaldwell@mckoolsmith.com
hengelmann@mckoolsmith.com
*Pro Hac Vice Attorneys for Defendant American Airlines, Inc.*

**Gregory Brian Williams**
Fox Rothschild LLP
gwilliams@foxrothschild.com
*Attorneys for Defendant, Hyatt Hotels Corporation*

**John P. Fry**
**Kelly L. Whitehart**
Morris, Manning & Martin, LLP
*Pro Hac Vice Attorneys for Ingenico Corporation,
Ingenico Inc. and United Parcels Services, Inc.*

**Stephen E. Baskin**
**John C. Alemanni**
Kilpatrick Townsend & Stockton LLP
*Pro Hac Vice Attorneys for Defendants Air Canada, United Airlines, Inc.
And US Airways, Inc.*

                                         PARKOWSKI, GUERKE & SWAYZE, P.A.

                                         By:*/s/ John C. Andrade*
                                                  JOHN C. ANDRADE, ESQUIRE
                                                  116 W. Water Street
                                                  P.O. Box 598
                                                  Dover, DE 19903
                                                  302-678-3262
                                                  Attorneys for Plaintiff