IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC (formerly known as LVL PATENT GROUP, LLC), | ) ) ) |
| Plaintiff, | ) ) ) C.A. No. 11-834-SLR |
| v. | ) ) **JURY TRIAL DEMANDED** |
| FEDERAL EXPRESS CORPORATION; *et al.*, | ) ) ) |
| Defendants. | ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Christopher Kao, Esq., Perkins Coie LLP, 3150 Porter Drive, Palo Alto, CA 94304 and Bobbie Wilson, Perkins Coie LLP, Four Embarcadero Center, Suite 2400, San Francisco, CA 94111, to represent defendant First Data Corporation in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ *Philip A. Rovner*
Philip A. Rovner (#3215)
Jonathan A. Choa (#5319)
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com
jchoa@potteranderson.com

Dated: December 15, 2011

*Attorneys for Defendant*
*First Data Corporation*

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: _____

United States District Judge
_____

## CERTIFICATION

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of California and New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court; or

☒ will be submitted to the Clerk's Office upon the filing of this motion.

Date: 12/14/11

Christopher Kao
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA 94304
(650) 838-4300
ckao@perkinscoie.com

## CERTIFICATION

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court; or

☒ will be submitted to the Clerk's Office upon the filing of this motion.

Date: 12·14·11

Bobbie Wilson
Perkins Coie LLP
Four Embarcadero Center
Suite 2400
San Francisco, CA 94111-4131
(415) 344-7000
bwilson@perkinscoie.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on December 15, 2011, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

## BY CM/ECF AND E-MAIL

John C. Andrade , Esq.
Parkowski, Guerke & Swayze, P.A.
116 West Water Street
P.O. Box 598
Dover, DE 19903
jandrade@pgslegal.com

*Attorneys for Plaintiff*
*Cyberfone Systems, LLC*


Rodger D. Smith , II, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
rsmith@mnat.com

*Attorneys for Defendant*
*Sony Electronics Inc.*

Lauren Murphy Pringle, Esq.
Fish & Richardson, P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114
pringle@fr.com

*Attorneys for Defendants*
*Barnes & Noble Inc. and Federal Express Corporation*


Jack B. Blumenfeld, Esq.
Karen Jacobs Louden, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
klouden@mnat.com

*Attorneys for Defendants United Air Lines, Inc., United Parcel Service, Inc., US Airways, Inc., Hypercom Corporation, Air Canada, Hilton Worldwide, Inc., Ingenico Corporation, Ingenico Inc.*

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendants*
*Delta Air Lines Inc., Amazon.com Inc. and*
*Nintendo of America Inc.*

Denise Seastone Kraft, Esq.
Aleine Michelle Porterfield, Esq.
DLA Piper LLP
919 N. Market Street, Suite 1500
Wilmington, DE 19801
Denise.kraft@dlapiper.com
Aleine.porterfield@dlapiper.com

*Attorneys for Defendant*
*Starwood Hotels & Resorts Worldwide Inc.*

Gregory E. Stuhlman, Esq.
Eve H. Omerod, Esq.
Greenberg Traurig, LLP
1007 N. Orange Street, Suite 1200
Wilmington, DE 19801
stuhlmang@gtlaw.com
omerode@gtlaw.com

*Attorneys for Defendant*
*DHL Express (USA), Inc.*

Jack B. Blumenfeld, Esq.
Rodger D. Smith II, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
rsmith@mnat.com

*Attorneys for Defendant Verifone Systems, Inc.*

Gregory B. Williams, Esq.
Fox Rothschild LLP
919 N. Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899
gwilliams@foxrothschild.com

*Attorneys for Defendant*
*Hyatt Hotels Corporation*

John G. Day, Esq.
Tiffany Geyer Lydon, Esq.
Andrew C. Mayo, Esq.
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, DE 19899
jday@ashby-geddes.com
tlydon@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Defendant*
*JetBlue Airways Corporation*

Frederick L. Cottrell, III, Esq.
Anne Shea Gaza, Esq.
Travis S. Hunter, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Cottrell@rlf.com
gaza@rlf.com
hunter@rlf.com

*Attorneys for Defendant*
*Marriott International, Inc.*

Chad S. C. Stover, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
cstover@cblh.com

*Attorneys for Defendant*
*American Airlines, Inc.*

I further certify that on December 15, 2011, the attached document was Electronically Mailed to the following person(s):

Marc A. Fenster, Esq.
Bruce D. Kuyper, Esq.
Fredricka Ung, Esq.
Russ August & Kabat
12424 Wilshire Blvd., Suite 1200
Los Angeles, CA 90025
mfenster@raklaw.com
bkuyper@raklaw.com
fung@raklaw.com

