IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC (formerly known as LVL PATENT GROUP, LLC), | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) C.A. No. 11-834 (SLR) |
| FEDERAL EXPRESS CORPORATION; UNITED PARCEL SERVICE, INC.; DHL EXPRESS (USA); MOTOROLA SOLUTIONS, INC. ; GARMIN USA, INC.; MITAC DIGITAL CORPORATION; VERIFONE SYSTEMS, INC.; HYPERCOM CORPORATION; HYPERCOM U.S.A., INC.; EQUINOX PAYMENTS, LLC; INGENICO CORP.; INGENICO INC.; FIRST DATA CORPORATION; DELTA AIR LINES, INC.; UNITED AIR LINES, INC.; SOUTHWEST AIRLINES CO.; AMERICAN AIRLINES, INC.; US AIRWAYS, INC.; AIR CANADA; AIRTRAN AIRWAYS, INC.; JETBLUE AIRWAYS CORPORATION; MARRIOTT INTERNATIONAL, INC.; STARWOOD HOTELS & RESORTS WORLDWIDE, INC.; INTER-CONTINENTAL HOTELS CORPORATION; HYATT CORPORATION; HILTON WORLDWIDE, INC.; AMAZON.COM, INC.; PANDIGITAL, INC.; BARNES & NOBLE, INC.; SONY ELECTRONICS INC.; AND NINTENDO OF AMERICA INC., | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Owen W. Dukelow of the law firm KOLISCH HARTWELL, P.C., 520 S.W. Yamhill

Street, 200 Pacific Building, Portland, Oregon 97204, to represent VeriFone Systems, Inc., and Hypercom Corp. in this matter.

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          */s/ Karen Jacobs Louden*
          Jack B. Blumenfeld (#1014)
          Karen Jacobs Louden (#2881)
          1201 North Market Street
          P.O. Box 1347
          Wilmington, DE  19899
          (302) 658-9200
          jblumenfeld@mnat.com
          klouden@mnat.com

          *Attorneys for Defendants VeriFone Systems, Inc. and Hypercom Corp.*

December 16, 2011
4720348.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Oregon, Washington and California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ■ to the Clerk of the Court, or if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

KOLISCH HARTWELL, P.C.

By: _____
Owen W. Dukelow, OSB No. 965318
520 S.W. Yamhill Street
200 Pacific Building
Portland, Oregon 97204
Telephone: (503) 224-6655

*Of Attorneys for Defendants*
*VeriFone Systems, Inc. and Hypercom Corp.*

DATED this 9th day of Dec., 2011.

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Owen W. Dukelow is granted.

Dated: _____        _____
                                                                                    United States District Judge