**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CYBERFONE SYSTEMS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-834-SLR |
| | ) | |
| FEDERAL EXPRESS CORPORATION; | ) | **JURY TRIAL DEMANDED** |
| UNITED PARCEL SERVICE, INC; DHL | ) | |
| EXPRESS (USA), INC.; MOTOROLA | ) | |
| MOBILITY, INC.; GARMIN USA, INC.; | ) | |
| MITAC DIGITAL CORPORATION D/B/A | ) | |
| MAGELLAN; VERIFONE SYSTEMS, INC.; | ) | |
| HYPERCOM CORPORATION; INGENICO | ) | |
| CORP.; INGENICO INC.; FIRST DATA | ) | |
| CORPORATION; DELTA AIR LINES, INC.; | ) | |
| UNITED AIRLINES, INC.; SOUTHWEST | ) | |
| AIRLINES CO.; AMERICAN AIRLINES, INC.; | ) | |
| US AIRWAYS, INC.; AIR CANADA; AIRTRAN | ) | |
| AIRWAYS, INC.; JETBLUE AIRWAYS | ) | |
| CORPORATION; MARRIOTT | ) | |
| INTERNATIONAL, INC.; STARWOOD HOTELS | ) | |
| & RESORTS WORLDWIDE, INC.; INTER- | ) | |
| CONTINENTAL HOTELS CORPORATION; | ) | |
| HYATT HOTELS CORPORATION; HILTON | ) | |
| WORLDWIDE, INC.; AMAZON.COM, INC.; | ) | |
| PANDIGITAL, INC.; BARNES & NOBLE, INC.; | ) | |
| SONY ELECTRONICS INC.; AND NINTENDO | ) | |
| OF AMERICA, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission

pro hac vice of Timothy S. Teter and Ben Damstedt of Cooley LLP, Five Palo Alto Square, 3000

El Camino Real, Palo Alto, CA 94306 to represent Defendant Nintendo Of America, Inc. in this

action.

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
 Richard L. Horwitz (#2246)
 David E. Moore (#3983)
 Hercules Plaza, 6th Floor
 1313 N. Market Street
 Wilmington, DE 19801
 Tel: (302) 984-6000
 rhorwitz@potteranderson.com
 dmoore@potteranderson.com

Dated: December 16, 2011                    *Attorneys for Defendant Nintendo Of America,*
1038551 / 38518                             *Inc.*


## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission <u>pro hac vice</u> is granted.

Date: _____                    _____

                                    United States District Judge

2

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☐      has been paid to the Clerk of the Court

☒      will be submitted to the Clerk's Office upon the filing of this motion

Date:  December 16, 2011            Signed: */s/ Timothy S. Teter*
                                    Timothy S. Teter
                                    Cooley LLP
                                    Five Palo Alto Square
                                    3000 El Camino Real
                                    Palo Alto, CA  94306
                                    Tel:  (650) 843-5000
                                    teterts@cooley.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☐      has been paid to the Clerk of the Court

☒      will be submitted to the Clerk's Office upon the filing of this motion


Date:  December 16, 2011             Signed: /s/ Ben Damstedt
                                             Ben Damstedt
                                             Cooley LLP
                                             Five Palo Alto Square
                                             3000 El Camino Real
                                             Palo Alto, CA  94306
                                             Tel:  (650) 843-5000
                                             bdamstedt@cooley.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on December 16, 2011, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on December 16, 2011, the attached document was Electronically Mailed to the following person(s):

John C. Andrade
Parkowski , Guerke & Swayze, P.A.
116 West Water Street
P.O. Box 598
Dover, DE 19903
jandrade@pgslegal.com
*Attorneys for Plaintiff LVL Patent Group, LLC*

Marc A. Fenster
Bruce D. Kuyper
Fredricka Ung
Russ August & Kabat
12424 Wilshire Blvd., Suite 1200
Los Angeles, CA  90025
mfenster@raklaw.com
bkuyper@raklaw.com
fung@raklaw.com
*Attorneys for Plaintiff LVL Patent Group, LLC*

Jack B. Blumenfeld
Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
klouden@mnat.com
*Attorneys for Defendants Air Canada, Ingenico Corporation, Ingenico Inc., Motorola Mobility Inc., United Air Lines, Inc., United Parcels Services, Inc., US Airways, Inc., VeriFone Systems, Inc. and Hypercom Corp.*

Stephen E. Baskin
Kilpatrick Townsend & Stockton LLP
607 14th Street, NW, Suite 900
Washington, DC  20005-2018
202.508.5899
Sbaskin@kilpatricktownsend.com
*Attorneys for Defendants Air Canada, United Air Lines, Inc., and US Airways, Inc.*

John C. Alemanni
Kilpatrick Townsend & Stockton LLP
1001 West Fourth Street
Winston-Salem, NC 27101
jalemanni@kilpatricktownsend.com
*Attorneys for Defendant Air Canada*

