IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CYBERFONE SYSTEMS, LLC | : | C.A. No. 11-cv-00834 (SLR) |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | TRIAL BY JURY DEMANDED |
| FEDERAL EXPRESS CORPORATION, et al., | : | |
| | : | |
| | : | |
| Defendants. | : | |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

Plaintiff CyberFone Systems, LLC (f/k/a LVL Patent Group, LLC) and defendant, Delta Air Lines, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action WITH PREJUDICE, subject to the terms of that certain agreement entitled "**PATENTS IN SUIT SETTLEMENT AGREEMENT**" and dated December 1, 2011, with each party to bear its own costs, expenses and attorneys' fees.

DATED: December 20, 2011

| | |
|---|---|
| PARKOWSKI, GUERKE & SWAYZE, P.A. | POTTER ANDERSON & CORROON LLP |
| | |
| */s/ John C. Andrade* | */s/ Richard L. Horwitz* |
| John C. Andrade, Esquire (#1037) | Richard L. Horwitz (#2246) |
| 116 W. Water Street | David E. Moore (#3983) |
| P.O. Box 598 | 1313 N. Market Street |
| Dover, DE 19903 | Wilmington, Delaware 19801 |
| 302-678-3262 | Telephone: 302-984-6000 |
| jandrade@pgslegal.com | rhorwitz@potteranderson.com |
| Attorneys for Plaintiff | dmoore@potteranderson.com |
| | Attorneys for Defendant, Delta Air Lines, Inc. |

OF COUNSEL:

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
Lawrence B. Goodwin
Monica Bhattacharyya
Stefan R. Stoyanov
1633 Broadway
New York, NY 10019
(212) 506-1700
LGoodwin@kasowitz.com
MBhattacharyya@kasowitz.com
SStoyanov@kasowitz.com

Jeffrey J. Toney
Jonathan K. Waldrop
Jonathan D. Olinger
1360 Peachtree Street, N.E., Suite 1150
Atlanta, GA 30309
(404) 260-6080
jtoney@kasowitz.com
jwaldrop@kasowitz.com
jolinger@kasowitz.com

*Attorneys for Defendant, Delta Air Lines, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CYBERFONE SYSTEMS, LLC | : | C.A. No.  11-cv-00834 (SLR) |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | TRIAL BY JURY DEMANDED |
| FEDERAL EXPRESS CORPORATION, et al., | : | |
| | : | |
| | : | |
| Defendants. | : | |

### [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff, CyberFone Systems, LLC (f/k/a LVL Patent Group, LLC), and defendant, Delta Air Lines, Inc., in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between plaintiff, CyberFone Systems, LLC (f/k/a LVL Patent Group, LLC), and defendant, Delta Air Lines, Inc., are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "**PATENTS IN SUIT SETTLEMENT AGREEMENT**" and dated December 1, 2011.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**IT IS SO ORDERED** this ___ day of _____, 2011.

 

The Honorable Sue L. Robinson
United States District Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, John C. Andrade, hereby certify that on December 20, 2011, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on December 20, 2011, the attached document was electronically mailed to the following:

**Monica V. Bhattacharyya**
**Lawrence B. Goodwin**
**Jonathan D. Olinger**
**Stefan R. Stoyanov**
**Jeffrey J. Toney**
**Jonathan K. Waldrop**
mbhattacharyya@kasowitz.com
lgoodwin@kasowitz.com
jolinger@kasowitz.com
sstoyanov@kasowitz.com
jtoney@kasowitz.com
jwaldrop@kasowitz.com
*Pro Hac Vice Attorneys for Defendant, Delta Air Lines, Inc.*

**Jack B. Blumenfeld**
**Karen Jacobs Louden**
Morris, Nichols, Arsht & Tunnell LLP
jblumenfeld@mnat.com
klouden@mnat.com
*Attorneys for Defendants, Ingenico Corporation, Ingenico Inc.*
*and United Parcel Service, Inc.,*

**Jack B. Blumenfeld**
Morris, Nichols, Arsht & Tunnell LLP
jblumenfeld@mnat.com
*Attorneys for Defendants, Verifone Systems, Inc., United Airlines, Inc.*
*Hypercom Corporation, US Airways, Inc. and AirCanada*

**Karen Jacobs Louden**
Morris, Nichols, Arsht & Tunnell LLP
klouden@mnat.com
*Attorneys for Defendants, Motorola Mobility Inc. and Hilton Worldwide Inc.*

**Frederick L. Cottrell, III**
**Anne Shea Gaza**
**Travis Steven Hunter**
Richards, Layton & Finger, PA
cottrell@rlf.com
gaza@rlf.com
hunter@rlf.com
*Attorneys for Defendant Marriott International Inc.*

