IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC (formerly known as LVL PATENT GROUP, LLC)<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION, *et al.*<br><br>Defendants. | Civil Action No.: 11-834-SLR |

**DISCLOSURE STATEMENT OF HYATT CORPORATION**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Hyatt Corporation hereby discloses that its parent corporation is Hyatt Hotels Corporation, a public company that trades under the symbol "H" on the New York Stock Exchange, and no other publicly held corporation owns 10% or more of Hyatt Corporation's stock.

**FOX ROTHSCHILD LLP**

By: */s/ Gregory B. Williams*
Gregory B. Williams (# 4195)
Austen C. Endersby (#5161)
Citizens Bank Center
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19801-2323
Tel: 302-654-7444
gwilliams@foxrothschild.com
aendersby@foxrothschild.com

*Attorneys for Defendant Hyatt Corporation*

*Of Counsel:*

Laura Beth Miller
David P. Lindner
Joseph S. Hanasz
Brinks Hofer Gilson & Lione
NBC Tower – Suite 3600
455 N. Cityfront Plaza Drive
Chicago, IL 60611
Tel: 312-321-4200
lmiller@brinkshofer.com
dlindner@brinkshofer.com
jhanasz@brinkshofer.com

Date: January 31, 2012