## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC (formerly known as LVL PATENT GROUP, LLC), | ) ) ) |
| Plaintiff, | ) ) C.A. No. 11-834-SLR |
| v. | ) ) **JURY TRIAL DEMANDED** |
| FEDERAL EXPRESS CORPORATION; *et al.*, | ) ) |
| Defendants. | ) |

### FIRST DATA CORPORATION'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant First Data Corporation submits that First Data Holdings, Inc. is the parent company to First Data Corporation. KKR & Co., L.P., a publicly held corporation, indirectly owns more than 10% of First Data Holdings, Inc.'s stock. No other publicly held corporation owns more than 10% of the stock of First Data Corporation or of First Data Holdings, Inc.

POTTER ANDERSON & CORROON LLP

OF COUNEL:

Bobbie Wilson
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
(415) 344-7000

Christopher Kao
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304
(650) 838-4300

Dated: February 3, 2012
1045149

By: */s/ Philip A. Rovner*
Philip A. Rovner (#3215)
Jonathan A. Choa (#5319)
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com
jchoa@potteranderson.com

*Attorneys for Defendant*
*First Data Corporation*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on February 3, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

## BY CM/ECF AND E-MAIL

John C. Andrade , Esq.
Parkowski, Guerke & Swayze, P.A.
116 West Water Street
P.O. Box 598
Dover, DE 19903
jandrade@pgslegal.com

*Attorneys for Plaintiff*
*Cyberfone Systems, LLC*

Rodger D. Smith , II, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
rsmith@mnat.com

*Attorneys for Defendant*
*Sony Electronics Inc.*

Lauren Murphy Pringle, Esq.
Fish & Richardson, P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114
pringle@fr.com

*Attorneys for Defendants*
*Barnes & Noble Inc. and Federal Express*
*Corporation*

Jack B. Blumenfeld, Esq.
Karen Jacobs Louden, Esq.
Paul Saindon, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
klouden@mnat.com
psaindon@mnat.com

*Attorneys for Defendants United Air Lines,*
*Inc., United Parcel Service, Inc., US Airways,*
*Inc., Hypercom Corporation, Air Canada,*
*Hilton Worldwide, Inc., Ingenico Corporation,*
*Ingenico Inc., VeriFone Systems, Inc. and*
*inter-Continental Hotels Corporation*

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendants*
*Amazon.com Inc., Nintendo of America Inc.*
*and MiTAC Digital Corporation*

Denise Seastone Kraft, Esq.
Aleine Michelle Porterfield, Esq.
DLA Piper LLP
919 N. Market Street, Suite 1500
Wilmington, DE 19801
Denise.kraft@dlapiper.com
Aleine.porterfield@dlapiper.com

*Attorneys for Defendant*
*Starwood Hotels & Resorts Worldwide Inc.*

Chad S. C. Stover, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
cstover@cblh.com

*Attorneys for Defendant*
*American Airlines, Inc.*

Allen Terrell, Jr., Esq.
Kelly E. Farnan, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801
Terrell@rlf.com
Farnan@rlf.com

*Attorneys for Defendants*
*Southwest Airlines Co. and AirTran Airways*
*Inc.*

Gregory E. Stuhlman, Esq.
Eve H. Omerod, Esq.
Greenberg Traurig, LLP
1007 N. Orange Street, Suite 1200
Wilmington, DE 19801
stuhlmang@gtlaw.com
omerode@gtlaw.com

*Attorneys for Defendant*
*DHL Express (USA), Inc.*

John G. Day, Esq.
Tiffany Geyer Lydon, Esq.
Andrew C. Mayo, Esq.
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, DE 19899
jday@ashby-geddes.com
tlydon@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Defendant*
*JetBlue Airways Corporation*

Frederick L. Cottrell, III, Esq.
Anne Shea Gaza, Esq.
Travis S. Hunter, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Cottrell@rlf.com
gaza@rlf.com
hunter@rlf.com

*Attorneys for Defendant*
*Marriott International, Inc.*

Gregory B. Williams, Esq.
Austen C. Endersby, Esq.
Fox Rothschild LLP
Citizens Bank Center
919 N. Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899
gwilliams@foxrothschild.com
aendersby@foxrothschild.com

*Attorneys for Defendant*
*Hyatt Corporation*

Rex A. Donnelly, Esq..
RatnerPrestia
1007 Orange Street, Suite 1100
Wilmington, DE 19801
radonnelly@ratnerprestia.com

*Attorneys for Defendant*
*Pandigital, Inc.*

I further certify that on February 3, 2012, the attached document was Electronically

Mailed to the following person(s):

Marc A. Fenster, Esq.
Bruce D. Kuyper, Esq.
Fredricka Ung, Esq.
Russ August & Kabat
12424 Wilshire Blvd., Suite 1200
Los Angeles, CA 90025
mfenster@raklaw.com
bkuyper@raklaw.com
fung@raklaw.com

*Attorneys for Plaintiff*
*Cyberfone Systems, LLC*

Michael N. Rader, Esq.
James J. Foster, Esq.
Charles Steenburg, Esq.
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210-2206
mrader@wolfgreenfield.com
jfoster@wolfgreenfield.com
csteenburg@wolfgreenfield.com

