## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| CYBERFONE SYSTEMS, LLC (formerly known as LVL PATENT GROUP, LLC), | ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | Civil Action No. 11-834 (SLR) |
| v. | ) ) | |
| | ) | |
| FEDERAL EXPRESS CORPORATION, et al. | ) ) | |
| Defendants. | ) ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the

admission *pro hac vice* of M. Elizabeth Day, Sal Lim and Marc Belloli of Feinberg Day

Alberti & Thompson LLP to represent Defendant Equinox Payments, LLC in this matter.


Respectfully submitted,

RATNERPRESTIA


*/s/ Rex A. Donnelly*
Rex A. Donnelly
1007 Orange Street, Suite 1100
Wilmington, DE 19801-1231
Phone: (302) 7789-2500
Fax: (302) 778-2600
radonnelly@ratnerprestia.com

Of Counsel:

M. Elizabeth Day
Marc C. Belloli
Sal Lim
Feinberg Day Alberti & Thompson LLP
401 Florence Street, Suite 200
Palo Alto, CA 94301
Phone: (650) 618-4360
eday@feinday.com
mbelloli@feinday.com
slim@feinday.com


*Attorneys for Defendant*
*Equinox Payments, LLC*


Dated:  February 3, 2012

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____          _____
                                        United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid ___ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted _X__ to the Clerk's Office upon the filing of this motion.

Margaret Elizabeth Day
Feinberg Day Alberti & Thompson LLP
401 Florence Street, Suite 200
Palo Alto, California 94301
Telephone: 650-618-4360
Fax: 650-618-4368
eday@feinday.com

Date: January 30, 2012

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid ___ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted __X__ to the Clerk's Office upon the filing of this motion.

Sal Lim
Feinberg Day Alberti & Thompson LLP
401 Florence Street, Suite 200
Palo Alto, California 94301
Telephone: 650-618-4360
Fax: 650-618-4368
slim@feinday.com

Date: January 30, 2012

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid ___ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted __X__ to the Clerk's Office upon the filing of this motion.

_____
Marc Belloli
Feinberg Day Alberti & Thompson LLP
401 Florence Street, Suite 200
Palo Alto, California 94301
Telephone: 650-618-4360
Fax: 650-618-4368
mbelloli@feinday.com

Date: January 30, 2012

## CERTIFICATE OF SERVICE

I hereby certify that on February ___, 2012, I electronically filed the attached MOTION

AND ORDER FOR ADMISSION PRO HAC VICE with the Clerk of the Court using CM/ECF,

which will send notification of such filing to the following:

John C. Andrade
116 West Water Street
P.O. Box 598
Dover, DE 19903
(302) 678-3262
jandrade@pgslegal.com

Of Counsel:

Marc A. Fenster
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, Twelfth Floor
Los Angeles, CA 90025-1031
(310) 826-7474
mfenster@raklaw.com

Attorneys for Plaintiff
CyberFone Systems, Inc.

RATNERPRESTIA

*/s/ Rex A. Donnelly*
Rex A. Donnelly
1007 Orange Street, Suite 1100
Wilmington, DE 19801-1231
Phone: (302) 778-2500
Fax: (302) 778-2600
radonnelly@ratnerprestia.com