**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC, (formerly known as LVL PATENT GROUP, LLC),<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION; UNITED PARCEL SERVICE, INC.; DHL EXPRESS (USA), INC.; MOTOROLA SOLUTIONS, INC.; GARMIN USA, INC.; MITAC DIGITAL CORPORATION; VERIFONE SYSTEMS, INC.; HYPERCOM CORPORATION; HYPERCOM U.S.A., INC.; EQUINOX PAYMENTS LLC; INGENICO CORP.; INGENICO INC.; FIRST DATA CORPORATION; DELTA AIR LINES, INC.; UNITED AIR LINES, INC.; SOUTHWEST AIRLINES CO.; AMERICAN AIRLINES, INC.; US AIRWAYS, INC.; AIR CANADA; AIRTRAN AIRWAYS, INC.; JETBLUE AIRWAYS CORPORATION; MARRIOTT INTERNATIONAL, INC.; STARWOOD HOTELS & RESORTS WORLDWIDE, INC.; INTER-CONTINENTAL HOTELS CORPORATION; HYATT CORPORATION; HILTON WORLDWIDE, INC.; AMAZON.COM, INC.; PANDIGITAL, INC.; BARNES & NOBLE, INC.; SONY ELECTRONICS INC.; NINTENDO OF AMERICA INC.,<br><br>    Defendants. | Civil Action No. 11-834-SLR<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT FEDERAL EXPRESS CORPORATION'S
RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Federal Express Corporation discloses the following:

Defendant Federal Express Corporation (FedEx Express) is a wholly-owned subsidiary of parent corporation FedEx Corporation. FedEx Corporation is a publicly traded company, trading on the NYSE (ticker symbol FDX).

1

Dated: February 7, 2012    FISH & RICHARDSON P.C.

            By: */s/ Lauren Murphy Pringle*
                William J. Marsden, Jr. (#2247)
                Lauren Murphy Pringle (#5375)
                222 Delaware Avenue, 17th Floor
                P.O. Box 1114
                Wilmington, DE  19801
                Telephone:  (302) 652-5070
                Facsimile:  (302) 652-0607
                marsden@fr.com
                pringle@fr.com

            ***ATTORNEYS FOR DEFENDANT
            FEDERAL EXPRESS CORPORATION***