IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CYBERFONE SYSTEMS, LLC (formerly known as LVL PATENT GROUP, LLC), | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 11-834 (SLR) |
| FEDERAL EXPRESS CORPORATION, et al., | ) ) ) | |
| Defendants. | ) ) | |

### SOUTHWEST AIRLINES CO.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Southwest Airlines Co., for its Corporate Disclosure Statement, states that it is has no parent corporation and that there is no publicly held corporation owning 10% or more of Southwest's stock.

OF COUNSEL:

Max Ciccarelli
Max.Ciccarelli@tklaw.com
Justin S. Cohen
Justin.Cohen@tklaw.com
Thompson & Knight LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, TX 75201
214-969-1700

/s/Kelly E. Farnan
Allen Terrell, Jr. (#937)
Terrell@rlf.com
Kelly E. Farnan (#4395)
Farnan@rlf.com
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801
302-651-7700
*Attorneys for Defendants Southwest Airlines Co. and AirTran Airways Inc.*

Dated: February 9, 2012