IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CYBERFONE SYSTEMS, LLC (formerly known as LVL PATENT GROUP, LLC), | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 11-834 (SLR) |
| FEDERAL EXPRESS CORPORATION, et al., | ) ) ) ) | |
| Defendants. | ) | |

## AIRTRAN AIRWAYS, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, AirTran Airways, Inc., for its Corporate Disclosure Statement, states that it is a wholly owned subsidiary of AirTran Holdings, LLC. Southwest Airlines Co. is the sole member of AirTran Holdings, LLC.

OF COUNSEL:

Max Ciccarelli
Max.Ciccarelli@tklaw.com
Justin S. Cohen
Justin.Cohen@tklaw.com
Thompson & Knight LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, TX 75201
214-969-1700

/s/Kelly E. Farnan
Allen Terrell, Jr. (#937)
Terrell@rlf.com
Kelly E. Farnan (#4395)
Farnan@rlf.com
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801
302-651-7700
*Attorneys for Defendants Southwest Airlines Co. and AirTran Airways Inc.*

Dated: February 9, 2012