IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC (formerly known as LVL PATENT GROUP, LLC), <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL EXPRESS CORPORATION; UNITED PARCEL SERVICE, INC.; DHL EXPRESS (USA), INC.; MOTOROLA SOLUTIONS, INC.; GARMIN USA, INC. ; MITAC DIGITAL CORPORATION; VERIFONE SYSTEMS, INC.; HYPERCOM CORPORATION; HYPERCOM U.S.A., INC.; EQUINOX PAYMENTS, LLC; INGENICO CORP.; INGENICO INC.; FIRST DATA CORPORATION; DELTA AIR LINES, INC.; UNITED AIR LINES, INC.; SOUTHWEST AIRLINES CO.; AMERICAN AIRLINES, INC.; US AIRWAYS, INC.; AIR CANADA; AIRTRAN AIRWAYS, INC.; JETBLUE AIRWAYS CORPORATION; MARRIOTT INTERNATIONAL, INC.; STARWOOD HOTELS & RESORTS WORLDWIDE, INC.; INTER-CONTINENTAL HOTELS CORPORATION; HYATT CORPORATION; HILTON WORLDWIDE, INC.; AMAZON.COM, INC.; PANDIGITAL, INC.; BARNES & NOBLE, INC.; SONY ELECTRONICS INC.; AND NINTENDO OF AMERICA INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) C.A. No. 11-834-SLR ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**JETBLUE AIRWAYS CORPORATION'S JOINDER IN MOVING DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE TO SEVER, FOR MISJOINDER**

JetBlue Airways Corporation ("JetBlue") joined the Moving Defendants' Reply Brief in

Support of their Motion for Misjoinder Pursuant to Rules 20 and 21 (D.I. 151).

{00602272;v1}

JetBlue separately writes merely to point out that contrary to Cyberfone's representation in their Answering Brief in Opposition to Moving Defendants' Motion to Dismiss, or in the Alternative to Sever, for Misjoinder (D.I. 144) that "[i]n lieu of responding to the [First Amended Complaint (FAC)], the Moving Defendants brought a Motion to Dismiss," JetBlue did substantively answer the FAC (D.I. 119) (JetBlue Airways Corporation's Answer, Defenses and Counterclaims to Plaintiff's First Amended Complaint).  JetBlue joined in this Motion to Sever with its fellow defendants in addition to answering to point out the potential prejudice and inefficiencies that joinder of so many entities from different industries will cause in the present litigation.

For the reasons stated in the Moving Defendants' Opening Brief (D.I. 106) incorporated herein by reference, JetBlue requests that the Court dismiss the above captioned action, or, in the alternative, sever the defendants from one another.

ASHBY & GEDDES

*/s/ John G. Day*

John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
Andrew C. Mayo (I.D. #5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
jday@ashby-geddes.com
tlydon@ashby-geddes.com
amayo@ashby-geddes.com

*Of Counsel:*

Jordan A. Sigale
Loeb & Loeb LLP
321 North Clark Street
Suite 2300
Chicago, IL 60654

*Attorneys for Defendant JetBlue Airway Corporation*

Dated:  February 9, 2012