IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC,<br><br>            Plaintiff,<br>v.<br><br>FEDERAL EXPRESS CORPORATION, ET AL.,<br><br>            Defendants. | Civil Action No. 1:11-cv-834-SLR<br><br>**DEMAND FOR JURY TRIAL** |

### DECLARATION OF FREDRICKA UNG IN SUPPORT OF CYBERFONE SYSTEMS, LLC'S ANSWERING BRIEF IN RESPONSE TO DEFENDANT HYATT CORPORATION'S MOTION TO DISMISS HYATT CORPORATION AS A PARTY FOR MISJOINDER, OR IN THE ALTERNATIVE, TO SEVER AND TRANSFER THE CLAIMS AGAINST HYATT CORPORATION

I, Fredricka Ung, declare and state as follows:

1. I am a member of the State Bar of California and an associate at the firm of Russ August & Kabat, counsel of record for Plaintiff CyberFone Systems, LLC ("CyberFone") in the above-captioned action. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from defendant Hyatt Corporation's ("Hyatt") 2010 Annual Report.

3. Attached hereto as Exhibit 2 is a true and correct copy of a printout from Hyatt's website, www.hyatt.com, indicating that there are seven Hyatt hotels within 35 miles of Wilmington, Delaware.

Dated: February 13, 2012

                                                                               Fredricka Ung