# Ex. 1

HYATT HOTELS CORPORATION
2010 ANNUAL REPORT



YOU'RE MORE THAN WELCOME

HYATT HOTELS CORPORATION • 2010 ANNUAL REPORT

# Hyatt at a Glance

## GLOBAL FOOTPRINT

### PROPERTIES BY REGION

- 340   North America
- 37    Europe/Middle East/Africa
- 7     Other Americas
- 52    Asia Pacific
- 17    Southwest Asia

### KEY

- Global Headquarters
- Offices
- Owned, Leased and Unconsolidated Hospitality Ventures
- Managed and Franchised



## World Wide Portfolio

### ROOMS BY BRAND



- 53%   Hyatt Regency
- 17%   Grand Hyatt
- 16%   Hyatt Place
- 4%    Hyatt
- 4%    Park Hyatt
- 4%    Hyatt Summerfield Suites
- 2%    Hyatt Residence Club
- <1%   Andaz

### ROOMS BY REGION



- 71%   North America
- 16%   Asia Pacific
- 7%    Europe, Middle East and Africa
- 4%    Southwest Asia
- 2%    Other Americas

### ROOMS BY TYPE



- 53%   Managed
- 21%   Owned and Leased
- 16%   Franchised
- 8%    Unconsolidated Hospitality Ventures
- 1%    Residential Property
- 1%    Vacation Ownership

# Selected Financial Data

### ADJUSTED EBITDA[1]



- $628 M
- $708 M
- $687 M
- $406 M
- $476 M

2006 2007 2008 2009 2010

### NET INCOME (LOSS) ATTRIBUTABLE TO HYATT HOTELS CORPORATION



- $315 M
- $270 M
- $168 M
- $(43) M
- $66 M

2006 2007 2008 2009 2010

### 2010 ADJUSTED EBITDA[2]



- 50%  Owned and Leased
- 25%  North America Management & Franchising
- 13%  International Management & Franchising
- 12%  Unconsolidated Hospitality Ventures

### OWNED AND LEASED OPERATING MARGIN[3]



- 23%
- 25%
- 26%
- 18%
- 20%

2006 2007 2008 2009 2010

### MANAGEMENT AND FRANCHISING FEES



- $278M[4]
- $315M
- $290M
- $223M
- $255M

2006[4] 2007 2008 2009 2010

---

[1]  For our definition of Adjusted EBITDA and a reconciliation of consolidated Adjusted EBITDA to EBITDA and a reconciliation of EBITDA to its most directly comparable GAAP measure, net income (loss) attributable to Hyatt Hotels Corporation, see Part II, Item 7 "Management's Discussion and Analysis of Financial Condition and Results of Operations – Results of Operations" of our Annual Report on Form 10-K.

[2]  Represents 2010 Actual Adjusted EBITDA. Corporate and other EBITDA of ($101) million not included in percent breakdown.

[3]  Owned and leased operating margin is defined as the margin on owned and leased hotel results calculated as the difference between owned and leased hotels revenue and owned and leased hotels expense as reflected on our consolidated statements of income (loss).

[4]  2006 management and franchising fees, as presented above, exclude $16 million of termination fees.

9