Ex. 2

Search Hotels



Customer Service | English ▾ | Hyatt Gold Passport **Sign**

RATES & RESERVATIONS | **HOTELS & RESORTS** | SPECIAL OFFERS | MEETINGS & EVENTS | ABOUT HYATT | HYATT GO

Hyatt Home  >  Hotels & Resorts  >  Hotel Search Results

## SEARCH HYATT HOTELS & RESORTS

**SEARCH:**

Location:

wilmington delaware

Search By Hyatt Brand:

All Hyatt Brands

SEARCH     Search Tips

**NARROW YOUR RESULTS BY:**

**Location by Area:**
New Jersey (2)
Pennsylvania (5)

**City:**
King of Prussia (1)
Mount Laurel (2)
Philadelphia (4)

**Hyatt Brand:**
Hyatt Regency (2)
Hyatt House (3)
Hyatt Place (2)

**Activities:**
Beach (1)
Dining (7)
Entertainment/Nightlife (3)
Family (1)
Fitness Center (6)
Shopping (5)
Sports (5)
Tennis (2)
Tours (4)

**Guest Services:**
Business Center (3)
Car Rental (2)
Catering (7)
Internet Access (5)
Parking (2)
Shuttle Service (4)
Weddings (7)

**Internet Connection:**
T-Mobile HotSpot (1)
High Speed - Wired (7)
High Speed - Wireless (7)

**Internet Connection Location:**
Guest Rooms (7)
Meeting Rooms (6)
Public Areas (7)

**Facilities:**
Fitness Center (3)
Hotel Shops (1)
Lounges (3)
Meetings and Events (7)
Pool (2)
Restaurant (7)

**Gift Certificates by Type:**
Stay - Choice (2)
Stay - Classic (1)

Selected Topics:

**MATCHING HOTELS: 7**

Choose Your View:     Sort By:     Radius:
Listings only          Distance     50.0 ◉ Miles  ○ Kilometers



**Hyatt at The Bellevue**
200 South Broad Street
Philadelphia, Pennsylvania, USA
19102
Tel: +1 215 893 1234
Maps & Directions

Try this elegant luxury hotel on
Philadelphia's Avenue of the Arts.

CHECK RATES & AVAILABILITY

25 Miles

Visit Hotel Site
View Photo Gallery
View Virtual Tour



**Earn Thousands of Bo**

Earn Hyatt Gold Passpo
points, enough for two fre
any Hyatt hote



**HYATT house Philadelphia/King of
Prussia**
240 Mall Boulevard
King of Prussia, Pennsylvania, USA
19406
Tel: +1 610 265 0300
Maps & Directions

CHECK RATES & AVAILABILITY

25.6 Miles

Visit Hotel Site
View Photo Gallery



**Hyatt Place Philadelphia/King of
Prussia**
440 American Avenue
King of Prussia, Pennsylvania, USA
19406
Tel: +1 484 690 3000
Maps & Directions

CHECK RATES & AVAILABILITY

25.8 Miles

Visit Hotel Site
View Photo Gallery
View Virtual Tour



**Hyatt Regency Philadelphia at
Penn's Landing**
201 South Columbus Blvd.
Philadelphia, Pennsylvania, USA
19106
Tel: +1 215 928 1234
Maps & Directions

Philadelphia's Only Waterfront Hotel

CHECK RATES & AVAILABILITY

25.9 Miles

Visit Hotel Site
View Photo Gallery
View Virtual Tour



**HYATT house
Philadelphia/Plymouth Mtg**
501 E. Germantown Pike
East Norriton, Pennsylvania, USA
19401
Tel: +1 610 313 9990
Maps & Directions

CHECK RATES & AVAILABILITY

30.4 Miles

Visit Hotel Site
View Photo Gallery
View Virtual Tour

Stay - Elite (3)
Stay - Premiere (2)
Weekend - Select (1)
Stay - Inspire (3)
Weekend - Prestige (2)



**HYATT house Mt. Laurel**
3000 Crawford Place
Mt Laurel, New Jersey, USA
08054
Tel: +1 856 222 1313
Maps & Directions

34.2 Miles

Visit Hotel Site
View Photo Gallery
View Virtual Tour

CHECK RATES & AVAILABILITY



**Hyatt Place Mt. Laurel**
8000 Crawford Place
Mt. Laurel, New Jersey, USA
08054
Tel: 856 840 0770
Maps & Directions

34.3 Miles

Visit Hotel Site
View Photo Gallery
View Virtual Tour

CHECK RATES & AVAILABILITY

Our Brands                            

**CORPORATE SITES**
Careers
Vacation Ownership
Hyatt Development
Travel Agent Resources
Investor Relations



**NEW RESERVATIONS**
Find Hotels
Travel Packages
Redeem Gold Passport Points
Redeem Gift Certificates

**EXISTING RESERVATIONS**
Find / Modify Reservations
Check In / Check Out
Retrieve Hotel Bill

**WHAT'S NEW**
Breaking News
Press Room
Hyatt Blog
New Hotels & Designs

**GIFTS & PRODUCTS**
Gift Certificates
Gift Registry
Hyatt at Home

**EXPLORE MORE**
Hyatt Destination
Hyatt Mobile
Hyatt Resorts
Hyatt Resorts of
Hyatt Spas
Golf Hyatt
Weddings
Hyatt Residence



Privacy Policy - Your Privacy Rights    |    Terms & Conditions    |    Security & Safety    |    Site Map    |    © 2012  Hy