IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CyberFone Systems, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>Federal Express Corporation, et al.,<br><br>                    Defendants. | Civil Action No. 1:11-cv-834-SLR<br><br>**DEMAND FOR JURY TRIAL** |

**PLAINTIFF CYBERFONE SYSTEMS, LLC'S ANSWER TO DEFENDANT
JETBLUE AIRWAYS CORPORATION'S COUNTERCLAIMS**

Plaintiff CyberFone Systems, LLC ("CyberFone") answers the Counterclaims of Defendant JetBlue Airways Corporation ("JetBlue") (D.I. 119) by corresponding paragraph number as follows:

### Nature and Basis of Action

1.    CyberFone admits that JetBlue's counterclaims arise under the Declaratory Judgment Act and the United States Patent Act. CyberFone denies that JetBlue's counterclaims have any merit.

### The Parties, Jurisdiction, and Venue

2.    CyberFone admits that JetBlue is a corporation organized and existing under the laws of Delaware. CyberFone lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in paragraph 2.

3.    Admitted.

4.    Admitted.

5.    Admitted.

6.    Admitted.

7.    Admitted.

1

8. Admitted.

9. Admitted.

10. Admitted.

## COUNTERCLAIM I:
## (DECLARATION OF NONINFRINGEMENT)

11. CyberFone restates and incorporates its answers to paragraphs 1-10 above as if fully set forth herein.

12. Denied.

13. Denied.

## COUNTERCLAIM II:
## (DECLARATION OF INVALIDITY)

14. CyberFone restates and incorporates its answers to paragraphs 1-13 above as if fully set forth herein.

15. Denied.

16. Denied.

## PRAYER FOR RELIEF

WHEREFORE, CyberFone prays for the following relief with regard to JetBlue's counterclaims:

A. A dismissal with prejudice of JetBlue's counterclaims;

B. An adjudication that JetBlue is not entitled to any relief on its counterclaims, including, without limitation, any fine or damages; and

C. Costs and such further relief to which CyberFone is entitled, and which the Court deems just and equitable.

## DEMAND FOR JURY TRIAL

CyberFone demands a trial by jury on all issues so triable.

Dated: February 16, 2012

Of Counsel:

Marc A. Fenster
Bruce D. Kuyper
Fredricka Ung
Russ, August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025-1031
(310) 826-7474
mfenster@raklaw.com
bkuyper@raklaw.com
fung@raklaw.com

Respectfully submitted,

PARKOWSKI, GUERKE & SWAYNE, P.A.

/s/ *John C. Andrade*
John C. Andrade (#1037)
116 West Water Street
Dover, DE 19904-6739
(302) 678-3262
jandrade@pgslegal.com


Attorneys for Plaintiff,
CyberFone Systems, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, John C. Andrade, hereby certify that on February 16, 2012, Plaintiff CyberFone Systems LLC's Answer to Defendant JetBlue Airways Corporation's Counterclaims was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on February 16, 2012, the attached document was electronically mailed to the following:

**Monica V. Bhattacharyya**
**Lawrence B. Goodwin**
**Jonathan D. Olinger**
**Stefan R. Stoyanov**
**Jeffrey J. Toney**
**Jonathan K. Waldrop**
mbhattacharyya@kasowitz.com
lgoodwin@kasowitz.com
jolinger@kasowitz.com
sstoyanov@kasowitz.com
jtoney@kasowitz.com
jwaldrop@kasowitz.com
*Pro Hac Vice Attorneys for Defendant, Delta Air Lines, Inc.*

**Jack B. Blumenfeld**
**Karen Jacobs Louden**
Morris, Nichols, Arsht & Tunnell LLP
jblumenfeld@mnat.com
klouden@mnat.com
*Attorneys for Defendants, Ingenico Corporation, Ingenico Inc.
and United Parcel Service, Inc.,*

**Jack B. Blumenfeld**
Morris, Nichols, Arsht & Tunnell LLP

jblumenfeld@mnat.com
*Attorneys for Defendants, Verifone Systems, Inc., United Airlines, Inc. Hypercom Corporation, US Airways, Inc. and AirCanada*

