## CERTIFICATE OF SERVICE

I, Austen C. Endersby, hereby certify that on February 23, 2012, Defendant Hyatt Corporation's Reply Brief In Support Of Its Motion To Dismiss Hyatt Corporation As A Party For Misjoinder, Or In The Alternative, To Sever And Transfer The Claims Against Hyatt Corporation was electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all counsel of record.

/s/ Austen C. Endersby
Austen C. Endersby (# 5161)

Dated: February 23, 2012