**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

CyberFone Systems, LLC,

                 Plaintiff,

     v.

Federal Express Corporation, et al.,

               Defendants.

Civil Action No. 1:11-cv-834-SLR

<u>**NOTICE OF SERVICE**</u>

    I, John C. Andrade, Esquire, hereby certify that on this 1st day of March, A.D. 2012, a true and correct copy of the PLAINTIFF CYBERFONE SYSTEMS, LLC'S FIRST SET OF COMMON INTERROGATORIES TO DEFENDANTS and FIRST SET OF COMMON REQUESTS FOR PRODUCTION TO DEFENDANTS were sent via electronic mail to the following local counsel:

**Jack B. Blumenfeld**
**Karen Jacobs Louden**
Morris, Nichols, Arsht & Tunnell LLP
jblumenfeld@mnat.com
klouden@mnat.com
*Attorneys for Defendants, Ingenico Corporation, Ingenico Inc.*
*and United Parcel Service, Inc.,*

**Jack B. Blumenfeld**
Morris, Nichols, Arsht & Tunnell LLP
jblumenfeld@mnat.com
*Attorneys for Defendants, Verifone Systems, Inc., United Airlines, Inc.*
*Hypercom Corporation, US Airways, Inc. and AirCanada*

**Karen Jacobs Louden**
Morris, Nichols, Arsht & Tunnell LLP
klouden@mnat.com
*Attorneys for Defendant, Hilton Worldwide Inc.*

**Frederick L. Cottrell, III**
**Anne Shea Gaza**
**Travis Steven Hunter**
Richards, Layton & Finger, PA
cottrell@rlf.com
gaza@rlf.com
hunter@rlf.com
*Attorneys for Defendant Marriott International Inc.*

**John G. Day**
Ashby & Geddes
jday@ashby-geddes.com
*Attorneys for Defendant JetBlue Airways Corporation*

**Richard L. Horwitz**
**David Ellis Moore**
Potter Anderson & Corroon, LLP
rhorwitz@potteranderson.com
dmoore@potteranderson.com
*Attorneys for Defendant, Amazon.com Inc. and MiTAC Digital Corp.*

**David Ellis Moore**
Potter Anderson & Corroon, LLP
dmoore@potteranderson.com
*Attorneys for Defendant, Nintendo of America, Inc.*

**Denise Seastone Kraft**
**Aleine Michelle Porterfield**
DLA Piper LLP
denise.kraft@dlapiper.com
Aleine.porterfield@dlapiper.com
*Attorneys for Defendant Starwood Hotels & Resorts Worldwide Inc.*

**Eve H. Ormerod**
**Gregory Erich Stuhlman**
**Kimberly A. Warshawsky**
Greenberg Traurig, LLC
ormerode@gtlaw.com
stuhlmang@gtlaw.com
warshawskyk@gtlaw.com
*Attorneys for Defendant, DHL Express (USA) Inc.*

**Lauren Murphy Pringle**
Fish & Richardson, P.C.
pringle@fr.com
*Attorneys for Defendants Barnes & Noble Inc.*
*and Federal Express Corporation*

**Philip A. Rovner**
Potter Anderson & Corroon, LLP
provner@potteranderson.com
*Attorneys for Defendant, First Data Corporation*

**Rodger Dallery Smith, II**
Morris, Nichols, Arsht & Tunnell LLP
rdsefiling@mnat.com
*Attorneys for Defendant, Sony Electronics Inc.*

**Chad S.C. Stover**
Connolly, Bove, Lodge & Hutz
cstover@cblh.com
*Attorneys for Defendant American Airlines, Inc.*

**Gregory Brian Williams**
**Austen C. Endersby**
Fox Rothschild LLP
gwilliams@foxrothschild.com
aendersby@foxrothschild.com
*Attorneys for Defendant, Hyatt Corporation*

**Allen Terrell, Jr.**
**Kelly E. Farnan**
Richards, Layton & Finger, P.A.
Terrell@rlf.com
Farnan@rlf.com
*Attorneys for Defendants Southwest Airlines Co.*
*And AirTran Airways Inc.*

**Rex A. Donnelly**
RatnerPrestia
radonnelly@ratnerprestia.com
*Attorneys for Defendant Equinox Payments, LLC*

PARKOWSKI, GUERKE & SWAYZE, P.A.

___/s/ *John C. Andrade*___

John C. Andrade, Esquire, I.D.# 1037
116 W. Water Street
P.O. Box 598
Dover, DE  19903
(302) 678-3262
Attorneys for Plaintiff