**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CyberFone Systems, LLC, | |
| Plaintiff, | |
| v. | Civil Action No. 1:11-cv-834-SLR |
| Federal Express Corporation, *et al.*, | |
| Defendants. | |

## NOTICE OF WITHDRAWAL OF DISCOVERY REQUESTS

PLEASE TAKE NOTICE that, in response to the Court's comments at the scheduling conference on March 6, 2012, plaintiff CyberFone Systems, LLC ("CyberFone") hereby withdraws (i) Cyberfone's First Set of Common Interrogatories to Defendants and (ii) Cyberfone's First Set of Common Requests for Production to Defendants, which were served on March 1, 2012 on all Defendants in this action.

March 8, 2012

OF COUNSEL:

Bruce D. Kuyper
Marc A. Fenster
Fredericka Ung
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, Twelfth Floor
Los Angeles, CA  90025-1031
(310) 826-7474
bkuyper@raklaw.com
mfenster@raklaw.com
fung@raklaw.com

Parkowski, Guerke & Swayze, P.A.

 /s/ John C. Andrade
John C. Andrade (I.D. No. 1037)
116 W. Water Street
P.O. Box 598
Dover, DE  19903
(302) 678-3262
jandrade@pgslegal.com

*Attorneys for Plaintiff CyberFone Systems, LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**<u>CERTIFICATE OF SERVICE</u>**

I, John C. Andrade, hereby certify that on March 8, 2012, Plaintiff CyberFone Systems

LLC's Notice of Withdrawal of Discovery Requests was electronically filed with the Clerk of the

Court using CM/ECF which will send notification to the registered attorney(s) of record that the

document has been filed and is available for viewing and downloading.

I further certify that on March 8, 2012, the attached document was electronically mailed

to the following:

> **Monica V. Bhattacharyya**
> **Lawrence B. Goodwin**
> **Jonathan D. Olinger**
> **Stefan R. Stoyanov**
> **Jeffrey J. Toney**
> **Jonathan K. Waldrop**
> mbhattacharyya@kasowitz.com
> lgoodwin@kasowitz.com
> jolinger@kasowitz.com
> sstoyanov@kasowitz.com
> jtoney@kasowitz.com
> jwaldrop@kasowitz.com
> *Pro Hac Vice Attorneys for Defendant, Delta Air Lines, Inc.*

> **Jack B. Blumenfeld**
> **Karen Jacobs Louden**
> Morris, Nichols, Arsht & Tunnell LLP
> jblumenfeld@mnat.com
> klouden@mnat.com
> *Attorneys for Defendants, Ingenico Corporation, Ingenico Inc.*
> *and United Parcel Service, Inc.,*

> **Jack B. Blumenfeld**
> Morris, Nichols, Arsht & Tunnell LLP
> jblumenfeld@mnat.com
> *Attorneys for Defendants, Verifone Systems, Inc., United Airlines, Inc.*
> *Hypercom Corporation, US Airways, Inc. and AirCanada*

2

**Karen Jacobs Louden**
Morris, Nichols, Arsht & Tunnell LLP
klouden@mnat.com
*Attorneys for Defendant, Hilton Worldwide Inc.*

**Frederick L. Cottrell, III**
**Anne Shea Gaza**
**Travis Steven Hunter**
Richards, Layton & Finger, PA
cottrell@rlf.com
gaza@rlf.com
hunter@rlf.com
*Attorneys for Defendant Marriott International Inc.*

**John G. Day**
Ashby & Geddes
jday@ashby-geddes.com
*Attorneys for Defendant JetBlue Airways Corporation*

**Jordan A. Sigale**
Loeb & Loeb LLP
jsigale@loeb.com
*Pro Hac Vice Attorney for Defendant JetBlue Airways Corporation*

**Darren E. Donnelly**
**J. David Hadden**
**Ryan J. Marton**
**Saina S. Shamilov**
ddonnelly@fenwick.com
dhadden@fenwick.com
rmarton@fenwick.com
sshamilov@fenwick.com
*Pro Hac Vice Attorneys for Defendant, Amazon.com Inc.*

**Brian Erickson**
**Aaron Fountain**
**John Guaragna**
**Aleine Michelle Porterfield**
brian.erickson@dlapiper.com
aaron.fountain@dlapiper.com
john.guaragna@dlapiper.com
aleine.porterfield@dlapiper.com
*Pro Hac Vice Attorneys for Defendant Starwood Hotels & Resorts Worldwide Inc.*

**Joseph S. Hanasz**
**David P. Lindner**
**Laura B. Miller**
jhanasz@brinkshofer.com
dlindner@brinkshofer.com
lmiller@brinkshofer.com
*Pro Hac Vice Attorney for Defendant, Hyatt Hotels Corporation
and Hyatt Corporation*

**Richard L. Horwitz**
**David Ellis Moore**
Potter Anderson & Corroon, LLP
rhorwitz@potteranderson.com
dmoore@potteranderson.com
*Attorneys for Defendant, Amazon.com Inc. and MiTAC Digital Corp.*

**Denise Seastone Kraft**
**Aleine Michelle Porterfield**
DLA Piper LLP
denise.kraft@dlapiper.com
Aleine.porterfield@dlapiper.com
*Attorneys for Defendant Starwood Hotels & Resorts Worldwide Inc.*

