IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC,<br><br>                Plaintiff,<br>     v.<br><br>FEDERAL EXPRESS CORPORATION, ET AL.,<br><br>                Defendants. | Civil Action No. 1:11-cv-834-SLR<br><br>**DEMAND FOR JURY TRIAL** |

## PLAINTIFF CYBERFONE SYSTEMS, LLC'S INITIAL DISCLOSURES

In accordance with Federal Rule of Civil Procedure 26, Plaintiff CyberFone Systems, LLC ("CyberFone") provides the following Initial Disclosures.

This disclosure is based on the information available to CyberFone as of the date of this disclosure, and CyberFone reserves the right to amend this disclosure to the full extent consistent with the Court's Rules and Orders.

**I.     Persons Likely to Have Discoverable Information (FRCP 26(a)(1)(A)(i)).**

In accordance with Fed. R. Civ. P. 26(a)(1)(A)(i), CyberFone identifies the following individuals. CyberFone expressly reserves the right to identify or call additional or different individuals as witnesses if, during the course of discovery and investigation relating to this case, CyberFone learns that such additional or different individuals have relevant knowledge.

| Name and Contact Information (if known) | Summary of Information |
|---|---|
| Rocco L. Martino<br>c/o Russ, August & Kabat<br>12424 Wilshire Blvd., 12th Floor<br>Los Angeles, CA 90025<br>Tel: (310) 826-7474 | Named inventor of the '382, '676 and '103 patents. With respect to the '382, '676 and '103 patents, knowledge regarding conception, reduction to practice, design, and development of the inventions of the patents; and prosecution of the patents. |

1

| | |
|---|---|
| Michael Dunnam<br>Cira Centre, 12th Floor<br>2929 Arch Street<br>Philadelphia, PA 19104<br>(215) 568-3100 | Patent prosecutor of the '676, '103 and '382 patents. Knowledge regarding the prosecution of the '676, '103 and '382 patents. |
| Doug Croxall<br>c/o Russ, August & Kabat<br>12424 Wilshire Blvd., 12th Floor<br>Los Angeles, CA 90025<br>Tel: (310) 826-7474 | Knowledge regarding CyberFone's acquisition of the '382, '676, and '103 patents. |
| Current and Former Employees of Defendants | Knowledge regarding Plaintiff's claims and Defendants' affirmative defenses and counterclaims, including: (1) conception, design, development and testing of the Accused Instrumentalities; and (2) financial data including revenue, profits and costs for the Accused Instrumentalities. |

Additionally, CyberFone incorporates by reference all individuals identified during discovery in this matter, including Defendants' Initial Disclosures, responses to interrogatories posed by the parties, and documents produced by the parties and third parties.

## II.     Documents (Fed. R. Civ. Proc. 26(a)(1)(A)(ii)).

The following are categories of documents and things that CyberFone has in its possession, custody or control that it may use to support its claims and defenses, unless such use would be solely for impeachment:

1. The patent-in-suit, related U.S. and foreign applications and patents, and file histories of the same.
2. Documents and things relating to the conception, diligence, and reduction to practice of the asserted inventions.
3. Documents relating to the ownership of the rights, title, and interest in the patent-in-suit.
4. Documents and things relating to the uses, functions, and operation of the accused products.
5. Documents and things relating to the design and development of the accused products.

6. Documents and things relating to the sales and marketing of the accused products.

### III. Computation of Damages (Fed. R. Civ. Proc. 26(a)(1)(A)(iii)).

CyberFone seeks monetary damages according to a reasonable royalty rate, together with interest and costs. CyberFone also seeks its reasonable attorney fees under 35 U.S.C. § 285. CyberFone will provide a computation of damages after discovery has been received from Defendants.

### IV. Insurance Agreements (Fed. R. Civ. Proc. 26(a)(1)(A)(iv)).

CyberFone is unaware of any insurance agreements under which any insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

Dated: March 15, 2012

Of Counsel:

Marc A. Fenster
Bruce D. Kuyper
Fredricka Ung
Russ, August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025-1031
(310) 826-7474
mfenster@raklaw.com
bkuyper@raklaw.com
fung@raklaw.com

Respectfully submitted,

PARKOWSKI, GUERKE & SWAYNE, P.A.

