## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CyberFone Systems, LLC,<br><br>        Plaintiff,<br>  v.<br><br>Federal Express Corporation, et al.,<br><br>        Defendants. | Civil Action No. 1:11-cv-834-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on March16, 2012, a copy of PLAINTIFF CYBERFONE SYSTEMS, LLC'S INITIAL DISCLOSURES and this NOTICE OF SERVICE was served via first class mail upon the following:

    Monica V. Bhattacharyya
    Lawrence B. Goodwin
    Jonathan D. Olinger
    Stefan R. Stoyanov
    Jeffrey J. Toney
    Jonathan K. Waldrop
    Kasowitz, Benson, Torres & Friedman LLP
    1633 Broadway
    New York, NY 10019
    *Pro Hac Vice Attorneys for Defendant, Delta Air Lines, Inc.*

    Jack B. Blumenfeld
    Karen Jacobs Louden
    Morris, Nichols, Arsht & Tunnell LLP
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE  19899-1347
    *Attorneys for Defendants, Ingenico Corporation, Ingenico Inc.*
    *and United Parcel Service, Inc.,*

Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
*Attorneys for Defendants, Verifone Systems, Inc., United Airlines, Inc.*
*Hypercom Corporation, US Airways, Inc. and AirCanada*

Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
*Attorneys for Defendant, Hilton Worldwide Inc.*

Frederick L. Cottrell, III
Anne Shea Gaza
Travis Steven Hunter
Richards, Layton & Finger, PA
One Rodney Square
920 North King Street
Wilmington, DE 19801
*Attorneys for Defendant Marriott International Inc.*

John G. Day
Ashby & Geddes
500 Delaware Ave
P.O. Box 1150
Wilmington, DE 19801
*Attorneys for Defendant JetBlue Airways Corporation*


Jordan A. Sigale
Loeb & Loeb LLP
321 North Clark Street
Suite 2300
Chicago, IL 60654
*Pro Hac Vice Attorney for Defendant JetBlue Airways Corporation*

Darren E. Donnelly
J. David Hadden
Ryan J. Marton
Saina S. Shamilov
Silicon Valley Center
801 California Street
Mountain View, CA 94041
*Pro Hac Vice Attorneys for Defendant, Amazon.com Inc.*

Brian Erickson
Aaron Fountain
John Guaragna
Aleine Michelle Porterfield
401 Congress Avenue, Suite 2500
Austin, Texas 78701-3799
*Pro Hac Vice Attorneys for Defendant Starwood Hotels & Resorts Worldwide Inc.*

Joseph S. Hanasz
David P. Lindner
Laura B. Miller
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL 60611-5599
*Pro Hac Vice Attorney for Defendant, Hyatt Hotels Corporation
and Hyatt Corporation*

Richard L. Horwitz
David Ellis Moore
Potter Anderson & Corroon, LLP
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
*Attorneys for Defendant, Amazon.com Inc. and MiTAC Digital Corp.*

Denise Seastone Kraft
Aleine Michelle Porterfield
DLA Piper LLP
919 North Market Street
Suite 1500
Wilmington, Delaware 19801
*Attorneys for Defendant Starwood Hotels & Resorts Worldwide Inc.*

Eve H. Ormerod
Gregory Erich Stuhlman
Kimberly A. Warshawsky
Greenberg Traurig, LLC
The Nemours Building
1007 North Orange Street
Suite 1200
Wilmington, DE 19801
*Attorneys for Defendant, DHL Express (USA) Inc.*

Lauren Murphy Pringle
Fish & Richardson, P.C.
222 Delaware Avenue
17th Floor
P.O. Box 1114
Wilmington, DE 19801
*Attorneys for Defendants Barnes & Noble Inc.
and Federal Express Corporation*

Philip A. Rovner
Potter Anderson & Corroon, LLP
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
*Attorneys for Defendant, First Data Corporation*

Rodger Dallery Smith, II
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
*Attorneys for Defendant, Sony Electronics Inc.*

Chad S.C. Stover
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
*Attorneys for Defendant American Airlines, Inc.*

Bradley W. Caldwell
Holly E. Engelmann
300 Crescent Court
Suite 1500
Dallas, TX 75201
*Pro Hac Vice Attorneys for Defendant American Airlines, Inc.*

Gregory Brian Williams
Austen C. Endersby
Fox Rothschild LLP
Citizens Bank Center
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
*Attorneys for Defendant, Hyatt Corporation*

