IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC,<br><br>Plaintiff,<br>v.<br><br>FEDERAL EXPRESS CORPORATION, *et al.*,<br>Defendants. | Civil Action No. 1:11-cv-834-SLR<br><br>JURY TRIAL DEMANDED |

## **DEFENDANT DHL EXPRESS (USA) INC'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant DHL Express (USA), Inc. hereby discloses that DHL Express (USA), Inc. is a wholly owned subsidiary of DPWN Holdings, which is a wholly owned subsidiary of Deutsche Post AG, a German publicly-held corporation.

OF COUNSEL:

Michael A. Nicodema, Esq.
(*admitted pro hac vice*)
GREENBERG TRAURIG, LLP
200 Park Avenue
Florham Park, NJ 07932
(973) 360-7932 Telephone
(973) 295-1332 Facsimile
*nicodemam@gtlaw.com*

Kimberly A. Warshawsky, Esq.
(*admitted pro hac vice*)
GREENBERG TRAURIG, LLP
2375 E. Camelback Rd., Suite 700
Phoenix, AZ 85016
(602) 445-8566 Telephone
(602) 445-8620 Facsimile
*warshawskyk@gtlaw.com*

Dated: March 26, 2012

GREENBERG TRAURIG, LLP

  /s/ Eve H. Ormerod
Gregory E. Stuhlman (# 4765)
Eve H. Ormerod (# 5369)
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
Tel.: (302) 661-7000
*stuhlmang@gtlaw.com*
*ormerode@gtlaw.com*

*Attorneys for Defendant DHL Express (USA), Inc.*

PHX 330,201,153v1 3-26-12