**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CYBERFONE SYSTEMS LLC (formerly known as LVL PATENT GROUP, LLC),<br><br>       Plaintiff,<br><br>    v.<br><br>FEDERAL EXPRESS CORPORATION, *et al.*,<br><br>       Defendants. | )<br>)<br>)<br>)  C.A. No. 11-834-SLR<br>)<br>)  **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE**

The undersigned counsel hereby certifies that copies of the following documents were caused to be served on March 27, 2012 upon the following attorneys of record at the following addresses as indicated:

DEFENDANT MITAC DIGITAL CORPORATION'S INITIAL DISCLOSURES

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| John C. Andrade<br>Parkowski, Guerke & Swayze, P.A.<br>116 West Water Street<br>Dover, DE 19903<br>jandrade@pgslegal.com<br>*Attorneys for Plaintiff Cyberfone Systems, LLC*<br>*(formerly known as LVL Patent Group, LLC)* | Marc A. Fenster<br>Bruce D. Kuyper<br>Fredricka Ung<br>Russ August & Kabat<br>12424 Wilshire Blvd., Suite 1200<br>Los Angeles, CA 90025<br>mfenster@raklaw.com<br>bkuyper@raklaw.com<br>fung@raklaw.com<br>cyberfonefedex@raklaw.com<br>*Attorneys for Plaintiff Cyberfone Systems, LLC*<br>*(formerly known as LVL Patent Group, LLC)* |

Jack B. Blumenfeld
Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899
jblumenfeld@mnat.com
klouden@mnat.com
*Attorneys for Defendants Air Canada, Ingenico Corporation, Ingenico Inc., Inter-Continental Hotels Corporation, Motorola Solutions Inc., United Air Lines, Inc., United Parcels Services, Inc., US Airways, Inc., VeriFone Systems, Inc. and Hypercom Corp.*

Stephen E. Baskin
Kilpatrick Townsend & Stockton LLP
607 14th Street, NW, Suite 900
Washington, DC  20005-2018
202.508.5899
Sbaskin@kilpatricktownsend.com
*Attorneys for Defendants Air Canada, United Air Lines, Inc., and US Airways, Inc.*

John C. Alemanni
Kilpatrick Townsend & Stockton LLP
1001 West Fourth Street
Winston-Salem, NC 27101
jalemanni@kilpatricktownsend.com
*Attorneys for Defendant Air Canada*

Allen Terrell, Jr.
Kelly E. Farnan
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE  19801
Terrell@rlf.com
Farnan@rlf.com
*Attorneys for Defendants AirTran Airways Inc., and Southwest Airlines Co.*

Mac Ciccarelli
Justin S. Cohen
Thompson & Knight LLP
One Arts Plaza
1722 Routh St., Suite 1500
Dallas, TX  75201
Max.Ciccarelli@tklaw.com
Justin.Cohen@tklaw.com
*Attorneys for Defendants AirTran Airways Inc., and Southwest Airlines Co.*

Chad S.C. Stover
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
cstover@cblh.com
*Attorneys for Defendant American Airlines, Inc.*

Bradley W. Caldwell
Holly E. Engelmann
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, TX  75201
bcaldwell@mckoolsmith.com
hengelmann@mckoolsmith.com
*Attorneys for Defendant American Airlines, Inc.*

Lauren Murphy Pringle
Fish & Richardson, P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114
pringle@fr.com
*Attorneys for Defendant Barnes & Noble Inc.*

Gregory E. Stuhlman
Eve H. Ormerod
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
stuhlmang@gtlaw.com
ormerode@gtlaw.com
*Attorneys for Defendant DHL Express (USA) Inc.*

Kimberly A. Warshawsky
Greenberg Traurig, LLP
2375 East Camelback Road, Suite 700
Phoenix, AZ 85016
warshawskyk@gtlaw.com
*Attorneys for Defendant DHL Express (USA) Inc.*

Michael A. Nicodema
Greenberg Traurig, LLP
200 Park Avenue
Florham Park, NJ 07932
nicodemam@gtlaw.com
*Attorneys for Defendant DHL Express (USA) Inc.*

Mary Olga-Lovett
Greenberg Traurig, LLP
1000 Louisiana Street, Suite 1700
Houston, TX 77002
lovettm@gtlaw.com
*Attorneys for Defendant DHL Express (USA) Inc.*

Lawrence B. Goodwin
Monica Bhattacharyya
Stefan R. Stoyanov
Kasowitz, Benson, Torres
  & Friedman LLP
1633 Broadway
New York, NY 10019
lgoodwin@kasowitz.com
mbattacharyya@kasowitz.com
sstoyanov@kasowitz.com
*Attorneys for Defendant Delta Air Lines Inc.*

