IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC (formerly known as LVL PATENT GROUP, LLC), <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL EXPRESS CORPORATION, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) C.A. No. 11-834-SLR ) ) JURY TRIAL DEMANDED ) ) ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that, the appearance of the law firm of Fish & Richardson P.C. for defendant Barnes & Noble, Inc. is withdrawn and the appearance of the law firm of Potter Anderson & Corroon LLP is hereby entered for Barnes & Noble, Inc.

POTTER ANDERSON & CORROON LLP         FISH AND RICHARDSON P.C.

By: */s / Philip A. Rovner*
    Philip A. Rovner (#3215)
    Jonathan A. Choa (#5319)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE 19899-0951
    (302) 984-6000
    provner@potteranderson.com
    jchoa@potteranderson.com

By: */s/ Lauren Murphy Pringle*
    Lauren Murphy Pringle (#5375)
    222 Delaware Avenue, 17th Floor
    P. O. Box 1114
    Wilmington, DE 19899-1114
    (302) 652-5070
    pringle@fr.com

Dated: April 3, 2012

1053599