IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC (formerly known as LVL PATENT GROUP, LLC),<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION, *et al.*,<br><br>Defendants, | C.A. No. 11-834-SLR<br><br>JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 30, 2012, a true and correct copy of the Initial

Disclosures of Defendants Federal Express Corporation and Barnes & Noble Inc. were caused to

be served on the attorneys of record, via email:

| | |
|---|---|
| John C. Andrade<br>Parkowski, Guerke & Swayze, P.A.<br>116 WestWater Street<br>P.O. Box 598<br>Dover, DE 19903 | Richard D. Kirk, Esquire<br>Stephen B. Brauerman<br>Bayard, P.A.<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899 |
| Marc A. Fenster<br>Bruce D. Kuyper<br>Fredricka Ung<br>Russ August & Kabat<br>12424 Wilshire Boulevard<br>Suite 1200<br>Los Angeles, CA 90025 | Jack B. Blumenfeld<br>Karen Jacobs Louden<br>William J. Wade<br>Rodger Dallery Smith, II<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 |

| | |
|---|---|
| Gregory Erich Stuhlman<br>Eve H. Ormerod<br>Greenberg Traurig, LLP<br>The Nemours Building<br>1007 North Orange St., Suite 1200<br>Wilmington, DE 19801 | Richard L. Horwitz<br>Phillip A. Rovner<br>David Ellis Moore<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Fl.<br>P.O. Box 951<br>Wilmington, DE 19899-0951 |
| John G. Day<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899 | Denise Seastone Kraft<br>Aleine Michelle Porterfield<br>DLA Piper LLP<br>919 N. Market Street, Suite 1500<br>Wilmington, DE 19801 |
| Gregory Brian Williams<br>Austen C. Endersby<br>Fox Rothschild LLP<br>919 North Market St., Suite 1300<br>P.O. Box 2323<br>Wilmington, DE 19899-2323 | Rex A. Donnelly, IV<br>Ratner & Prestia<br>1007 Orange St., Suite 1100<br>P.O. Box 1596<br>Wilmington, DE 19899-1596 |
| Chad S.C. Stover<br>Connolly, Bove, Lodge & Hutz<br>The Nemours Building<br>1007 North Orange St.<br>P.O. Box 2207<br>Wilmington, DE 19899 | Anne Shea Gaza<br>Frederick L. Cottrell, III<br>Kelly E. Farnan<br>Travis Hunter<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801 |
| Max Ciccarelli, Esquire<br>Justin Cohen, Esquire<br>THOMPSON &KNIGHT LLP<br>One Arts Plaza<br>1722 Routh Street, Suite 1500<br>Dallas, TX 75201 | J. David Hadden, Esquire<br>Darren E. Donnelly, Esquire<br>Saina S. Shamilov, Esquire<br>William A. Mosely, Esquire<br>FENWICK &WEST LLP<br>801 California Street<br>Mountain View, CA 94041 |
| Ryan J. Marton, Esquire<br>FENWICK &WEST LLP<br>555 California Street, 12th Floor<br>San Francisco, CA 94104 | Aaron Fountain, Esquire<br>John Guaragna, Esquire<br>Brian Erickson, Esquire<br>DLAPIPER (US) LLP<br>401 Congress Avenue, Suite 2500<br>Austin, TX 78701 |

| | |
|---|---|
| Dated: April 3, 2012 | FISH & RICHARDSON P.C. |

                                                By: */s/ Lauren Murphy Pringle*
                                                     William J. Marsden, Jr. (#2247)
                                                     Lauren Murphy Pringle (#5375)
                                                     222 Delaware Avenue, 17th Floor
                                                     P.O. Box 1114
                                                     Wilmington, DE 19801
                                                     Telephone: (302) 652-5070
                                                     Facsmile: (302) 652-0607
                                                     marsden@fr.com
                                                     Pringle@fr.com

***Counsel for Defendant***
***Federal Express Corporation***