IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CYBERFONE SYSTEMS, LLC (formerly known as LVL PATENT GROUP, LLC), | : : : : : : : : : : : | C.A. No.  1:11-cv-00834-SLR<br><br>TRIAL BY JURY DEMANDED |
| Plaintiff, | | |
| vs. | | |
| FEDERAL EXPRESS CORPORATION, et al., | | |
| Defendants. | | |

## **STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

Plaintiff, Cyberfone Systems, LLC and defendant Starwood Hotels & Resorts Worldwide, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action WITH PREJUDICE, subject to the terms of that certain agreement entitled "**PATENTS IN SUIT SETTLEMENT AGREEMENT**" and dated March 20, 2012, with each party to bear its own costs, expenses and attorneys' fees.


PARKOWSKI, GUERKE & SWAYZE, P.A.

*/s/ John C. Andrade*
John C. Andrade, Esquire (#1037)
116 W. Water Street
P.O. Box 598
Dover, DE 19903
302-678-3262
Attorneys for Plaintiff CyberFone Systems, LLC

DLA PIPER LLP (US)

*/s/ Denise S. Kraft*
Denise S. Kraft, Esquire (#2778)
919 N. Market St., Suite 1500
Wilmington, DE 19801
302-468-5632
Attorneys for Defendant, Starwood Hotels & Resorts Worldwide, Inc.

DATED: April 4, 2012

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC (formerly known as LVL PATENT GROUP, LLC), :<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL EXPRESS CORPORATION, et al.,<br><br>Defendants. | C.A. No. 1:11-cv-00834-SLR<br><br>TRIAL BY JURY DEMANDED |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal with Prejudice of all claims and counterclaims asserted between plaintiff, Cyberfone Systems, LLC, and defendant, Starwood Hotels & Resorts Worldwide, Inc., in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between plaintiff, Cyberfone Systems, LLC, and defendant, Starwood Hotels & Resorts Worldwide, Inc., are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "**PATENTS IN SUIT SETTLEMENT AGREEMENT**" and dated March 20, 2012.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

Dated:_____         _____
                                  United States District Judge