## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CyberFone Systems, LLC,<br><br>                    Plaintiff,<br>        v.<br><br>Federal Express Corporation, et al.,<br><br>                    Defendants. | Civil Action No. 1:11-cv-834-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on April 5, 2012, a copy of CYBERFONE SYSTEMS, LLC'S DISCLOSURES PURSUANT TO SECTION 3 OF THE DELAWARE DEFAULT STANDARD FOR DISCOVERY OF ELECTRONICALLY STORED INFORMATION and this NOTICE OF SERVICE was served via electronic mail upon the following:

**Monica V. Bhattacharyya**
**Lawrence B. Goodwin**
**Jonathan D. Olinger**
**Stefan R. Stoyanov**
**Jeffrey J. Toney**
**Jonathan K. Waldrop**
mbhattacharyya@kasowitz.com
lgoodwin@kasowitz.com
jolinger@kasowitz.com
sstoyanov@kasowitz.com
jtoney@kasowitz.com
jwaldrop@kasowitz.com
*Pro Hac Vice Attorneys for Defendant, Delta Air Lines, Inc.*

**Jack B. Blumenfeld**
**Karen Jacobs Louden**
Morris, Nichols, Arsht & Tunnell LLP
jblumenfeld@mnat.com
klouden@mnat.com
*Attorneys for Defendants, Ingenico Corporation, Ingenico Inc.*
*and United Parcel Service, Inc.,*

**Jack B. Blumenfeld**
Morris, Nichols, Arsht & Tunnell LLP
jblumenfeld@mnat.com
*Attorneys for Defendants, Verifone Systems, Inc., United Airlines, Inc.*
*Hypercom Corporation, US Airways, Inc. and AirCanada*

**Karen Jacobs Louden**
Morris, Nichols, Arsht & Tunnell LLP
klouden@mnat.com
*Attorneys for Defendant, Hilton Worldwide Inc.*

**Frederick L. Cottrell, III**
**Anne Shea Gaza**
**Travis Steven Hunter**
Richards, Layton & Finger, PA
cottrell@rlf.com
gaza@rlf.com
hunter@rlf.com
*Attorneys for Defendant Marriott International Inc.*

**John G. Day**
Ashby & Geddes
jday@ashby-geddes.com
*Attorneys for Defendant JetBlue Airways Corporation*

**Jordan A. Sigale**
Loeb & Loeb LLP
jsigale@loeb.com
*Pro Hac Vice Attorney for Defendant JetBlue Airways Corporation*

**Darren E. Donnelly**
**J. David Hadden**
**Ryan J. Marton**
**Saina S. Shamilov**
ddonnelly@fenwick.com
dhadden@fenwick.com
rmarton@fenwick.com
sshamilov@fenwick.com
*Pro Hac Vice Attorneys for Defendant, Amazon.com Inc.*

**Brian Erickson**
**Aaron Fountain**
**John Guaragna**
**Aleine Michelle Porterfield**
brian.erickson@dlapiper.com
aaron.fountain@dlapiper.com
john.guaragna@dlapiper.com
aleine.porterfield@dlapiper.com
*Pro Hac Vice Attorneys for Defendant Starwood Hotels & Resorts Worldwide Inc.*

**Joseph S. Hanasz**
**David P. Lindner**
**Laura B. Miller**
jhanasz@brinkshofer.com
dlindner@brinkshofer.com
lmiller@brinkshofer.com
*Pro Hac Vice Attorney for Defendant, Hyatt Hotels Corporation
and Hyatt Corporation*

**Richard L. Horwitz**
**David Ellis Moore**
Potter Anderson & Corroon, LLP
rhorwitz@potteranderson.com
dmoore@potteranderson.com
*Attorneys for Defendant, Amazon.com Inc. and MiTAC Digital Corp.*

**Denise Seastone Kraft**
**Aleine Michelle Porterfield**
DLA Piper LLP
denise.kraft@dlapiper.com
Aleine.porterfield@dlapiper.com
*Attorneys for Defendant Starwood Hotels & Resorts Worldwide Inc.*

**Eve H. Ormerod**
**Gregory Erich Stuhlman**
**Kimberly A. Warshawsky**
Greenberg Traurig, LLC
ormerode@gtlaw.com
stuhlmang@gtlaw.com
warshawskyk@gtlaw.com
*Attorneys for Defendant, DHL Express (USA) Inc.*

**Lauren Murphy Pringle**
Fish & Richardson, P.C.
pringle@fr.com
*Attorneys for Defendants Federal Express Corporation*

**Philip A. Rovner**
Potter Anderson & Corroon, LLP
provner@potteranderson.com
*Attorneys for Defendant, First Data Corporation and Barnes & Noble, Inc.*

**Rodger Dallery Smith, II**
Morris, Nichols, Arsht & Tunnell LLP
rsmith@mnat.com
*Attorneys for Defendant, Sony Electronics Inc.*

**Chad S.C. Stover**
Connolly, Bove, Lodge & Hutz
cstover@cblh.com
*Attorneys for Defendant American Airlines, Inc.*

**Bradley W. Caldwell**
**Holly E. Engelmann**
bcaldwell@mckoolsmith.com
hengelmann@mckoolsmith.com
*Pro Hac Vice Attorneys for Defendant American Airlines, Inc.*

**Gregory Brian Williams**
**Austen C. Endersby**
Fox Rothschild LLP
gwilliams@foxrothschild.com
aendersby@foxrothschild.com
*Attorneys for Defendant, Hyatt Corporation*

