# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CyberFone Systems, LLC, <br><br>                    Plaintiff, <br>         v. <br><br> Federal Express Corporation, et al., <br><br>                    Defendants. | Civil Action No. 1:11-cv-834-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on April 5, 2012, a copy of CYBERFONE SYSTEMS, LLC'S DISCLOSURES PURSUANT TO SECTION 4(a) OF THE DELAWARE DEFAULT STANDARD FOR DISCOVERY OF ELECTRONICALLY STORED INFORMATION and this NOTICE OF SERVICE was served via electronic mail upon the following:

**Monica V. Bhattacharyya**
**Lawrence B. Goodwin**
**Jonathan D. Olinger**
**Stefan R. Stoyanov**
**Jeffrey J. Toney**
**Jonathan K. Waldrop**
mbhattacharyya@kasowitz.com
lgoodwin@kasowitz.com
jolinger@kasowitz.com
sstoyanov@kasowitz.com
jtoney@kasowitz.com
jwaldrop@kasowitz.com
*Pro Hac Vice Attorneys for Defendant, Delta Air Lines, Inc.*

**Jack B. Blumenfeld**
**Karen Jacobs Louden**
Morris, Nichols, Arsht & Tunnell LLP
jblumenfeld@mnat.com
klouden@mnat.com
*Attorneys for Defendants, Ingenico Corporation, Ingenico Inc.*
*and United Parcel Service, Inc.,*

**Jack B. Blumenfeld**
Morris, Nichols, Arsht & Tunnell LLP
jblumenfeld@mnat.com
*Attorneys for Defendants, Verifone Systems, Inc., United Airlines, Inc.*
*Hypercom Corporation, US Airways, Inc. and AirCanada*

**Karen Jacobs Louden**
Morris, Nichols, Arsht & Tunnell LLP
klouden@mnat.com
*Attorneys for Defendant, Hilton Worldwide Inc.*

**Frederick L. Cottrell, III**
**Anne Shea Gaza**
**Travis Steven Hunter**
Richards, Layton & Finger, PA
cottrell@rlf.com
gaza@rlf.com
hunter@rlf.com
*Attorneys for Defendant Marriott International Inc.*

**John G. Day**
Ashby & Geddes
jday@ashby-geddes.com
*Attorneys for Defendant JetBlue Airways Corporation*

**Jordan A. Sigale**
Loeb & Loeb LLP
jsigale@loeb.com
*Pro Hac Vice Attorney for Defendant JetBlue Airways Corporation*

**Darren E. Donnelly**
**J. David Hadden**
**Ryan J. Marton**
**Saina S. Shamilov**
ddonnelly@fenwick.com
dhadden@fenwick.com
rmarton@fenwick.com
sshamilov@fenwick.com
*Pro Hac Vice Attorneys for Defendant, Amazon.com Inc.*

**Brian Erickson**
**Aaron Fountain**
**John Guaragna**
**Aleine Michelle Porterfield**
brian.erickson@dlapiper.com
aaron.fountain@dlapiper.com
john.guaragna@dlapiper.com
aleine.porterfield@dlapiper.com
*Pro Hac Vice Attorneys for Defendant Starwood Hotels & Resorts Worldwide Inc.*

**Joseph S. Hanasz**
**David P. Lindner**
**Laura B. Miller**
jhanasz@brinkshofer.com
dlindner@brinkshofer.com
lmiller@brinkshofer.com
*Pro Hac Vice Attorney for Defendant, Hyatt Hotels Corporation
and Hyatt Corporation*

**Richard L. Horwitz**
**David Ellis Moore**
Potter Anderson & Corroon, LLP
rhorwitz@potteranderson.com
dmoore@potteranderson.com
*Attorneys for Defendant, Amazon.com Inc. and MiTAC Digital Corp.*

**Denise Seastone Kraft**
**Aleine Michelle Porterfield**
DLA Piper LLP
denise.kraft@dlapiper.com
Aleine.porterfield@dlapiper.com
*Attorneys for Defendant Starwood Hotels & Resorts Worldwide Inc.*

**Eve H. Ormerod**
**Gregory Erich Stuhlman**
**Kimberly A. Warshawsky**
Greenberg Traurig, LLC
ormerode@gtlaw.com
stuhlmang@gtlaw.com
warshawskyk@gtlaw.com
*Attorneys for Defendant, DHL Express (USA) Inc.*

**Lauren Murphy Pringle**
Fish & Richardson, P.C.
pringle@fr.com
*Attorneys for Defendants Federal Express Corporation*

**Philip A. Rovner**
Potter Anderson & Corroon, LLP
provner@potteranderson.com
*Attorneys for Defendant, First Data Corporation and Barnes & Noble, Inc.*

**Rodger Dallery Smith, II**
Morris, Nichols, Arsht & Tunnell LLP
rsmith@mnat.com
*Attorneys for Defendant, Sony Electronics Inc.*

**Chad S.C. Stover**
Connolly, Bove, Lodge & Hutz
cstover@cblh.com
*Attorneys for Defendant American Airlines, Inc.*

**Bradley W. Caldwell**
**Holly E. Engelmann**
bcaldwell@mckoolsmith.com
hengelmann@mckoolsmith.com
*Pro Hac Vice Attorneys for Defendant American Airlines, Inc.*

**Gregory Brian Williams**
**Austen C. Endersby**
Fox Rothschild LLP
gwilliams@foxrothschild.com
aendersby@foxrothschild.com
*Attorneys for Defendant, Hyatt Corporation*

