**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

CYBERFONE SYSTEMS, LLC,

                Plaintiff,

      v.

FEDERAL EXPRESS CORPORATION, et al,

            Defendants.

Civil Action No. 11-834-SLR

**NOTICE OF SUBSTITUTION OF DELAWARE COUNSEL**
**FOR PLAINTIFF CYBERFONE SYSTEMS, LLC**

Pursuant to Local Rule 83.7, John C. Andrade and Parkowski, Guerke & Swayze, P.A.

hereby withdraw their appearance as Delaware counsel for plaintiff CyberFone Systems, LLC in

this action, and Richard D. Kirk, Stephen B. Brauerman and Bayard, P.A. hereby re-enter their

appearances as Delaware counsel for plaintiff CyberFone Systems, LLC.


BAYARD, P.A.

PARKOWSKI, GUERKE & SWAYZE, P.A.


*/s/ Richard D. Kirk*
Richard D. Kirk (#922)
Stephen B. Brauerman (#4952)
222 Delaware Avenue, Suite 900
Wilmington, DE  19899
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com

*/s/ John C. Andrade*
John C. Andrade (#1037)
116 West Water Street
P.O. Box 598
Dover, DE 19903-0598
(302) 678-3262
jandrade@pgslegal.com


April 9, 2011