**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC (formerly known as LVL PATENT GROUP, LLC), <br><br>  Plaintiff, <br><br> v. <br><br> FEDERAL EXPRESS CORPORATION, *et al.*, <br><br>  Defendants. | C.A. No. 11-834-SLR |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE
AS TO DEFENDANT HYATT CORPORATION**

Plaintiff, CyberFone Systems, LLC, and defendant, Hyatt Corporation, pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action WITH PREJUDICE, subject to the terms of that certain agreement entitled "**PATENT LICENSE AND SETTLEMENT AGREEMENT**", with each party to bear its own costs, expenses and attorneys' fees.

| | |
|---|---|
| BAYARD, P.A. | FOX ROTHSCHILD LLP |
| */s/ Stephen B. Brauerman* | */s/ Gregory B. Williams* |
| Richard D. Kirk (rk0922) | Gregory B. Williams (gw4195) |
| Stephen B. Brauerman (sb4952) | Austen C. Endersby (ae5161) |
| 222 Delaware Avenue, Suite 900 | Citizen Bank Center |
| P.O. Box 25130 | 919 North Market Street, Suite 1300 |
| Wilmington, DE  19801 | P.O. Box 2323 |
| (302) 655-5000 | Wilmington, DE 19899 |
| rkirk@bayardlaw.com | (302) 622-4211 |
| sbrauerman@bayardlaw.com | gwilliams@foxrothschild.com |
| | aendersby@foxrothschild.com |
| *Attorneys for Plaintiff CyberFone Systems, LLC* | *Attorneys for Defendant Hyatt  Corporation* |

Dated: April 25, 2012

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC (formerly known as LVL PATENT GROUP, LLC),<br><br>    Plaintiff,<br><br>  v.<br><br>FEDERAL EXPRESS CORPORATION, *et al.*,<br><br>    Defendants. | C.A. No. 11-834-SLR |

## ORDER OF DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT HYATT CORPORATION

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff, CyberFone Systems, LLC, and defendant, Hyatt Corporation, in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between plaintiff, CyberFone Systems, LLC, and defendant, Hyatt Corporation, are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "**PATENT LICENSE AND SETTLEMENT AGREEMENT**".

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**IT IS SO ORDERED** this ____ day of _____, 2012.

_____
United States District Judge