IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION, et al.,<br><br>Defendants. | C.A. No. 11-834-SLR |

## NOTICE OF SERVICE

Please take notice that on this 1st day of May, 2012, a copy of Defendant DHL Express (USA), Inc.'s Disclosures Pursuant to Paragraph 3 of the Delaware Default Standard for Discovery of Electronically Stored Information was served by electronic mail upon the following counsel of record for each party in this action:

    Richard C. Kirk
    Bayard, P.A.
    rkirk@bayardlaw.com
    Attorneys for Plaintiff

    Jack B. Blumenfeld
    Karen Jacobs Louden
    Morris, Nichols, Arsht & Tunnell LLP
    jblumenfeld@mnat.com
    klouden@mnat.com
    Attorneys for Defendants, Ingenico Corporation, Ingenico Inc.
    and United Parcel Service, Inc. and Motorola Solutions, Inc.

    Jack B. Blumenfeld
    Morris, Nichols, Arsht & Tunnell LLP
    jblumenfeld@mnat.com
    Attorneys for Defendants, Verifone Systems, Inc., United Airlines, Inc.
    Hypercom Corporation, US Airways, Inc. and AirCanada

Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell LLP
klouden@mnat.com
Attorneys for Defendants, Hilton Worldwide Inc. and Inter-Continental Hotels Corporation

Frederick L. Cottrell, III
Anne Shea Gaza
Travis Steven Hunter
Richards, Layton & Finger, PA
cottrell@rlf.com
gaza@rlf.com
hunter@rlf.com
Attorneys for Defendant Marriott International Inc.

John G. Day
Ashby & Geddes
jday@ashby-geddes.com
Attorneys for Defendant JetBlue Airways Corporation

Richard L. Horwitz
David Ellis Moore
Potter Anderson & Corroon, LLP
rhorwitz@potteranderson.com
dmoore@potteranderson.com
Attorneys for Defendant, Amazon.com Inc. and Mi TAC Digital Corp.

David Ellis Moore
Potter Anderson & Corroon, LLP
dmoore@potteranderson.com
Attorneys for Defendant, Nintendo of America, Inc.

Lauren Murphy Pringle
Fish & Richardson, P.C.
pringle@fr.com
Attorneys for Defendant Federal Express Corporation

Philip A. Rovner
Potter Anderson & Corroon, LLP
provner@potteranderson.com
Attorneys for Defendants First Data Corporation and Barnes & Noble Inc.

Rodger Dallery Smith, II
Morris, Nichols, Arsht & Tunnell LLP
rdsefiling@mnat.com
Attorneys for Defendant, Sony Electronics Inc.

      Chad S.C. Stover
      Connolly, Bove, Lodge & Hutz
      cstover@cblh.com
      Attorneys for Defendant American Airlines, Inc.

      Allen Terrell, Jr.
      Kelly E. Farnan
      Richards, Layton & Finger,
      P.A. Terrell@rlf.com
      Farnan@rlf.com
      Attorneys for Defendants Southwest Airlines Co. And AirTran Airways Inc.

      Rex A. Donnelly
      RatnerPrestia
      radonnelly@ratnerprestia.com
      Attorneys for Defendant Equinox Payments, LLC and Pandigital, Inc.

      GREENBERG TRAURIG, LLP

      */s/ Eve H. Ormerod*

| OF COUNSEL: | Gregory E. Stuhlman (# 4765) |
|---|---|
| | Eve H. Ormerod (# 5369) |
| Michael A. Nicodema, Esq. | 1007 North Orange Street, Suite 1200 |
| (a*dmitted pro hac vice*) | Wilmington, DE 19801 |
| GREENBERG TRAURIG, LLP | Tel.: (302) 661-7000 |
| 200 Park Avenue | *stuhlmang@gtlaw.com* |
| Florham Park, NJ 07932 | *ormerode@gtlaw.com* |
| (973) 360-7932 Telephone | |
| (973) 295-1332 Facsimile | |
| *nicodemam@gtlaw.com* | |
| | |
| Kimberly A. Warshawsky, Esq. | |
| (a*dmitted pro hac vice*) | |
| GREENBERG TRAURIG, LLP | |
| 2375 E. Camelback Rd., Suite 700 | |
| Phoenix, AZ 85016 | |
| (602) 445-8566 Telephone | |
| (602) 445-8620 Facsimile | |
| *warshawskyk@gtlaw.com* | |
| | |
| Dated: May 1, 2012 | Attorneys for Defendant DHL Express (USA), Inc. |

*DEL 86,402,633v1*