# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-834-SLR |
| | ) |
| FEDERAL EXPRESS CORPORATION, *et al.,* | ) |
| | ) |
| Defendants | ) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on May 1, 2012 copies of (1) **PANDIGITAL, INC.'S DISCLOSURES PURSUANT TO SECTION 3 OF THE DELAWARE DEFAULT STANDARD FOR DISCOVERY OF ELECTRONICALLY STORED INFORMATION** and (2) this **NOTICE OF SERVICE** were served as shown:

**BY ELECTRONIC AND FIRST CLASS MAIL**

Richard D. Kirk
Bayard, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

**BY ELECTRONIC MAIL**

Bruce D. Kuyper
Marc A. Fenster
Fredericka Ung
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, Twelfth Floor
Los Angeles, CA 90025-1031

| | |
|---|---|
| Monica V. Bhattacharyya | Jack B. Blumenfeld |
| Lawrence B. Goodwin | Karen Jacobs Louden |
| Jonathan D. Olinger | Morris, Nichols, Arsht & Tunnell LLP |
| Stefan R. Stoyanov | 1201 North Market Street |
| Jeffrey J. Toney | P.O. Box 1347 |
| Jonathan K. Waldrop Kasowitz, Benson, | Wilmington, DE 19899-1347 |
| Torres & Friedman LLP | *Attorneys for Defendants, Ingenico* |

New York, NY 10019
*Pro Hac Vice Attorneys for Defendant, Delta Air Lines, Inc.*

Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

*Attorneys for Defendants, Verifone Systems, Inc., United Airlines, Inc., Hypercom Corporation, US Airways, Inc. and AirCanada*

Frederick L. Cottrell, III
Anne Shea Gaza
Travis Steven Hunter Richards, Layton & Finger, PA
One Rodney Square
920 North King Street
Wilmington, DE 19801

*Attorneys for Defendant Marriott International Inc.*

Jordan A. Sigale
Loeb & Loeb LLP
321 North Clark Street
Suite 2300
Chicago, IL 60654

*Pro Hac Vice Attorney for Defendant JetBlue Airways Corporation*

Brian Erickson
Aaron Fountain
John Guaragna
Aleine Michelle Porterfield
401 Congress Avenue
Suite 2500 Austin, Texas
78701-3799

*Pro Hac Vice Attorneys for Defendant Starwood Hotels & Resorts Worldwide Inc.*

Corporation, Ingenico Inc.and United Parcel Service, Inc.

Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

*Attorneys for Defendant, Hilton Worldwide Inc.*

John G. Day
Ashby & Geddes
500 Delaware Ave
P.O. Box 1150
Wilmington, DE 19801

*Attorneys for Defendant JetBlue Airways Corporation*

Darren E. Donnelly
J. David Hadden
Ryan J. Marton
Saina S. Shamilov
Silicon Valley Center
801 California Street
Mountain View, CA 94041

*Pro Hac Vice Attorneys for Defendant, Amazon.com Inc.*

Joseph S. Hanasz
David P. Lindner
Laura B. Miller
NBC Tower
Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL 60611-5599

*Pro Hac Vice Attorney for Defendant, Hyatt Hotels Corporation and Hyatt Corporation*

Richard L. Horwitz
David Ellis Moore
Potter Anderson & Corroon, LLP
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951

*Attorneys for Defendant, Amazon.com Inc. and MiTAC Digital Corp.*

Eve H. Ormerod
Gregory Erich Stuhlman
Kimberly A. Warshawsky
Greenberg Traurig, LLC
The Nemours Building
1007 North Orange Street
Suite 1200
Wilmington, DE 19801

*Attorneys for Defendant, DHL Express (USA) Inc.*

Philip A. Rovner
Potter Anderson & Corroon, LLP
1313 N. Market Street
 P.O. Box 951
Wilmington, DE 19899-0951

*Attorneys for Defendant, First Data Corporation*

Chad S.C. Stover
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

*Attorneys for Defendant American Airlines, Inc.*

Denise Seastone Kraft
Aleine Michelle Porterfield
DLA Piper LLP
919 North Market Street
Suite 1500
Wilmington, Delaware 19801

*Attorneys for Defendant Starwood Hotels & Resorts Worldwide Inc.*

Lauren Murphy Pringle
Fish & Richardson, P.C.
222 Delaware Avenue
17th Floor
P.O. Box 1114
Wilmington, DE 19801