*Attorneys for Plaintiff*
*Cyberfone Systems, LLC*

Lawrence B. Goodwin, Esq.
Monica Bhattacharyya, Esq.
Stefan R. Stoyanov, Esq.
Kasowitz, Benson, Torres
  & Friedman LLP
1633 Broadway
New York, NY 10019
lgoodwin@kasowitz.com
mbattacharyya@kasowitz.com
sstoyanov@kasowitz.com

*Co-counsel for Defendant Delta Air Lines Inc.*

Jonathan K. Waldrop, Esq.
Jonathan D. Olinger, Esq.
Jeffrey J. Toney, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1360 Peachtree Street, N.E., Suite 1150
Atlanta, GA 30309
jwaldrop@kasowitz.com
jolinger@kasowitz.com
jtoney@kasowitz.com

*Co-counsel for Defendant Delta Air Lines Inc.*

Michael N. Rader, Esq.
James J. Foster, Esq.
Charles Steenburg, Esq.
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210-2206
mrader@wolfgreenfield.com
jfoster@wolfgreenfield.com
csteenburg@wolfgreenfield.com

*Co-counsel for Defendant*
*Sony Electronics, Inc.*

Aaron Fountain, Esq.
John Guaragna, Esq.
Brian Erickson, Esq.
DLA Piper LLP (US)
401 Congress Avenue, Suite 2500
Austin, TX 78701-3799
Aaron.fountain@dlapiper.com
John.guaragna@dlapiper.com
Brian.erickson@dlapiper.com

*Co-counsel for Defendant*
*Starwood Hotels & Resorts Worldwide, Inc.*

Brian M. Koide, Esq.
John L. Cuddihy, Esq.
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595
bkoide@crowell.com
jcuddihy@crowell.com

*Co-counsel for Defendant Marriott*
*International, Inc.*

Bradley W. Caldwell, Esq.
Holly E. Engelmann, Esq.
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, TX 75201
bcaldwell@mckoolsmith.com
hengelmann@mckoolsmith.com

*Co-counsel for Defendant*
*American Airlines, Inc.*

Kimberly A. Warshawsky, Esq.
Greenberg Traurig, LLP
2375 East Camelback Road
Suite 700
Phoenix, AZ 85016
warshawskyk@gtlaw.com

*Co-counsel for Defendant*
*DHL Express (USA), Inc.*

Laura Beth Miller, Esq.
David P. Lindner, Esq.
Joseph S. Hanasz, Esq.
Brinks Hofer Gilson & Lione
NBC Tower, Suite 3600
455 N. Cityfront Plaza Drive
Chicago, IL 60611
lmiller@brinkshofer.com
dlindner@brinkshofer.com
jhanasz@brinkshofer.com

*Co-counsel for Defendant*
*Hyatt Hotels Corporation*

J. David Hadden, Esq.
Darren E. Donnelly, Esq.
Saine S. Shamilov, Esq.
Fenwick & West LLP
801 California Street
Mountain View, CA 94041
dhadden@fenwick.com
ddonnelly@fenwick.com
sshamilov@fenwick.com

*Co-counsel for Defendant*
*Amazon.com, Inc.*

4

Ryan J. Marton, Esq.
Fenwick & West LLP
555 California Street, 12th Floor
San Francisco, CA 94104
rmarton@fenwick.com

*Co-counsel for Defendant*
*Amazon.com, Inc.*

Stephen E. Baskin, Esq.
Kilpatrick Townsend & Stockton LLP
607 14th Sreet, NW
Suite 900
Washington, DC 200005
sbaskin@kilpatricktownsend.com

*Co-counsel for Defendants*
*Air Canada, United Air Lines Inc. and US*
*Airways, Inc.*

Jordan A. Sigale, Esq.
Loeb & Loeb LLP
321 North Clark Street
Suite 2300
Chicago, IL 60654
jsigale@loeb.com

*Co-counsel for Defendant*
*JetBlue Airways Corporation*

John P. Fry, Esq.
Kelly L. Whitehart, Esq.
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, GA 30326
jfry@mmmlaw.com
kwhitehart@mmmlaw.com

*Co-counsel for Defendants*
*Ingenico Corporation, Ingenico Inc. and*
*United Parcels Services, Inc.*

John C. Alemanni, Esq.
Kilpatrick Townsend & Stockton LLP
1001 West Fourth Street
Winston-Salem, NC 27101
jalemanni@kilpatricktownsend.com

*Co-counsel for Defendants*
*Air Canada, United Air Lines Inc. and US*
*Airways, Inc.*

/s/ *Philip A. Rovner*
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

1033952

5