Chad S.C. Stover
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
cstover@cblh.com
*Attorneys for Defendant American Airlines, Inc.*

Bradley W. Caldwell
Holly E. Engelmann
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, TX 75201
bcaldwell@mckoolsmith.com
hengelmann@mckoolsmith.com
*Attorneys for Defendant American Airlines, Inc.*

Lauren Murphy Pringle
Fish & Richardson, P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114
pringle@fr.com
*Attorneys for Defendant Barnes & Noble Inc.*

Gregory E. Stuhlman
Eve H. Ormerod
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
stuhlmang@gtlaw.com
ormerode@gtlaw.com
*Attorneys for Defendant DHL Express (USA) Inc.*

Kimberly A. Warshawsky
Greenberg Traurig, LLP
2375 East Camelback Road, Suite 700
Phoenix, AZ 85016
warshawskyk@gtlaw.com
*Attorneys for Defendant DHL Express (USA) Inc.*

Lawrence B. Goodwin
Monica Bhattacharyya
Stefan R. Stoyanov
Kasowitz, Benson, Torres
   & Friedman LLP
1633 Broadway
New York, NY 10019
lgoodwin@kasowitz.com
mbattacharyya@kasowitz.com
sstoyanov@kasowitz.com
*Attorneys for Defendant Delta Air Lines Inc.*

Jonathan K. Waldrop
Jonathan D. Olinger
Jeffrey J. Toney
Kasowitz, Benson, Torres & Friedman LLP
1360 Peachtree Street, N.E., Suite 1150
Atlanta, GA 30309
jwaldrop@kasowitz.com
jolinger@kasowitz.com
jtoney@kasowitz.com
*Attorneys for Defendant Delta Air Lines Inc.*

Philip A. Rovner
Jonathan A. Choa
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
provner@potteranderson.com
jchoa@potteranderson.com
*Attorneys for Defendant First Data
Corporation*

Bobbie Wilson
Perkins Coie LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
bwilson@perkinscoie.com
*Attorneys for Defendant First Data
Corporation*

John P. Fry
Kelly L. Whitehart
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, GA 30326
jfry@mmmlaw.com
klw@mmmlaw.com
*Attorneys for Defendants Ingenico
Corporation, Ingenico Inc. and United Parcel
Service Inc.*

Jordan Sigale
Loeb & Loeb LLP
321 North Clark Street, Suite 2300
Chicago, IL 60654
jsigale@loeb.com
*Attorneys for Defendant JetBlue Airways
Corporation*

Christopher Kao
Perkin Coie LLP
3150 Porter Drive
Palo Alto, CA 94304
ckao@perkinscoie.com
*Attorneys for Defendant First Data
Corporation*

Owen W. Dukelow
Kolisch Hartwell, P.C.
520 S.W. Yamhill Street
200 Pacific Building
Portland, OR 97204
dukelow@khpatent.com
*Attorneys for Defendants Hypercom
Corporation and Verifone Systems Inc.*

John G. Day
Tiffany Geyer Lydon
Andrew C. Mayo
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
jday@ashby-geddes.com
tlydon@ashby-geddes.com
amayo@ashby-geddes.com
*Attorneys for Defendant JetBlue Airways
Corporation*

Frederick L. Cottrell , III
Anne Shea Gaza
Travis S. Hunter
Richards, Layton & Finger, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801
gaza@rlf.com
cottrell@rlf.com
hunter@rlf.com
*Attorneys for Defendant Marriott International
Inc.*

3

Brian M. Koide
John L Cuddihy
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 2004-2595
bkoide@crowell.com
jcuddihy@crowell.com
*Attorneys for Defendant Marriott International
Inc.*

Aaron Fountain
John Guaragna
Brian Erickson
DLA Piper (US) LLP
401 Congress Avenue
Suite 2500
Austin, TX  78701-3799
aaron.fountain@dlapiper.com
john.guaragna@dlapiper.com
brian.erickson@dlapiper.com
*Attorneys for Defendant Starwood Hotels &
Resorts Worldwide Inc.*

Denise Seastone Kraft (#2778)
Aleine M. Porterfield (#5053)
DLA Piper LLP
919 N. Market Street, Suite 1500
Wilmignton, DE 19801
denise.kraft@dlapiper.com
aleine.porterfield@dlapiper.com
*Attorneys for Defendant Starwood Hotels &
Resorts Worldwide Inc.*

Rodger D. Smith , II
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
rsmith@mnat.com
*Attorneys for Defendant Sony Electronics Inc.*

By:     */s/ David E. Moore*
       Richard L. Horwitz
       David E. Moore
       POTTER ANDERSON & CORROON LLP
       Tel:  (302) 984-6000
       rhorwitz@potteranderson.com
       dmoore@potteranderson.com

1032915/37353/38410