**John G. Day**
Ashby & Geddes
jday@ashby-geddes.com
*Attorneys for Defendant JetBlue Airways Corporation*

**Jordan A. Sigale**
Loeb & Loeb LLP
jsigale@loeb.com
*Pro Hac Vice Attorney for Defendant JetBlue Airways Corporation*

**Darren E. Donnelly**
**J. David Hadden**
**Ryan J. Marton**
**Saina S. Shamilov**
ddonnelly@fenwick.com
dhadden@fenwick.com
rmarton@fenwick.com
sshamilov@fenwick.com
*Pro Hac Vice Attorneys for Defendant, Amazon.com Inc.*

**Brian Erickson**
**Aaron Fountain**
**John Guaragna**
**Aleine Michelle Porterfield**
brian.erickson@dlapiper.com
aaron.fountain@dlapiper.com
john.guaragna@dlapiper.com
aleine.porterfield@dlapiper.com
*Pro Hac Vice Attorneys for Defendant Starwood Hotels & Resorts Worldwide Inc.*

**Joseph S. Hanasz**
**David P. Lindner**
**Laura B. Miller**
jhanasz@brinkshofer.com
dlindner@brinkshofer.com
lmiller@brinkshofer.com
*Pro Hac Vice Attorney for Defendant, Hyatt Hotels Corporation*

**Richard L. Horwitz**
**David Ellis Moore**
Potter Anderson & Corroon, LLP
rhorwitz@potteranderson.com
dmoore@potteranderson.com
*Attorneys for Defendant, Delta Air Lines Inc. and Amazon.com Inc.*

**Denise Seastone Kraft**
DLA Piper LLP
denise.kraft@dlapiper.com
*Attorneys for Defendant Starwood Hotels & Resorts Worldwide Inc.*

**Eve H. Ormerod**
**Gregory Erich Stuhlman**
**Kimberly A. Warshawsky**
Greenberg Traurig, LLC
ormerode@gtlaw.com
stuhlmang@gtlaw.com
warshawskyk@gtlaw.com
*Attorneys for Defendant, DHL Express (USA) Inc.*

**Lauren Murphy Pringle**
Fish & Richardson, P.C.
pringle@fr.com
*Attorneys for Defendants Barnes & Noble Inc.*
*and Federal Express Corporation*

**Philip A. Rovner**
Potter Anderson & Corroon, LLP
provner@potteranderson.com
*Attorneys for Defendant, First Data Corporation*

**Rodger Dallery Smith, II**
Morris, Nichols, Arsht & Tunnell LLP
rdsefiling@mnat.com
*Attorneys for Defendant, Sony Electronics Inc.*

**Chad S.C. Stover**
Connolly, Bove, Lodge & Hutz
cstover@cblh.com
*Attorneys for Defendant American Airlines, Inc.*

**Bradley W. Caldwell**
**Holly E. Engelmann**
bcaldwell@mckoolsmith.com
hengelmann@mckoolsmith.com
*Pro Hac Vice Attorneys for Defendant American Airlines, Inc.*

**Gregory Brian Williams**
Fox Rothschild LLP
gwilliams@foxrothschild.com
*Attorneys for Defendant, Hyatt Hotels Corporation*

**John P. Fry**
**Kelly L. Whitehart**
Morris, Manning & Martin, LLP
jfry@mmmlaw.com
klw@mmmlaw.com
*Pro Hac Vice Attorneys for Ingenico Corporation,*
*Ingenico Inc. and United Parcels Services, Inc.*

**Stephen E. Baskin**
**John C. Alemanni**
Kilpatrick Townsend & Stockton LLP
sbaskin@kilpatricktownsend.com
jalemanni@kilpatricktownsend.com
*Pro Hac Vice Attorneys for Defendants Air Canada, United Airlines, Inc.*
*And US Airways, Inc.*

**Gregory E. Stuhlman**
Greenberg Traurig, LLP
sthulmang@gtlaw.com
*Attorneys for Defendant Garmin USA, Inc.*

**Owen W. Dukelow**
Kolisch Hartwell, P.C.
dukelow@khpatent.com
*Pro Hac Vice Attorneys for Defendants Verifone Systems, Inc.*
*and Hypercom Corporation*

**Timothy S. Teter**
**Ben Damstedt**
Cooley LLP
teterts@cooley.com
bdamstedt@cooley.com
*Pro Hac Vice Attorneys for Defendant, Nintendo*
*Of America, Inc.*

PARKOWSKI, GUERKE & SWAYZE, P.A.

By:*/s/ John C. Andrade*
    JOHN C. ANDRADE, ESQUIRE
    116 W. Water Street
    P.O. Box 598
    Dover, DE 19903
    302-678-3262
    Attorneys for Plaintiff