*Co-counsel for Defendant*
*Sony Electronics, Inc.*

3

Aaron Fountain, Esq.
John Guaragna, Esq.
Brian Erickson, Esq.
DLA Piper LLP (US)
401 Congress Avenue, Suite 2500
Austin, TX 78701-3799
Aaron.fountain@dlapiper.com
John.guaragna@dlapiper.com
Brian.erickson@dlapiper.com

*Co-counsel for Defendant
Starwood Hotels & Resorts Worldwide, Inc.*

Mary Olga-Lovett, Esq.
Greenberg Traurig, LLP
1000 Louisiana Street, Suite 1700
Houston, TX 77002
lovettm@gtlaw.com

*Co-counsel for Defendant
DHL Express (USA), Inc.*

Brian M. Koide, Esq.
John L. Cuddihy, Esq.
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595
bkoide@crowell.com
jcuddihy@crowell.com

*Co-counsel for Defendant Marriott
International, Inc.*

Kimberly A. Warshawsky, Esq.
Greenberg Traurig, LLP
2375 East Camelback Road
Suite 700
Phoenix, AZ 85016
warshawskyk@gtlaw.com

*Co-counsel for Defendant
DHL Express (USA), Inc.*

Michael A. Nicodema, Esq.
Greenberg Traurig, LLP
200 Park Avenue
P.O. Box 677
Florham Park, NJ 07932
nicodemam@gtlaw.com

*Co-counsel for Defendant
DHL Express (USA), Inc.*

Timothy S. Teter, Esq.
Ben Damstedt, Esq.
Cooley LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
teterts@cooley.com
bdamstedt@cooley.com

*Co-counsel for Defendant
Nintendo of America Inc.*

Bradley W. Caldwell, Esq.
Holly E. Engelmann, Esq.
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, TX 75201
bcaldwell@mckoolsmith.com
hengelmann@mckoolsmith.com

*Co-counsel for Defendant*
*American Airlines, Inc.*

Ryan J. Marton, Esq.
Fenwick & West LLP
555 California Street, 12th Floor
San Francisco, CA 94104
rmarton@fenwick.com

*Co-counsel for Defendant*
*Amazon.com, Inc.*

Stephen E. Baskin, Esq.
Kilpatrick Townsend & Stockton LLP
607 14th Sreet, NW
Suite 900
Washington, DC 200005
sbaskin@kilpatricktownsend.com

*Co-counsel for Defendants*
*Air Canada, United Air Lines Inc. and US*
*Airways, Inc.*

J. David Hadden, Esq.
Darren E. Donnelly, Esq.
Saine S. Shamilov, Esq.
William A. Moseley, Esq.
Fenwick & West LLP
801 California Street
Mountain View, CA 94041
dhadden@fenwick.com
ddonnelly@fenwick.com
sshamilov@fenwick.com
wmoseley@fenwick.com

*Co-counsel for Defendant*
*Amazon.com, Inc.*

John P. Fry, Esq.
Kelly L. Whitehart, Esq.
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, GA 30326
jfry@mmmlaw.com
kwhitehart@mmmlaw.com

*Co-counsel for Defendants*
*Ingenico Corporation, Ingenico Inc. and*
*United Parcels Services, Inc.*

John C. Alemanni, Esq.
Kilpatrick Townsend & Stockton LLP
1001 West Fourth Street
Winston-Salem, NC 27101
jalemanni@kilpatricktownsend.com

William Boice, Esq.
Kilpatrick Townsend & Stockton LLP
Suite 2800
1100 Peachtree Street
Atlanta, GA 20209-4535
bboice@kilpatricktownsend.com

*Co-counsel for Defendants*
*Air Canada, United Air Lines Inc. and US*
*Airways, Inc.*

Jordan A. Sigale, Esq.
Loeb & Loeb LLP
321 North Clark Street
Suite 2300
Chicago, IL 60654
jsigale@loeb.com

*Co-counsel for Defendant*
*JetBlue Airways Corporation*

Max Ciccarelli, Esq.
Justin S. Cohen, Esq.
Thomson & Knight LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, TX 75201
Max.ciccarelli@tklaw.com
Justin.cohen@tklaw.com

*Co-counsel for Defendants*
*Southwest Airlines Co. and AirTran Airways Inc.*

James P. Martin, Esq.
Shartsis Friese LLP
One Maritime Plaza, 18th Floor
San Francisco, CA 94111
jmartin@sflaw.com

*Co-counsel for Defendant*
*Pandigital, Inc.*

Owen W. Dukelow, Esq.
Kolisch Hartwell, P.C.
520 S. W. Yamhill Street
200 Pacific Building
Portland, OR 97204
dukelow@khpatent.com

*Co-counsel for Defendants*
*VeriFone Systems, Inc. and Hypercom Corp.*

Wab P. Kadaba, Esq.
George L. Murphy, Jr., Esq.
Kilpatrick Townsend & Stockton LLP
1100 Peach Street, Suite 2800
Atlanta, GA 30309
wkadaba@kilpatricktownsend.com
gmurphy@kilpatricktownsend.com

*Co-counsel for Defendant*
*Inter-Continental Hotel Corporation*

Michael C. Ting, Esq.
Freitas Tseng & Kaufman LLP
100 Marine Parkway, Suite 200
Redwood Shores, CA 94065
mting@ftklaw.com

*Co-Counsel for Defendant*
*MiTAC Digital Corporation*

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

1033952