**Karen Jacobs Louden**
Morris, Nichols, Arsht & Tunnell LLP
klouden@mnat.com
*Attorneys for Defendants, Motorola Mobility Inc. and Hilton Worldwide Inc.*

**Frederick L. Cottrell, III**
**Anne Shea Gaza**
**Travis Steven Hunter**
Richards, Layton & Finger, PA
cottrell@rlf.com
gaza@rlf.com
hunter@rlf.com
*Attorneys for Defendant Marriott International Inc.*

**John G. Day**
Ashby & Geddes
jday@ashby-geddes.com
*Attorneys for Defendant JetBlue Airways Corporation*

**Jordan A. Sigale**
Loeb & Loeb LLP
jsigale@loeb.com
*Pro Hac Vice Attorney for Defendant JetBlue Airways Corporation*

**Darren E. Donnelly**
**J. David Hadden**
**Ryan J. Marton**
**Saina S. Shamilov**
ddonnelly@fenwick.com
dhadden@fenwick.com
rmarton@fenwick.com
sshamilov@fenwick.com
*Pro Hac Vice Attorneys for Defendant, Amazon.com Inc.*

**Brian Erickson**
**Aaron Fountain**

**John Guaragna**
**Aleine Michelle Porterfield**
brian.erickson@dlapiper.com
aaron.fountain@dlapiper.com
john.guaragna@dlapiper.com
aleine.porterfield@dlapiper.com
*Pro Hac Vice Attorneys for Defendant Starwood Hotels & Resorts Worldwide Inc.*

**Joseph S. Hanasz**
**David P. Lindner**
**Laura B. Miller**
jhanasz@brinkshofer.com
dlindner@brinkshofer.com
lmiller@brinkshofer.com
*Pro Hac Vice Attorney for Defendant, Hyatt Hotels Corporation and Hyatt Corporation*

**Richard L. Horwitz**
**David Ellis Moore**
Potter Anderson & Corroon, LLP
rhorwitz@potteranderson.com
dmoore@potteranderson.com
*Attorneys for Defendant, Delta Air Lines Inc. and Amazon.com Inc.*

**Denise Seastone Kraft**
DLA Piper LLP
denise.kraft@dlapiper.com
*Attorneys for Defendant Starwood Hotels & Resorts Worldwide Inc.*

**Eve H. Ormerod**
**Gregory Erich Stuhlman**
**Kimberly A. Warshawsky**
Greenberg Traurig, LLC
ormerode@gtlaw.com
stuhlmang@gtlaw.com
warshawskyk@gtlaw.com
*Attorneys for Defendant, DHL Express (USA) Inc.*

**Lauren Murphy Pringle**
Fish & Richardson, P.C.
pringle@fr.com
*Attorneys for Defendants Barnes & Noble Inc. and Federal Express Corporation*
**Philip A. Rovner**
Potter Anderson & Corroon, LLP

provner@potteranderson.com
*Attorneys for Defendant, First Data Corporation*

**Rodger Dallery Smith, II**
Morris, Nichols, Arsht & Tunnell LLP
rdsefiling@mnat.com
*Attorneys for Defendant, Sony Electronics Inc.*

**Chad S.C. Stover**
Connolly, Bove, Lodge & Hutz
cstover@cblh.com
*Attorneys for Defendant American Airlines, Inc.*

**Bradley W. Caldwell**
**Holly E. Engelmann**
bcaldwell@mckoolsmith.com
hengelmann@mckoolsmith.com
*Pro Hac Vice Attorneys for Defendant American Airlines, Inc.*

**Gregory Brian Williams**
**Austen C. Endersby**
Fox Rothschild LLP
gwilliams@foxrothschild.com
aendersby@foxrothschild.com
*Attorneys for Defendant, Hyatt Hotels Corporation and Hyatt Corporation*