**Eve H. Ormerod**
**Gregory Erich Stuhlman**
**Kimberly A. Warshawsky**
Greenberg Traurig, LLC
ormerode@gtlaw.com
stuhlmang@gtlaw.com
warshawskyk@gtlaw.com
*Attorneys for Defendant, DHL Express (USA) Inc.*

**Lauren Murphy Pringle**
Fish & Richardson, P.C.
pringle@fr.com
*Attorneys for Defendants Barnes & Noble Inc.
and Federal Express Corporation*

**Philip A. Rovner**
Potter Anderson & Corroon, LLP
provner@potteranderson.com
*Attorneys for Defendant, First Data Corporation*

**Rodger Dallery Smith, II**
Morris, Nichols, Arsht & Tunnell LLP
rsmith@mnat.com
*Attorneys for Defendant, Sony Electronics Inc.*

**Chad S.C. Stover**
Connolly, Bove, Lodge & Hutz
cstover@cblh.com
*Attorneys for Defendant American Airlines, Inc.*

**Bradley W. Caldwell**
**Holly E. Engelmann**
bcaldwell@mckoolsmith.com
hengelmann@mckoolsmith.com
*Pro Hac Vice Attorneys for Defendant American Airlines, Inc.*

**Gregory Brian Williams**
**Austen C. Endersby**
Fox Rothschild LLP
gwilliams@foxrothschild.com
aendersby@foxrothschild.com
*Attorneys for Defendant, Hyatt Corporation*

**John P. Fry**
**Kelly L. Whitehart**
Morris, Manning & Martin, LLP
jfry@mmmlaw.com
klw@mmmlaw.com
*Pro Hac Vice Attorneys for Ingenico Corporation,*
*Ingenico Inc. and United Parcels Services, Inc.*

**Stephen E. Baskin**
**John C. Alemanni**
Kilpatrick Townsend & Stockton LLP
sbaskin@kilpatricktownsend.com
jalemanni@kilpatricktownsend.com
*Pro Hac Vice Attorneys for Defendants Air Canada, United Airlines, Inc.*
*And US Airways, Inc.*

**Owen W. Dukelow**
Kolisch Hartwell, P.C.
dukelow@khpatent.com
*Pro Hac Vice Attorneys for Defendants Verifone Systems, Inc.*
*and Hypercom Corporation*

**Timothy S. Teter**
**Benjamin G. Damstedt**
Cooley LLP
teterts@cooley.com
bdamstedt@cooley.com
*Pro Hac Vice Attorneys for Defendant, Nintendo*
*of America, Inc.*

**Christopher Kao**
**Bobbie Wilson**
Perkins Coie LLP
CKao@perkinscoie.com
BWilson@perkinscoie.com
*Pro Hac Vice Attorneys for Defendant First Data*
*Corporation*

**Michael N. Rader**
**James J. Foster**
**Charles Steenburg**
Wolf Greenfield, P.C.
mrader@wolfgreenfield.com
jfoster@wolfgreenfield.com
csteenburg@wolfgreenfield.com
*Pro Hac Vice Attorneys for Defendant Sony Electronics Inc.*

**William A. Moseley**
Fenwick & West LLP
wmoseley@fenwick.com
*Pro Hac Vice Attorneys for Defendant Amazon.com, Inc.*

**Michael A. Nicodema**
**Mary Olga-Lovett**
Greenberg Taurig LLP
nicodmam@gtlaw.com
lovettm@gtlaw.com
*Pro Hac Vice Attorneys for Defendant DHL Express (USA), Inc.*

**Max Ciccarelli**
**Justin S. Cohen**
Thompson & Knight LLP
Max.Ciccarelli@tklaw.com
Justin.Cohen@tklaw.com
*Pro Hac Vice Attorneys for Defendants Southwest Airlines Co.*
*and AirTran Airways Inc.*

**Allen Terrell, Jr.**
**Kelly E. Farnan**
Richards, Layton & Finger, P.A.
Terrell@rlf.com
Farnan@rlf.com
*Attorneys for Defendants Southwest Airlines Co.*
*And AirTran Airways Inc.*

**Wab P. Kadaba**
**George L. Murphy, Jr.**
Kilpatrick Townsend & Stockton LLP
Wkadaba@kilpatricktownsend.com
Gmurphy@kilpatricktownsend.com
*Pro Hac Vice Attorneys for Defendant Inter-Continental*
*Hotels Corporation*

**Lisa Stockholm**
**James P. Martin**
Shartsis Friese LLP
lstockholm@sflaw.com
jmartin@sflaw.com
*Pro Hac Vice Attorneys for Defendant Pandigital, Inc.*

**Rex A. Donnelly**
RatnerPrestia
radonnelly@ratnerprestia.com
*Attorneys for Defendant Equinox Payments, LLC*

**M. Elizabeth Day**
**Sal Lim**
**Marc Belloli**
Feinberg Day Alberti & Thompson LLP
eday@feinday.com
slim@feinday.com
mbelloli@feinday.com
*Pro Hac Vice Attorneys for Defendant Equinox Payments, LLC*

**Michael L. Brody**
**Jonathan E. Retsky**
**Thomas M. Williams**
**James Winn**
**Krishnan Padmanabhan**
Winston & Strawn LLP
mbrody@winston.com
jretsky@winston.com
tmwilliams@winston.com
jwinn@winston.com
kpadmanabhan@winston.com
*Pro Hac Vice Attorneys for Defendant Motorola Solutions, Inc.*