/s/ *John C. Andrade*
John C. Andrade (#1037)
116 West Water Street
Dover, DE 19904-6739
(302) 678-3262
jandrade@pgslegal.com

Attorneys for Plaintiff,
CyberFone Systems, LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, John C. Andrade, hereby certify that on March 15, 2012, Plaintiff CyberFone Systems LLC's Initial Disclosures was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on March 15, 2012, the attached document was electronically mailed to the following:

**Monica V. Bhattacharyya**
**Lawrence B. Goodwin**
**Jonathan D. Olinger**
**Stefan R. Stoyanov**
**Jeffrey J. Toney**
**Jonathan K. Waldrop**
mbhattacharyya@kasowitz.com
lgoodwin@kasowitz.com
jolinger@kasowitz.com
sstoyanov@kasowitz.com
jtoney@kasowitz.com
jwaldrop@kasowitz.com
*Pro Hac Vice Attorneys for Defendant, Delta Air Lines, Inc.*

**Jack B. Blumenfeld**
**Karen Jacobs Louden**
Morris, Nichols, Arsht & Tunnell LLP
jblumenfeld@mnat.com
klouden@mnat.com
*Attorneys for Defendants, Ingenico Corporation, Ingenico Inc.*
*and United Parcel Service, Inc.,*

**Jack B. Blumenfeld**
Morris, Nichols, Arsht & Tunnell LLP
jblumenfeld@mnat.com
*Attorneys for Defendants, Verifone Systems, Inc., United Airlines, Inc.*
*Hypercom Corporation, US Airways, Inc. and AirCanada*

**Karen Jacobs Louden**
Morris, Nichols, Arsht & Tunnell LLP
klouden@mnat.com
*Attorneys for Defendant, Hilton Worldwide Inc.*

**Frederick L. Cottrell, III**
**Anne Shea Gaza**
**Travis Steven Hunter**
Richards, Layton & Finger, PA
cottrell@rlf.com
gaza@rlf.com
hunter@rlf.com
*Attorneys for Defendant Marriott International Inc.*

**John G. Day**
Ashby & Geddes
jday@ashby-geddes.com
*Attorneys for Defendant JetBlue Airways Corporation*

**Jordan A. Sigale**
Loeb & Loeb LLP
jsigale@loeb.com
*Pro Hac Vice Attorney for Defendant JetBlue Airways Corporation*

**Darren E. Donnelly**
**J. David Hadden**
**Ryan J. Marton**
**Saina S. Shamilov**
ddonnelly@fenwick.com
dhadden@fenwick.com
rmarton@fenwick.com
sshamilov@fenwick.com
*Pro Hac Vice Attorneys for Defendant, Amazon.com Inc.*

**Brian Erickson**
**Aaron Fountain**
**John Guaragna**
**Aleine Michelle Porterfield**
brian.erickson@dlapiper.com
aaron.fountain@dlapiper.com
john.guaragna@dlapiper.com
aleine.porterfield@dlapiper.com
*Pro Hac Vice Attorneys for Defendant Starwood Hotels & Resorts Worldwide Inc.*

**Joseph S. Hanasz**
**David P. Lindner**
**Laura B. Miller**
jhanasz@brinkshofer.com
dlindner@brinkshofer.com
lmiller@brinkshofer.com
*Pro Hac Vice Attorney for Defendant, Hyatt Hotels Corporation*
*and Hyatt Corporation*

**Richard L. Horwitz**
**David Ellis Moore**
Potter Anderson & Corroon, LLP
rhorwitz@potteranderson.com
dmoore@potteranderson.com
*Attorneys for Defendant, Amazon.com Inc. and MiTAC Digital Corp.*

**Denise Seastone Kraft**
**Aleine Michelle Porterfield**
DLA Piper LLP
denise.kraft@dlapiper.com
Aleine.porterfield@dlapiper.com
*Attorneys for Defendant Starwood Hotels & Resorts Worldwide Inc.*

**Eve H. Ormerod**
**Gregory Erich Stuhlman**
**Kimberly A. Warshawsky**
Greenberg Traurig, LLC
ormerode@gtlaw.com
stuhlmang@gtlaw.com
warshawskyk@gtlaw.com
*Attorneys for Defendant, DHL Express (USA) Inc.*

**Lauren Murphy Pringle**
Fish & Richardson, P.C.
pringle@fr.com
*Attorneys for Defendants Barnes & Noble Inc.*
*and Federal Express Corporation*

**Philip A. Rovner**
Potter Anderson & Corroon, LLP
provner@potteranderson.com
*Attorneys for Defendant, First Data Corporation*

**Rodger Dallery Smith, II**
Morris, Nichols, Arsht & Tunnell LLP
rsmith@mnat.com
*Attorneys for Defendant, Sony Electronics Inc.*