John P. Fry
Kelly L. Whitehart
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, GA 30326
*Pro Hac Vice Attorneys for Ingenico Corporation,*
*Ingenico Inc. and United Parcels Services, Inc.*

John C. Alemanni
Kilpatrick Townsend & Stockton LLP
1001 West Fourth Street
Winston-Salem, NC 27101-2400
*Pro Hac Vice Attorneys for Defendants Air Canada, United Airlines, Inc.*
*And US Airways, Inc.*

Stephen E. Baskin
Kilpatrick Townsend & Stockton LLP
607 14th Street, NW
Suite 900
Washington, DC 20005-2018
*Pro Hac Vice Attorneys for Defendants Air Canada, United Airlines, Inc.*
*And US Airways, Inc.*

Owen W. Dukelow
Kolisch Hartwell, P.C.
200 Pacific Building
520 S.W. Yamhill Street
Portland, OR 97204
*Pro Hac Vice Attorneys for Defendants Verifone Systems, Inc.*
*and Hypercom Corporation*

Timothy S. Teter
Benjamin G. Damstedt
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
*Pro Hac Vice Attorneys for Defendant, Nintendo*
*of America, Inc.*

Christopher Kao
Bobbie Wilson
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
*Pro Hac Vice Attorneys for Defendant First Data*
*Corporation*

Bobbie Wilson
Perkins Coie LLP
Four Embarcadero Center
Suite 2400
San Francisco, CA
*Pro Hac Vice Attorneys for Defendant First Data*
*Corporation*

Michael N. Rader
James J. Foster
Charles Steenburg
Wolf Greenfield, P.C.
600 Atlantic Avenue
Boston, MA 02210-2206
*Pro Hac Vice Attorneys for Defendant Sony Electronics Inc.*

William A. Moseley
Fenwick & West LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
*Pro Hac Vice Attorneys for Defendant Amazon.com, Inc.*

Michael A. Nicodema
Mary Olga-Lovett
Greenberg Taurig LLP
200 Park Avenue
P.O. Box 677
Florham Park, NJ 07932
*Pro Hac Vice Attorneys for Defendant DHL Express (USA), Inc.*

Max Ciccarelli
Justin S. Cohen
Thompson & Knight LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, TX 75201
*Pro Hac Vice Attorneys for Defendants Southwest Airlines Co.*
*and AirTran Airways Inc.*

Allen Terrell, Jr.
Kelly E. Farnan
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
*Attorneys for Defendants Southwest Airlines Co.*
*And AirTran Airways Inc.*

Wab P. Kadaba
George L. Murphy, Jr.
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street
 Suite 2800
Atlanta, GA 30309-4528
*Pro Hac Vice Attorneys for Defendant Inter-Continental*
*Hotels Corporation*

Lisa Stockholm
James P. Martin
Shartsis Friese LLP
One Maritime Plaza
Eighteenth Floor
San Francisco, CA 94111
*Pro Hac Vice Attorneys for Defendant Pandigital, Inc.*

Rex A. Donnelly
RatnerPrestia
1007 North Orange Street
Suite 1100
P.O. Box 1596
Wilmington, DE 19899-1596
*Attorneys for Defendant Equinox Payments, LLC*

M. Elizabeth Day
Sal Lim
Marc Belloli
Feinberg Day Alberti & Thompson LLP
401 Florence Street, Suite 200
Palo Alto, CA 94301
*Pro Hac Vice Attorneys for Defendant Equinox Payments, LLC*

Michael L. Brody
Jonathan E. Retsky
Thomas M. Williams
James Winn
Krishnan Padmanabhan
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
*Pro Hac Vice Attorneys for Defendant Motorola Solutions, Inc.*

| | |
|---|---|
| Dated: March 16, 2012 | Respectfully submitted, |
| | PARKOWSKI, GUERKE & SWAYNE, P.A. |
| Of Counsel: | |
| Marc A. Fenster | /s/ *John C. Andrade* |
| Bruce D. Kuyper | John C. Andrade (#1037) |
| Fredricka Ung | 116 West Water Street |
| Russ, August & Kabat | Dover, DE  19904-6739 |
| 12424 Wilshire Boulevard, 12th Floor | (302) 678-3262 |
| | jandrade@pgslegal.com |
| Los Angeles, CA 90025-1031 | |
| (310) 826-7474 | |
| mfenster@raklaw.com | |
| bkuyper@raklaw.com | Attorneys for Plaintiff, |
| fung@raklaw.com | CyberFone Systems, LLC |