Jonathan K. Waldrop
Jonathan D. Olinger
Jeffrey J. Toney
Kasowitz, Benson, Torres & Friedman LLP
1360 Peachtree Street, N.E., Suite 1150
Atlanta, GA 30309
jwaldrop@kasowitz.com
jolinger@kasowitz.com
jtoney@kasowitz.com
*Attorneys for Defendant Delta Air Lines Inc.*

Rex A. Donnelly
RatnerPrestia
1007 N. Orange Street, Suite 1100
Wilmington, DE 19801
rdonnelly@ratnerprestia.com
*Attorneys for Defendants Equinox Payments LLC and Pandigital Inc.*

M. Elizabeth Day
Marc C. Belloli
Sal Lim
Feinberg Day Alberti & Thompson LLP
401 Florence Street, Suite 200
Palo Alto, CA 94301
eday@feinday.com
mbelloli@feinday.com
slim@feinday.com
*Attorneys for Defendant Equinox Payments LLC*

3

Philip A. Rovner
Jonathan A. Choa
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
provner@potteranderson.com
jchoa@potteranderson.com
*Attorneys for Defendant First Data Corporation*

Bobbie Wilson
Perkins Coie LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
bwilson@perkinscoie.com
*Attorneys for Defendant First Data Corporation*

Laura B. Miller
David P. Lindner
Joseph S. Hanasz
Brinks Hofer Gilson & Lione
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL 60611
lmiller@brinkshofer.com
dlindner@brinkshofer.com
jhanasz@brinkshofer.com
*Attorneys for Defendant Hyatt Corporation*

John P. Fry
Kelly L. Whitehart
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, GA 30326
jfry@mmmlaw.com
klw@mmmlaw.com
*Attorneys for Defendants Ingenico Corporation, Ingenico Inc. and United Parcel Service Inc.*

Christopher Kao
Perkin Coie LLP
3150 Porter Drive
Palo Alto, CA 94304
ckao@perkinscoie.com
*Attorneys for Defendant First Data Corporation*

Gregory Brian Williams
Austen C. Endersby
Fox Rothschild LLP
919 North Market Street, Suite 1300
Wilmington, DE 19899-2323
gwilliams@foxrothschild.com
aendersby@foxrothschild.com
*Attorneys for Defendant Hyatt Corporation*

Owen W. Dukelow
Kolisch Hartwell, P.C.
520 S.W. Yamhill Street
200 Pacific Building
Portland, OR 97204
dukelow@khpatent.com
*Attorneys for Defendants Hypercom Corporation and Verifone Systems Inc.*

Wab P. Kadaba
George L. Murphy, Jr.
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4528
Wkadaba@kilpatricktownsend.com
Gmurphy@kilpatricktownsend.com
*Attorneys for Defendant Inter-Continental Hotels Corporation*

John G. Day
Tiffany Geyer Lydon
Andrew C. Mayo
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
jday@ashby-geddes.com
tlydon@ashby-geddes.com
amayo@ashby-geddes.com
*Attorneys for Defendant JetBlue Airways Corporation*

Jordan Sigale
Loeb & Loeb LLP
321 North Clark Street, Suite 2300
Chicago, IL  60654
jsigale@loeb.com
*Attorneys for Defendant JetBlue Airways Corporation*

Frederick L. Cottrell , III
Anne Shea Gaza
Travis S. Hunter
Richards, Layton & Finger, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801
gaza@rlf.com
cottrell@rlf.com
hunter@rlf.com
*Attorneys for Defendant Marriott International Inc.*

Brian M. Koide
John L Cuddihy
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 2004-2595
bkoide@crowell.com
jcuddihy@crowell.com
*Attorneys for Defendant Marriott International Inc.*

Michael L. Brody
Jonathan E. Retsky
Thomas M. Williams
James Winn
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL  60601-9703
mbrody@winston.com
jretsky@winston.com
tmwilliams@winston.com
jwinn@winston.com
*Attorneys for Defendant Motorola Solutions Inc.*

Krishnan Padmanabhan
Winston & Strawn LLP
200 Park Avenue
New York, NY  10166-4193
kpadmanabhan@winston.com
*Attorneys for Defendant Motorola Solutions Inc.*

Case 1:11-cv-00834-SLR   Document 179   Filed 03/28/12   Page 6 of 12 PageID #: 1323
</2>

<div style="column-count:2">

Lisa Stockholm
James P. Martin
Shartsis Friese LLP
One Maritime Plaza, 18th Floor
San Francisco, CA  94111
lstockholm@sflaw.com
jmartin@sflaw.com
*Attorneys for Defendant Pandigital Inc.*