**John P. Fry**
**Kelly L. Whitehart**
Morris, Manning & Martin, LLP
jfry@mmmlaw.com
klw@mmmlaw.com
*Pro Hac Vice Attorneys for Ingenico Corporation,*
*Ingenico Inc. and United Parcels Services, Inc.*

**Stephen E. Baskin**
**John C. Alemanni**
Kilpatrick Townsend & Stockton LLP
sbaskin@kilpatricktownsend.com
jalemanni@kilpatricktownsend.com
*Pro Hac Vice Attorneys for Defendants Air Canada, United Airlines, Inc.*
*And US Airways, Inc.*

**Owen W. Dukelow**
Kolisch Hartwell, P.C.
dukelow@khpatent.com
*Pro Hac Vice Attorneys for Defendants Verifone Systems, Inc.*
*and Hypercom Corporation*

**Timothy S. Teter**
**Benjamin G. Damstedt**
Cooley LLP
teterts@cooley.com
bdamstedt@cooley.com
*Pro Hac Vice Attorneys for Defendant, Nintendo*
*of America, Inc.*

**Christopher Kao**
**Bobbie Wilson**
Perkins Coie LLP
CKao@perkinscoie.com
BWilson@perkinscoie.com
*Pro Hac Vice Attorneys for Defendant First Data*
*Corporation*

**Michael N. Rader**
**James J. Foster**
**Charles Steenburg**
Wolf Greenfield, P.C.
mrader@wolfgreenfield.com
jfoster@wolfgreenfield.com
csteenburg@wolfgreenfield.com
*Pro Hac Vice Attorneys for Defendant Sony Electronics Inc.*

**William A. Moseley**
Fenwick & West LLP
wmoseley@fenwick.com
*Pro Hac Vice Attorneys for Defendant Amazon.com, Inc.*

**Michael A. Nicodema**
**Mary Olga-Lovett**
Greenberg Taurig LLP
nicodmam@gtlaw.com
lovettm@gtlaw.com
*Pro Hac Vice Attorneys for Defendant DHL Express (USA), Inc.*

**Max Ciccarelli**
**Justin S. Cohen**
Thompson & Knight LLP
Max.Ciccarelli@tklaw.com
Justin.Cohen@tklaw.com
*Pro Hac Vice Attorneys for Defendants Southwest Airlines Co.*
*and AirTran Airways Inc.*

**Allen Terrell, Jr.**
**Kelly E. Farnan**
Richards, Layton & Finger, P.A.
Terrell@rlf.com
Farnan@rlf.com
*Attorneys for Defendants Southwest Airlines Co.*
*And AirTran Airways Inc.*

**Wab P. Kadaba**
**George L. Murphy, Jr.**
Kilpatrick Townsend & Stockton LLP
Wkadaba@kilpatricktownsend.com
Gmurphy@kilpatricktownsend.com
*Pro Hac Vice Attorneys for Defendant Inter-Continental*
*Hotels Corporation*

**Lisa Stockholm**
**James P. Martin**
Shartsis Friese LLP
lstockholm@sflaw.com
jmartin@sflaw.com
*Pro Hac Vice Attorneys for Defendant Pandigital, Inc.*

**Rex A. Donnelly**
RatnerPrestia
radonnelly@ratnerprestia.com
*Attorneys for Defendant Equinox Payments, LLC*

**M. Elizabeth Day**
**Sal Lim**
**Marc Belloli**
Feinberg Day Alberti & Thompson LLP
eday@feinday.com
slim@feinday.com
mbelloli@feinday.com
*Pro Hac Vice Attorneys for Defendant Equinox Payments, LLC*

**Michael L. Brody**
**Jonathan E. Retsky**
**Thomas M. Williams**
**James Winn**
**Krishnan Padmanabhan**
Winston & Strawn LLP
mbrody@winston.com
jretsky@winston.com
tmwilliams@winston.com
jwinn@winston.com
kpadmanabhan@winston.com
*Pro Hac Vice Attorneys for Defendant Motorola Solutions, Inc.*

**Brian M. Koide**
**John L. Cuddihy**
**Craig P. Lytle**
Crowell & Moring LLP
bkoide@crowell.com
jcuddihy@crowell.com
clytle@crowell.com
*Pro Hac Vice Attorneys for Defendant Marriott International, Inc.*

**Melissa J. Baily**
**Adam Botzenhart**
Quinn Emanuel Urguhart & Sullivan, LLP
melissabaily@quinnemanuel.com
adambotzenhart@quinnemanuel.com
*Pro Hac Vice Attorneys for Defendant Barnes & Noble, Inc.*

Dated:  April 5, 2012

Of Counsel:

Marc A. Fenster
Bruce D. Kuyper
Fredricka Ung
Eric Carsten
Russ, August & Kabat
12424 Wilshire Boulevard, 12th
Floor
Los Angeles, CA 90025-1031
(310) 826-7474
mfenster@raklaw.com
bkuyper@raklaw.com
fung@raklaw.com
ecarsten@raklaw.com

Respectfully submitted,

PARKOWSKI, GUERKE & SWAYNE,
P.A.

/s/ John C. Andrade
John C. Andrade (#1037)
116 West Water Street
Dover, DE  19904-6739
(302) 678-3262
jandrade@pgslegal.com

Attorneys for Plaintiff,
CyberFone Systems, LLC