**John P. Fry**
**Kelly L. Whitehart**
Morris, Manning & Martin, LLP
jfry@mmmlaw.com
klw@mmmlaw.com
*Pro Hac Vice Attorneys for Ingenico Corporation,*
*Ingenico Inc. and United Parcels Services, Inc.*

**Stephen E. Baskin**
**John C. Alemanni**
Kilpatrick Townsend & Stockton LLP
sbaskin@kilpatricktownsend.com
jalemanni@kilpatricktownsend.com
*Pro Hac Vice Attorneys for Defendants Air Canada, United Airlines, Inc.*
*And US Airways, Inc.*

**Owen W. Dukelow**
Kolisch Hartwell, P.C.
dukelow@khpatent.com
*Pro Hac Vice Attorneys for Defendants Verifone Systems, Inc.*
*and Hypercom Corporation*

**Timothy S. Teter**
**Benjamin G. Damstedt**
Cooley LLP
teterts@cooley.com
bdamstedt@cooley.com
*Pro Hac Vice Attorneys for Defendant, Nintendo*
*of America, Inc.*

**Christopher Kao**
**Bobbie Wilson**
Perkins Coie LLP
CKao@perkinscoie.com
BWilson@perkinscoie.com
*Pro Hac Vice Attorneys for Defendant First Data Corporation*

**Michael N. Rader**
**James J. Foster**
**Charles Steenburg**
Wolf Greenfield, P.C.
mrader@wolfgreenfield.com
jfoster@wolfgreenfield.com
csteenburg@wolfgreenfield.com
*Pro Hac Vice Attorneys for Defendant Sony Electronics Inc.*

**William A. Moseley**
Fenwick & West LLP
wmoseley@fenwick.com
*Pro Hac Vice Attorneys for Defendant Amazon.com, Inc.*

**Michael A. Nicodema**
**Mary Olga-Lovett**
Greenberg Taurig LLP
nicodmam@gtlaw.com
lovettm@gtlaw.com
*Pro Hac Vice Attorneys for Defendant DHL Express (USA), Inc.*

**Max Ciccarelli**
**Justin S. Cohen**
Thompson & Knight LLP
Max.Ciccarelli@tklaw.com
Justin.Cohen@tklaw.com
*Pro Hac Vice Attorneys for Defendants Southwest Airlines Co. and AirTran Airways Inc.*

**Allen Terrell, Jr.**
**Kelly E. Farnan**
Richards, Layton & Finger, P.A.
Terrell@rlf.com
Farnan@rlf.com
*Attorneys for Defendants Southwest Airlines Co.*
*And AirTran Airways Inc.*

**Wab P. Kadaba**
**George L. Murphy, Jr.**
Kilpatrick Townsend & Stockton LLP
Wkadaba@kilpatricktownsend.com
Gmurphy@kilpatricktownsend.com
*Pro Hac Vice Attorneys for Defendant Inter-Continental*
*Hotels Corporation*

**Lisa Stockholm**
**James P. Martin**
Shartsis Friese LLP
lstockholm@sflaw.com
jmartin@sflaw.com
*Pro Hac Vice Attorneys for Defendant Pandigital, Inc.*

**Rex A. Donnelly**
RatnerPrestia
radonnelly@ratnerprestia.com
*Attorneys for Defendant Equinox Payments, LLC*

**M. Elizabeth Day**
**Sal Lim**
**Marc Belloli**
Feinberg Day Alberti & Thompson LLP
eday@feinday.com
slim@feinday.com
mbelloli@feinday.com
*Pro Hac Vice Attorneys for Defendant Equinox Payments, LLC*

**Michael L. Brody**
**Jonathan E. Retsky**
**Thomas M. Williams**
**James Winn**
**Krishnan Padmanabhan**
Winston & Strawn LLP
mbrody@winston.com
jretsky@winston.com
tmwilliams@winston.com
jwinn@winston.com
kpadmanabhan@winston.com
*Pro Hac Vice Attorneys for Defendant Motorola Solutions, Inc.*

**Brian M. Koide**
**John L. Cuddihy**
**Craig P. Lytle**
Crowell & Moring LLP
bkoide@crowell.com
jcuddihy@crowell.com
clytle@crowell.com
*Pro Hac Vice Attorneys for Defendant Marriott International, Inc.*

**Melissa J. Baily**
**Adam Botzenhart**
Quinn Emanuel Urguhart & Sullivan, LLP
melissabaily@quinnemanuel.com
adambotzenhart@quinnemanuel.com
*Pro Hac Vice Attorneys for Defendant Barnes & Noble, Inc.*

| | |
|---|---|
| Dated: April 5, 2012 | Respectfully submitted, |
| | PARKOWSKI, GUERKE & SWAYNE, |
| Of Counsel: | P.A. |
| Marc A. Fenster | /s/ *John C. Andrade* |
| Bruce D. Kuyper | John C. Andrade (#1037) |
| Fredricka Ung | 116 West Water Street |
| Eric Carsten | Dover, DE  19904-6739 |
| Russ, August & Kabat | (302) 678-3262 |
| 12424 Wilshire Boulevard, 12th Floor | jandrade@pgslegal.com |
| Los Angeles, CA 90025-1031 | |
| (310) 826-7474 | |
| mfenster@raklaw.com | Attorneys for Plaintiff, |
| bkuyper@raklaw.com | CyberFone Systems, LLC |
| fung@raklaw.com | |
| ecarsten@raklaw.com | |