*Attorneys for Defendants Barnes & Noble Inc.and Federal Express Corporation*

Rodger Dallery Smith, II
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347

*Attorneys for Defendant, Sony Electronics Inc.*

Bradley W. Caldwell
Holly E. Engelmann
300 Crescent Court
Suite 1500
Dallas, TX 75201

*Pro Hac Vice Attorneys for Defendant American Airlines, Inc.*

Gregory Brian Williams
Austen C. Endersby
Fox Rothschild LLP
Citizens Bank Center
919 North Market Street,
Suite 1300
P.O. Box 2323
Wilmington, DE
19899-2323

*Attorneys for Defendant, Hyatt Corporation*

John C. Alemanni
Kilpatrick Townsend & Stockton LLP
1001 West Fourth Street
Winston-Salem, NC 27101-2400

*Pro Hac Vice Attorneys for Defendants Air Canada, United Airlines, Inc. and US Airways, Inc.*

Owen W. Dukelow
Kolisch Hartwell, P.C.
200 Pacific Building
520 S.W. Yamhill Street Portland, OR 97204

*Pro Hac Vice Attorneys for Defendants Verifone Systems, Inc.and Hypercom Corporation*

Christopher Kao
Bobbie Wilson
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA 94304-1212

*Pro Hac Vice Attorneys for Defendant First Data Corporation*

John P. Fry
Kelly L. Whitehart
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, GA 30326

*Pro Hac Vice Attorneys for Ingenico Corporation, Ingenico Inc. and United Parcels Services, Inc.*

Stephen E. Baskin
Kilpatrick Townsend & Stockton LLP
607 14th Street, NW Suite 900
Washington, DC 20005-2018

*Pro Hac Vice Attorneys for Defendants Air Canada, United Airlines, Inc.and US Airways, Inc.*

Timothy S. Teter
Benjamin G. Damstedt
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304-1130

*Pro Hac Vice Attorneys for Defendant, Nintendo of America, Inc.*

Bobbie Wilson
Perkins Coie LLP
Four Embarcadero Center
Suite 2400
San Francisco, CA

*Pro Hac Vice Attorneys for Defendant First Data Corporation*

Michael N. Rader
James J. Foster
Charles Steenburg
Wolf Greenfield, P.C.
600 Atlantic Avenue
Boston, MA 02210-2206

*Pro Hac Vice Attorneys for Defendant Sony Electronics Inc.*

Michael A. Nicodema
Mary Olga-Lovett
Greenberg Taurig LLP
200 Park Avenue
P.O. Box 677
Florham Park, NJ 07932

*Pro Hac Vice Attorneys for Defendant DHL Express (USA), Inc.*

Allen Terrell, Jr.
Kelly E. Farnan
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

*Attorneys for Defendants Southwest Airlines Co.and AirTran Airways Inc.*

Michael L. Brody
Jonathan E. Retsky
Thomas M. Williams
James Winn
Krishnan Padmanabhan
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

*Pro Hac Vice Attorneys for Defendant Motorola Solutions, Inc.*

William A. Moseley
Fenwick & West LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041

*Pro Hac Vice Attorneys for Defendant Amazon.com, Inc.*

Max Ciccarelli
Justin S. Cohen
Thompson & Knight LLP
One Arts Plaza
1722 Routh Street
Suite 1500 Dallas, TX 75201

*Pro Hac Vice Attorneys for Defendants Southwest Airlines Co.and AirTran Airways Inc.*

Wab P. Kadaba
George L. Murphy, Jr.
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309-4528

*Pro Hac Vice Attorneys for Defendant Inter-Continental Hotels Corporation*

/s/ Rex A. Donnelly
Rex A. Donnelly (#3492)
RatnerPrestia
1007 N. Orange Street: Suite 1100
Wilmington, DE 19801-1231
Phone: (302) 778-2500
Fax: (302) 778-2600
radonnelly@ratnerprestia.com

***Attorneys for Defendant Pandigital, Inc.***

James P. Martin
Shartsis Friese LLP
One Maritime Plaza, 18th Floor
San Francisco, CA 94111

***Pro Hac Vice Attorneys for Pandigital, Inc.***