**John P. Fry**
**Kelly L. Whitehart**
Morris, Manning & Martin, LLP
jfry@mmmlaw.com
klw@mmmlaw.com
*Pro Hac Vice Attorneys for Ingenico Corporation, Ingenico Inc. and United Parcels Services, Inc.*

**Stephen E. Baskin**
**John C. Alemanni**
Kilpatrick Townsend & Stockton LLP
sbaskin@kilpatricktownsend.com
jalemanni@kilpatricktownsend.com
*Pro Hac Vice Attorneys for Defendants Air Canada, United Airlines, Inc. And US Airways, Inc.*

**Gregory E. Stuhlman**
Greenberg Traurig, LLP

sthulmang@gtlaw.com
*Attorneys for Defendant Garmin USA, Inc.*

**Owen W. Dukelow**
Kolisch Hartwell, P.C.
dukelow@khpatent.com
*Pro Hac Vice Attorneys for Defendants Verifone Systems, Inc.
and Hypercom Corporation*

**Timothy S. Teter**
**Benjamin G. Damstedt**
Cooley LLP
teterts@cooley.com
bdamstedt@cooley.com
*Pro Hac Vice Attorneys for Defendant, Nintendo
of America, Inc.*

**Christopher Kao**
**Bobbie Wilson**
Perkins Coie LLP
CKao@perkinscoie.com
BWilson@perkinscoie.com
*Pro Hac Vice Attorneys for Defendant First Data
Corporation*

**Michael N. Rader**
**James J. Foster**
**Charles Steenburg**
Wolf Greenfield, P.C.
mrader@wolfgreenfield.com
jfoster@wolfgreenfield.com
csteenburg@wolfgreenfield.com
*Pro Hac Vice Attorneys for Defendant Sony Electronics Inc.*

**William A. Moseley**
Fenwick & West LLP
wmoseley@fenwick.com
*Pro Hac Vice Attorneys for Defendant Amazon.com, Inc.*

**Michael A. Nicodema**
**Mary Olga-Lovett**

Greenberg Taurig LLP
nicodmam@gtlaw.com
lovettm@gtlaw.com
*Pro Hac Vice Attorneys for Defendant DHL Express (USA), Inc.*

**Max Ciccarelli**
**Justin S. Cohen**
Thompson & Knight LLP
Max.Ciccarelli@tklaw.com
Justin.Cohen@tklaw.com
*Pro Hac Vice Attorneys for Defendants Southwest Airlines Co.*
*and AirTran Airways Inc.*

**Allen Terrell, Jr.**
**Kelly E. Farnan**
Richards, Layton & Finger, P.A.
Terrell@rlf.com
Farnan@rlf.com
*Attorneys for Defendants Southwest Airlines Co.*
*And AirTran Airways Inc.*

**Wab P. Kadaba**
**George L. Murphy, Jr.**
Kilpatrick Townsend & Stockton LLP
Wkadaba@kilpatricktownsend.com
Gmurphy@kilpatricktownsend.com
*Pro Hac Vice Attorneys for Defendant Inter-Continental*
*Hotels Corporation*

**Lisa Stockholm**
**James P. Martin**
Shartsis Friese LLP
lstockholm@sflaw.com
jmartin@sflaw.com
*Pro Hac Vice Attorneys for Defendant Pandigital, Inc.*

**Rex A. Donnelly**
RatnerPrestia
radonnelly@ratnerprestia.com
*Attorneys for Defendant Equinox Payments, LLC*

**M. Elizabeth Day**
**Sal Lim**
**Marc Belloli**
Feinberg Day Alberti & Thompson LLP
eday@feinday.com
slim@feinday.com
mbelloli@feinday.com
*Pro Hac Vice Attorneys for Defendant Equinox Payments, LLC*


                                      PARKOWSKI, GUERKE & SWAYZE, P.A.

By:*/s/ John C. Andrade*
       JOHN C. ANDRADE, ESQUIRE
       116 W. Water Street
       P.O. Box 598
       Dover, DE 19903
       302-678-3262
       Attorneys for Plaintiff