**Chad S.C. Stover**
Connolly, Bove, Lodge & Hutz
cstover@cblh.com
*Attorneys for Defendant American Airlines, Inc.*

**Bradley W. Caldwell**
**Holly E. Engelmann**
bcaldwell@mckoolsmith.com
hengelmann@mckoolsmith.com
*Pro Hac Vice Attorneys for Defendant American Airlines, Inc.*

**Gregory Brian Williams**
**Austen C. Endersby**
Fox Rothschild LLP
gwilliams@foxrothschild.com
aendersby@foxrothschild.com
*Attorneys for Defendant, Hyatt Corporation*

**John P. Fry**
**Kelly L. Whitehart**
Morris, Manning & Martin, LLP
jfry@mmmlaw.com
klw@mmmlaw.com
*Pro Hac Vice Attorneys for Ingenico Corporation,*
*Ingenico Inc. and United Parcels Services, Inc.*

**Stephen E. Baskin**
**John C. Alemanni**
Kilpatrick Townsend & Stockton LLP
sbaskin@kilpatricktownsend.com
jalemanni@kilpatricktownsend.com
*Pro Hac Vice Attorneys for Defendants Air Canada, United Airlines, Inc.*
*And US Airways, Inc.*

**Owen W. Dukelow**
Kolisch Hartwell, P.C.
dukelow@khpatent.com
*Pro Hac Vice Attorneys for Defendants Verifone Systems, Inc.*
*and Hypercom Corporation*

**Timothy S. Teter**
**Benjamin G. Damstedt**
Cooley LLP
teterts@cooley.com
bdamstedt@cooley.com
*Pro Hac Vice Attorneys for Defendant, Nintendo*
*of America, Inc.*

**Christopher Kao**
**Bobbie Wilson**
Perkins Coie LLP
CKao@perkinscoie.com
BWilson@perkinscoie.com
*Pro Hac Vice Attorneys for Defendant First Data*
*Corporation*

**Michael N. Rader**
**James J. Foster**
**Charles Steenburg**
Wolf Greenfield, P.C.
mrader@wolfgreenfield.com
jfoster@wolfgreenfield.com
csteenburg@wolfgreenfield.com
*Pro Hac Vice Attorneys for Defendant Sony Electronics Inc.*

**William A. Moseley**
Fenwick & West LLP
wmoseley@fenwick.com
*Pro Hac Vice Attorneys for Defendant Amazon.com, Inc.*

**Michael A. Nicodema**
**Mary Olga-Lovett**
Greenberg Taurig LLP
nicodmam@gtlaw.com
lovettm@gtlaw.com
*Pro Hac Vice Attorneys for Defendant DHL Express (USA), Inc.*

**Max Ciccarelli**
**Justin S. Cohen**
Thompson & Knight LLP
Max.Ciccarelli@tklaw.com
Justin.Cohen@tklaw.com
*Pro Hac Vice Attorneys for Defendants Southwest Airlines Co.*
*and AirTran Airways Inc.*

**Allen Terrell, Jr.**
**Kelly E. Farnan**
Richards, Layton & Finger, P.A.
Terrell@rlf.com
Farnan@rlf.com
*Attorneys for Defendants Southwest Airlines Co.*
*And AirTran Airways Inc.*

**Wab P. Kadaba**
**George L. Murphy, Jr.**
Kilpatrick Townsend & Stockton LLP
Wkadaba@kilpatricktownsend.com
Gmurphy@kilpatricktownsend.com
*Pro Hac Vice Attorneys for Defendant Inter-Continental*
*Hotels Corporation*

**Lisa Stockholm**
**James P. Martin**
Shartsis Friese LLP
lstockholm@sflaw.com
jmartin@sflaw.com
*Pro Hac Vice Attorneys for Defendant Pandigital, Inc.*

**Rex A. Donnelly**
RatnerPrestia
radonnelly@ratnerprestia.com
*Attorneys for Defendant Equinox Payments, LLC*

**M. Elizabeth Day**
**Sal Lim**
**Marc Belloli**
Feinberg Day Alberti & Thompson LLP
eday@feinday.com
slim@feinday.com
mbelloli@feinday.com
*Pro Hac Vice Attorneys for Defendant Equinox Payments, LLC*

**Michael L. Brody**
**Jonathan E. Retsky**
**Thomas M. Williams**
**James Winn**
**Krishnan Padmanabhan**
Winston & Strawn LLP
mbrody@winston.com
jretsky@winston.com
tmwilliams@winston.com
jwinn@winston.com
kpadmanabhan@winston.com
*Pro Hac Vice Attorneys for Defendant Motorola Solutions, Inc.*