Aaron Fountain
John Guaragna
Brian Erickson
DLA Piper (US) LLP
401 Congress Avenue
Suite 2500
Austin, TX  78701-3799
aaron.fountain@dlapiper.com
john.guaragna@dlapiper.com
brian.erickson@dlapiper.com
*Attorneys for Defendant Starwood Hotels & Resorts Worldwide Inc.*

Denise Seastone Kraft
Aleine M. Porterfield
DLA Piper LLP
919 N. Market Street, Suite 1500
Wilmignton, DE 19801
denise.kraft@dlapiper.com
aleine.porterfield@dlapiper.com
*Attorneys for Defendant Starwood Hotels & Resorts Worldwide Inc.*

Rodger D. Smith , II
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
rsmith@mnat.com
*Attorneys for Defendant Sony Electronics Inc.*

</div>

<div style="column-count:2">

OF COUNSEL:

Michael C. Ting
FREITAS TSENG & KAUFMAN LLP
100 Marine Parkway, Suite 200
Redwood Shores, CA 94065
Tel:  (650) 593-6300
mting@ftbklaw.com

Dated:  March 28, 2012
1052977 / 38730

POTTER ANDERSON & CORROON LLP

By:  */s/ David E. Moore*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    1313 N. Market Street
    Hercules Plaza, 6th Floor
    Wilmington, DE 19801
    Tel:  (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Defendant
MiTAC Digital Corporation*

</div>

6

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**<u>CERTIFICATE OF SERVICE</u>**

I, David E. Moore, hereby certify that on March 28, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on March 28, 2012, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| John C. Andrade<br>Parkowski , Guerke & Swayze, P.A.<br>116 West Water Street<br>Dover, DE 19903<br>jandrade@pgslegal.com<br>*Attorneys for Plaintiff Cyberfone Systems, LLC*<br>*(formerly known as LVL Patent Group, LLC)* | Marc A. Fenster<br>Bruce D. Kuyper<br>Fredricka Ung<br>Russ August & Kabat<br>12424 Wilshire Blvd., Suite 1200<br>Los Angeles, CA  90025<br>cyberfonefedex@raklaw.com<br>*Attorneys for Plaintiff Cyberfone Systems, LLC*<br>*(formerly known as LVL Patent Group, LLC)* |
| Jack B. Blumenfeld<br>Karen Jacobs Louden<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>Wilmington, DE 19899<br>jblumenfeld@mnat.com<br>klouden@mnat.com<br>*Attorneys for Defendants Air Canada, Ingenico Corporation, Ingenico Inc., Inter-Continental Hotels Corporation, Motorola Solutions Inc., United Air Lines, Inc., United Parcels Services, Inc., US Airways, Inc., VeriFone Systems, Inc. and Hypercom Corp.* | Stephen E. Baskin<br>Kilpatrick Townsend & Stockton LLP<br>607 14th Street, NW, Suite 900<br>Washington, DC  20005-2018<br>202.508.5899<br>Sbaskin@kilpatricktownsend.com<br>*Attorneys for Defendants Air Canada, United Air Lines, Inc., and US Airways, Inc.* |

John C. Alemanni
Kilpatrick Townsend & Stockton LLP
1001 West Fourth Street
Winston-Salem, NC 27101
jalemanni@kilpatricktownsend.com
*Attorneys for Defendant Air Canada*

Allen Terrell, Jr.
Kelly E. Farnan
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801
Terrell@rlf.com
Farnan@rlf.com
*Attorneys for Defendants AirTran Airways Inc., and Southwest Airlines Co.*

Mac Ciccarelli
Justin S. Cohen
Thompson & Knight LLP
One Arts Plaza
1722 Routh St., Suite 1500
Dallas, TX 75201
Max.Ciccarelli@tklaw.com
Justin.Cohen@tklaw.com
*Attorneys for Defendants AirTran Airways Inc., and Southwest Airlines Co.*

Chad S.C. Stover
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
cstover@cblh.com
*Attorneys for Defendant American Airlines, Inc.*

Bradley W. Caldwell
Holly E. Engelmann
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, TX 75201
bcaldwell@mckoolsmith.com
hengelmann@mckoolsmith.com
*Attorneys for Defendant American Airlines, Inc.*

Lauren Murphy Pringle
Fish & Richardson, P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114
pringle@fr.com
*Attorneys for Defendant Barnes & Noble Inc.*

Gregory E. Stuhlman
Eve H. Ormerod
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
stuhlmang@gtlaw.com
ormerode@gtlaw.com
*Attorneys for Defendant DHL Express (USA) Inc.*

Kimberly A. Warshawsky
Greenberg Traurig, LLP
2375 East Camelback Road, Suite 700
Phoenix, AZ 85016
warshawskyk@gtlaw.com
*Attorneys for Defendant DHL Express (USA) Inc.*

John C. Alemanni
Kilpatrick Townsend & Stockton LLP
1001 West Fourth Street
Winston-Salem, NC 27101
jalemanni@kilpatricktownsend.com
*Attorneys for Defendant Air Canada*

Allen Terrell, Jr.
Kelly E. Farnan
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801
Terrell@rlf.com
Farnan@rlf.com
*Attorneys for Defendants AirTran Airways Inc., and Southwest Airlines Co.*

Mac Ciccarelli
Justin S. Cohen
Thompson & Knight LLP
One Arts Plaza
1722 Routh St., Suite 1500
Dallas, TX 75201
Max.Ciccarelli@tklaw.com
Justin.Cohen@tklaw.com
*Attorneys for Defendants AirTran Airways Inc., and Southwest Airlines Co.*

Chad S.C. Stover
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
cstover@cblh.com
*Attorneys for Defendant American Airlines, Inc.*

Bradley W. Caldwell
Holly E. Engelmann
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, TX 75201
bcaldwell@mckoolsmith.com
hengelmann@mckoolsmith.com
*Attorneys for Defendant American Airlines, Inc.*

Lauren Murphy Pringle
Fish & Richardson, P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114
pringle@fr.com
*Attorneys for Defendant Barnes & Noble Inc.*

Gregory E. Stuhlman
Eve H. Ormerod
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
stuhlmang@gtlaw.com
ormerode@gtlaw.com
*Attorneys for Defendant DHL Express (USA) Inc.*

Kimberly A. Warshawsky
Greenberg Traurig, LLP
2375 East Camelback Road, Suite 700
Phoenix, AZ 85016
warshawskyk@gtlaw.com
*Attorneys for Defendant DHL Express (USA) Inc.*

| | |
|---|---|
| Michael A. Nicodema<br>Greenberg Traurig, LLP<br>200 Park Avenue<br>Florham Park, NJ  07932<br>nicodemam@gtlaw.com<br>*Attorneys for Defendant DHL Express (USA) Inc.* | Mary Olga-Lovett<br>Greenberg Traurig, LLP<br>1000 Louisiana Street, Suite 1700<br>Houston, TX  77002<br>lovettm@gtlaw.com<br>*Attorneys for Defendant DHL Express (USA) Inc.* |
| Lawrence B. Goodwin<br>Monica Bhattacharyya<br>Stefan R. Stoyanov<br>Kasowitz, Benson, Torres<br>   & Friedman LLP<br>1633 Broadway<br>New York, NY  10019<br>lgoodwin@kasowitz.com<br>mbattacharyya@kasowitz.com<br>sstoyanov@kasowitz.com<br>*Attorneys for Defendant Delta Air Lines Inc.* | Jonathan K. Waldrop<br>Jonathan D. Olinger<br>Jeffrey J. Toney<br>Kasowitz, Benson, Torres & Friedman LLP<br>1360 Peachtree Street, N.E., Suite 1150<br>Atlanta, GA  30309<br>jwaldrop@kasowitz.com<br>jolinger@kasowitz.com<br>jtoney@kasowitz.com<br>*Attorneys for Defendant Delta Air Lines Inc.* |
| Rex A. Donnelly<br>RatnerPrestia<br>1007 N. Orange Street, Suite 1100<br>Wilmington, DE  19801<br>rdonnelly@ratnerprestia.com<br>*Attorneys for Defendants Equinox Payments LLC and Pandigital Inc.* | M. Elizabeth Day<br>Marc C. Belloli<br>Sal Lim<br>Feinberg Day Alberti & Thompson LLP<br>401 Florence Street, Suite 200<br>Palo Alto, CA  94301<br>eday@feinday.com<br>mbelloli@feinday.com<br>slim@feinday.com<br>*Attorneys for Defendant Equinox Payments LLC* |
| Philip A. Rovner<br>Jonathan A. Choa<br>Potter Anderson & Corroon LLP<br>1313 N. Market Street, 6th Floor<br>Wilmington, DE  19801<br>provner@potteranderson.com<br>jchoa@potteranderson.com<br>*Attorneys for Defendant First Data Corporation* | Christopher Kao<br>Perkin Coie LLP<br>3150 Porter Drive<br>Palo Alto, CA  94304<br>ckao@perkinscoie.com<br>*Attorneys for Defendant First Data Corporation* |

Bobbie Wilson
Perkins Coie LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
bwilson@perkinscoie.com
*Attorneys for Defendant First Data Corporation*

Laura B. Miller
David P. Lindner
Joseph S. Hanasz
Brinks Hofer Gilson & Lione
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL 60611
lmiller@brinkshofer.com
dlindner@brinkshofer.com
jhanasz@brinkshofer.com
*Attorneys for Defendant Hyatt Corporation*

John P. Fry
Kelly L. Whitehart
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, GA 30326
jfry@mmmlaw.com
klw@mmmlaw.com
*Attorneys for Defendants Ingenico Corporation, Ingenico Inc. and United Parcel Service Inc.*

John G. Day
Tiffany Geyer Lydon
Andrew C. Mayo
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
jday@ashby-geddes.com
tlydon@ashby-geddes.com
amayo@ashby-geddes.com
*Attorneys for Defendant JetBlue Airways Corporation*

Gregory Brian Williams
Austen C. Endersby
Fox Rothschild LLP
919 North Market Street, Suite 1300
Wilmington, DE 19899-2323
gwilliams@foxrothschild.com
aendersby@foxrothschild.com
*Attorneys for Defendant Hyatt Corporation*

Owen W. Dukelow
Kolisch Hartwell, P.C.
520 S.W. Yamhill Street
200 Pacific Building
Portland, OR 97204
dukelow@khpatent.com
*Attorneys for Defendants Hypercom Corporation and Verifone Systems Inc.*

Wab P. Kadaba
George L. Murphy, Jr.
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4528
Wkadaba@kilpatricktownsend.com
Gmurphy@kilpatricktownsend.com
*Attorneys for Defendant Inter-Continental Hotels Corporation*

Jordan Sigale
Loeb & Loeb LLP
321 North Clark Street, Suite 2300
Chicago, IL 60654
jsigale@loeb.com
*Attorneys for Defendant JetBlue Airways Corporation*

| | |
|---|---|
| Frederick L. Cottrell , III<br>Anne Shea Gaza<br>Travis S. Hunter<br>Richards, Layton & Finger, PA<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>gaza@rlf.com<br>cottrell@rlf.com<br>hunter@rlf.com<br>*Attorneys for Defendant Marriott International Inc.* | Brian M. Koide<br>John L Cuddihy<br>Crowell & Moring LLP<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 2004-2595<br>bkoide@crowell.com<br>jcuddihy@crowell.com<br>*Attorneys for Defendant Marriott International Inc.* |
| Michael L. Brody<br>Jonathan E. Retsky<br>Thomas M. Williams<br>James Winn<br>Winston & Strawn LLP<br>35 W. Wacker Drive<br>Chicago, IL  60601-9703<br>mbrody@winston.com<br>jretsky@winston.com<br>tmwilliams@winston.com<br>jwinn@winston.com<br>*Attorneys for Defendant Motorola Solutions Inc.* | Krishnan Padmanabhan<br>Winston & Strawn LLP<br>200 Park Avenue<br>New York, NY  10166-4193<br>kpadmanabhan@winston.com<br>*Attorneys for Defendant Motorola Solutions Inc.* |
| Lisa Stockholm<br>James P. Martin<br>Shartsis Friese LLP<br>One Maritime Plaza, 18th Floor<br>San Francisco, CA  94111<br>lstockholm@sflaw.com<br>jmartin@sflaw.com<br>*Attorneys for Defendant Pandigital Inc.* | Denise Seastone Kraft<br>Aleine M. Porterfield<br>DLA Piper LLP<br>919 N. Market Street, Suite 1500<br>Wilmignton, DE 19801<br>denise.kraft@dlapiper.com<br>aleine.porterfield@dlapiper.com<br>*Attorneys for Defendant Starwood Hotels & Resorts Worldwide Inc.* |

| | |
|---|---|
| Aaron Fountain<br>John Guaragna<br>Brian Erickson<br>DLA Piper (US) LLP<br>401 Congress Avenue<br>Suite 2500<br>Austin, TX  78701-3799<br>aaron.fountain@dlapiper.com<br>john.guaragna@dlapiper.com<br>brian.erickson@dlapiper.com<br>*Attorneys for Defendant Starwood Hotels & Resorts Worldwide Inc.* | Rodger D. Smith , II<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>rsmith@mnat.com<br>*Attorneys for Defendant Sony Electronics Inc.* |

By:  */s/ David E. Moore*
     Richard L. Horwitz
     David E. Moore
     POTTER ANDERSON & CORROON LLP
     Tel:  (302) 984-6000
     rhorwitz@potteranderson.com
     dmoore@potteranderson.com

1032915/37353/38410