**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CYBERFONE SYSTEMS LLC (formerly known as LVL PATENT GROUP, LLC), | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 11-834-SLR |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| FEDERAL EXPRESS CORPORATION, *et al.*, | ) ) ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

The undersigned counsel hereby certifies that copies of the following documents were

caused to be served on May 1, 2012 upon the following attorneys of record at the following

addresses as indicated:

DEFENDANT MITAC DIGITAL CORPORATION'S INITIAL DISCLOSURES
PURSUANT TO D. DEL.'S DEFAULT STANDARD FOR DISCOVERY

**VIA ELECTRONIC MAIL**

Richard D. Kirk
Stephen B. Brauerman
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
cyberfone@raklaw.com
*Attorneys for Plaintiff Cyberfone Systems, LLC*

Marc A. Fenster
Bruce D. Kuyper
Fredricka Ung
Eric J. Carsten
Russ August & Kabat
12424 Wilshire Blvd., Suite 1200
Los Angeles, CA  90025
cyberfone@raklaw.com
*Attorneys for Plaintiff Cyberfone Systems, LLC*

Jack B. Blumenfeld
Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899
jblumenfeld@mnat.com
klouden@mnat.com
*Attorneys for Defendants Air Canada, Ingenico
Corporation, Ingenico Inc., Inter-Continental
Hotels Corporation, Motorola Solutions Inc.,
United Air Lines, Inc., United Parcels
Services, Inc., US Airways, Inc., VeriFone
Systems, Inc. and Hypercom Corp.*

Stephen E. Baskin
Kilpatrick Townsend & Stockton LLP
607 14th Street, NW, Suite 900
Washington, DC  20005-2018
202.508.5899
Sbaskin@kilpatricktownsend.com
*Attorneys for Defendants Air Canada, United
Air Lines, Inc., and US Airways, Inc.*

John C. Alemanni
Kilpatrick Townsend & Stockton LLP
1001 West Fourth Street
Winston-Salem, NC  27101
jalemanni@kilpatricktownsend.com
*Attorneys for Defendant Air Canada*

Allen Terrell, Jr.
Kelly E. Farnan
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE  19801
Terrell@rlf.com
Farnan@rlf.com
*Attorneys for Defendants AirTran Airways
Inc., and Southwest Airlines Co.*

Mac Ciccarelli
Justin S. Cohen
Thompson & Knight LLP
One Arts Plaza
1722 Routh St., Suite 1500
Dallas, TX  75201
Max.Ciccarelli@tklaw.com
Justin.Cohen@tklaw.com
*Attorneys for Defendants AirTran Airways
Inc., and Southwest Airlines Co.*

J. David Hadden
Darren E. Donnelly
Saina S. Shamilov
Fenwick & West LLP
801 California Street
Mountain View, CA  94041
dhadden@fenwick.com
ddonnelly@fenwick.com
sshamilov@fenwick.com
*Attorneys for Defendant Amazon.com, Inc.*

Ryan J. Marton
Fenwick & West LLP
555 California Street, 12th Floor
San Francisco, CA  94104
rmarton@fenwick.com
*Attorneys for Defendant Amazon.com, Inc.*

Chad S.C. Stover
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
cstover@cblh.com
*Attorneys for Defendant American Airlines,
Inc.*

Bradley W. Caldwell
Holly E. Engelmann
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, TX  75201
bcaldwell@mckoolsmith.com
hengelmann@mckoolsmith.com
*Attorneys for Defendant American Airlines,*
*Inc.*

Melissa J. Baily
Adam Botzenhart
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, CA  94111
melissabaily@quinnemanuel.com
adambotzenhart@quinnemanuel.com
*Attorneys for Defendant Barnes & Noble Inc.*

Kimberly A. Warshawsky
Greenberg Traurig, LLP
2375 East Camelback Road, Suite 700
Phoenix, AZ  85016
warshawskyk@gtlaw.com
*Attorneys for Defendant DHL Express (USA)*
*Inc.*

Mary Olga-Lovett
Greenberg Traurig, LLP
1000 Louisiana Street, Suite 1700
Houston, TX  77002
lovettm@gtlaw.com
*Attorneys for Defendant DHL Express (USA)*
*Inc.*

Philip A. Rovner
Jonathan A. Choa
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market Street, 6th Floor
Wilmington, DE  19801
provner@potteranderson.com
jchoa@potteranderson.com
*Attorneys for Defendant Barnes & Noble Inc.*

Gregory E. Stuhlman
Eve H. Ormerod
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
stuhlmang@gtlaw.com
ormerode@gtlaw.com
*Attorneys for Defendant DHL Express (USA)*
*Inc.*

Michael A. Nicodema
Greenberg Traurig, LLP
200 Park Avenue
Florham Park, NJ  07932
nicodemam@gtlaw.com
*Attorneys for Defendant DHL Express (USA)*
*Inc.*

Lawrence B. Goodwin
Monica Bhattacharyya
Stefan R. Stoyanov
Kasowitz, Benson, Torres
  & Friedman LLP
1633 Broadway
New York, NY  10019
lgoodwin@kasowitz.com
mbattacharyya@kasowitz.com
sstoyanov@kasowitz.com
*Attorneys for Defendant Delta Air Lines Inc.*

Jonathan K. Waldrop
Jonathan D. Olinger
Jeffrey J. Toney
Kasowitz, Benson, Torres & Friedman LLP
1360 Peachtree Street, N.E., Suite 1150
Atlanta, GA  30309
jwaldrop@kasowitz.com
jolinger@kasowitz.com
jtoney@kasowitz.com
*Attorneys for Defendant Delta Air Lines Inc.*

M. Elizabeth Day
Marc C. Belloli
Sal Lim
Feinberg Day Alberti & Thompson LLP
401 Florence Street, Suite 200
Palo Alto, CA  94301
eday@feinday.com
mbelloli@feinday.com
slim@feinday.com
*Attorneys for Defendant Equinox Payments
LLC*

Christopher Kao
Perkin Coie LLP
3150 Porter Drive
Palo Alto, CA  94304
ckao@perkinscoie.com
*Attorneys for Defendant First Data
Corporation*

Owen W. Dukelow
Kolisch Hartwell, P.C.
520 S.W. Yamhill Street
200 Pacific Building
Portland, OR  97204
dukelow@khpatent.com
*Attorneys for Defendants Hypercom
Corporation and Verifone Systems Inc.*

Rex A. Donnelly
RatnerPrestia
1007 N. Orange Street, Suite 1100
Wilmington, DE  19801
rdonnelly@ratnerprestia.com
*Attorneys for Defendants Equinox Payments
LLC and Pandigital Inc.*

Philip A. Rovner
Jonathan A. Choa
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE  19801
provner@potteranderson.com
jchoa@potteranderson.com
*Attorneys for Defendant First Data
Corporation*

Bobbie Wilson
Perkins Coie LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA  94111-4131
bwilson@perkinscoie.com
*Attorneys for Defendant First Data
Corporation*

John P. Fry
Kelly L. Whitehart
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, GA  30326
jfry@mmmlaw.com
klw@mmmlaw.com
*Attorneys for Defendants Ingenico
Corporation, Ingenico Inc. and United Parcel
Service Inc.*

Wab P. Kadaba
George L. Murphy, Jr.
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA  30309-4528
Wkadaba@kilpatricktownsend.com
Gmurphy@kilpatricktownsend.com
*Attorneys for Defendant Inter-Continental
Hotels Corporation*

Jordan Sigale
Loeb & Loeb LLP
321 North Clark Street, Suite 2300
Chicago, IL  60654
jsigale@loeb.com
*Attorneys for Defendant JetBlue Airways
Corporation*

Brian M. Koide
John L Cuddihy
Craig P. Lytle
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 2004-2595
bkoide@crowell.com
jcuddihy@crowell.com
clytle@crowell.com
*Attorneys for Defendant Marriott International
Inc.*

John G. Day
Tiffany Geyer Lydon
Andrew C. Mayo
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
jday@ashby-geddes.com
tlydon@ashby-geddes.com
amayo@ashby-geddes.com
*Attorneys for Defendant JetBlue Airways
Corporation*

Frederick L. Cottrell , III
Anne Shea Gaza
Travis S. Hunter
Richards, Layton & Finger, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801
gaza@rlf.com
cottrell@rlf.com
hunter@rlf.com
*Attorneys for Defendant Marriott International
Inc.*

Michael C. Ting
Freitas, Tseng, Baik and Kaufman L.L.P.
100 Marine Parkway, Suite 200
Redwood City, CA 94065
mting@ftklaw.com
*Attorneys for Defendant MiTAC Digital
Corporation*

Michael L. Brody
Jonathan E. Retsky
Thomas M. Williams
James Winn
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL  60601-9703
mbrody@winston.com
jretsky@winston.com
tmwilliams@winston.com
jwinn@winston.com
*Attorneys for Defendant Motorola Solutions Inc.*

Krishnan Padmanabhan
Winston & Strawn LLP
200 Park Avenue
New York, NY  10166-4193
kpadmanabhan@winston.com
*Attorneys for Defendant Motorola Solutions Inc.*

Timothy S. Teter
Cooley LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
teterts@cooley.com
bdamstedt@cooley.com
*Attorneys for Defendant Nintendo of America Inc.*

Lisa Stockholm
James P. Martin
Shartsis Friese LLP
One Maritime Plaza, 18th Floor
San Francisco, CA  94111
lstockholm@sflaw.com
jmartin@sflaw.com
*Attorneys for Defendant Pandigital Inc.*

Denise Seastone Kraft
Aleine M. Porterfield
DLA Piper LLP
919 N. Market Street, Suite 1500
Wilmignton, DE 19801
denise.kraft@dlapiper.com
aleine.porterfield@dlapiper.com
*Attorneys for Defendant Starwood Hotels & Resorts Worldwide Inc.*

Aaron Fountain
John Guaragna
Brian Erickson
DLA Piper (US) LLP
401 Congress Avenue
Suite 2500
Austin, TX  78701-3799
aaron.fountain@dlapiper.com
john.guaragna@dlapiper.com
brian.erickson@dlapiper.com
*Attorneys for Defendant Starwood Hotels & Resorts Worldwide Inc.*

Rodger D. Smith , II
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
rsmith@mnat.com
*Attorneys for Defendant Sony Electronics Inc.*

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Michael C. Ting
FREITAS TSENG & KAUFMAN LLP
100 Marine Parkway, Suite 200
Redwood Shores, CA 94065
Tel:  (650) 593-6300
mting@ftbklaw.com

Dated:  May 1, 2012
1057490/ 38730

By:   */s/ Richard L. Horwitz*
      Richard L. Horwitz (#2246)
      David E. Moore (#3983)
      1313 N. Market Street
      Hercules Plaza, 6th Floor
      Wilmington, DE 19801
      Tel:  (302) 984-6000
      rhorwitz@potteranderson.com
      dmoore@potteranderson.com

*Attorneys for Defendant*
*MiTAC Digital Corporation*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on May 1, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on May 1, 2012, the attached document was Electronically Mailed to the following person(s):

Richard D. Kirk
Stephen B. Brauerman
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
cyberfone@raklaw.com
*Attorneys for Plaintiff Cyberfone Systems, LLC*

Marc A. Fenster
Bruce D. Kuyper
Fredricka Ung
Eric J. Carsten
Russ August & Kabat
12424 Wilshire Blvd., Suite 1200
Los Angeles, CA  90025
cyberfone@raklaw.com
*Attorneys for Plaintiff Cyberfone Systems, LLC*

Jack B. Blumenfeld
Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899
jblumenfeld@mnat.com
klouden@mnat.com
*Attorneys for Defendants Air Canada, Ingenico Corporation, Ingenico Inc., Inter-Continental Hotels Corporation, Motorola Solutions Inc., United Air Lines, Inc., United Parcels Services, Inc., US Airways, Inc., VeriFone Systems, Inc. and Hypercom Corp.*

Stephen E. Baskin
Kilpatrick Townsend & Stockton LLP
607 14th Street, NW, Suite 900
Washington, DC  20005-2018
202.508.5899
Sbaskin@kilpatricktownsend.com
*Attorneys for Defendants Air Canada, United Air Lines, Inc., and US Airways, Inc.*

John C. Alemanni
Kilpatrick Townsend & Stockton LLP
1001 West Fourth Street
Winston-Salem, NC  27101
jalemanni@kilpatricktownsend.com
*Attorneys for Defendant Air Canada*

Allen Terrell, Jr.
Kelly E. Farnan
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE  19801
Terrell@rlf.com
Farnan@rlf.com
*Attorneys for Defendants AirTran Airways Inc., and Southwest Airlines Co.*

Mac Ciccarelli
Justin S. Cohen
Thompson & Knight LLP
One Arts Plaza
1722 Routh St., Suite 1500
Dallas, TX  75201
Max.Ciccarelli@tklaw.com
Justin.Cohen@tklaw.com
*Attorneys for Defendants AirTran Airways Inc., and Southwest Airlines Co.*

J. David Hadden
Darren E. Donnelly
Saina S. Shamilov
Fenwick & West LLP
801 California Street
Mountain View, CA  94041
dhadden@fenwick.com
ddonnelly@fenwick.com
sshamilov@fenwick.com
*Attorneys for Defendant Amazon.com, Inc.*

Ryan J. Marton
Fenwick & West LLP
555 California Street, 12th Floor
San Francisco, CA  94104
rmarton@fenwick.com
*Attorneys for Defendant Amazon.com, Inc.*

Chad S.C. Stover
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
cstover@cblh.com
*Attorneys for Defendant American Airlines, Inc.*

Bradley W. Caldwell
Holly E. Engelmann
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, TX  75201
bcaldwell@mckoolsmith.com
hengelmann@mckoolsmith.com
*Attorneys for Defendant American Airlines, Inc.*

Philip A. Rovner
Jonathan A. Choa
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market Street, 6th Floor
Wilmington, DE  19801
provner@potteranderson.com
jchoa@potteranderson.com
*Attorneys for Defendant Barnes & Noble Inc.*

Melissa J. Baily
Adam Botzenhart
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, CA  94111
melissabaily@quinnemanuel.com
adambotzenhart@quinnemanuel.com
*Attorneys for Defendant Barnes & Noble Inc.*

Gregory E. Stuhlman
Eve H. Ormerod
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
stuhlmang@gtlaw.com
ormerode@gtlaw.com
*Attorneys for Defendant DHL Express (USA) Inc.*

Kimberly A. Warshawsky
Greenberg Traurig, LLP
2375 East Camelback Road, Suite 700
Phoenix, AZ  85016
warshawskyk@gtlaw.com
*Attorneys for Defendant DHL Express (USA) Inc.*

Michael A. Nicodema
Greenberg Traurig, LLP
200 Park Avenue
Florham Park, NJ  07932
nicodemam@gtlaw.com
*Attorneys for Defendant DHL Express (USA) Inc.*

Mary Olga-Lovett
Greenberg Traurig, LLP
1000 Louisiana Street, Suite 1700
Houston, TX  77002
lovettm@gtlaw.com
*Attorneys for Defendant DHL Express (USA) Inc.*

Lawrence B. Goodwin
Monica Bhattacharyya
Stefan R. Stoyanov
Kasowitz, Benson, Torres
  & Friedman LLP
1633 Broadway
New York, NY  10019
lgoodwin@kasowitz.com
mbattacharyya@kasowitz.com
sstoyanov@kasowitz.com
*Attorneys for Defendant Delta Air Lines Inc.*

Jonathan K. Waldrop
Jonathan D. Olinger
Jeffrey J. Toney
Kasowitz, Benson, Torres & Friedman LLP
1360 Peachtree Street, N.E., Suite 1150
Atlanta, GA  30309
jwaldrop@kasowitz.com
jolinger@kasowitz.com
jtoney@kasowitz.com
*Attorneys for Defendant Delta Air Lines Inc.*

Rex A. Donnelly
RatnerPrestia
1007 N. Orange Street, Suite 1100
Wilmington, DE  19801
rdonnelly@ratnerprestia.com
*Attorneys for Defendants Equinox Payments LLC and Pandigital Inc.*

M. Elizabeth Day
Marc C. Belloli
Sal Lim
Feinberg Day Alberti & Thompson LLP
401 Florence Street, Suite 200
Palo Alto, CA  94301
eday@feinday.com
mbelloli@feinday.com
slim@feinday.com
*Attorneys for Defendant Equinox Payments
LLC*

Philip A. Rovner
Jonathan A. Choa
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE  19801
provner@potteranderson.com
jchoa@potteranderson.com
*Attorneys for Defendant First Data
Corporation*

Christopher Kao
Perkin Coie LLP
3150 Porter Drive
Palo Alto, CA  94304
ckao@perkinscoie.com
*Attorneys for Defendant First Data
Corporation*

Bobbie Wilson
Perkins Coie LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA  94111-4131
bwilson@perkinscoie.com
*Attorneys for Defendant First Data
Corporation*

Owen W. Dukelow
Kolisch Hartwell, P.C.
520 S.W. Yamhill Street
200 Pacific Building
Portland, OR  97204
dukelow@khpatent.com
*Attorneys for Defendants Hypercom
Corporation and Verifone Systems Inc.*

John P. Fry
Kelly L. Whitehart
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, GA  30326
jfry@mmmlaw.com
klw@mmmlaw.com
*Attorneys for Defendants Ingenico
Corporation, Ingenico Inc. and United Parcel
Service Inc.*

Wab P. Kadaba
George L. Murphy, Jr.
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA  30309-4528
Wkadaba@kilpatricktownsend.com
Gmurphy@kilpatricktownsend.com
*Attorneys for Defendant Inter-Continental
Hotels Corporation*

John G. Day
Tiffany Geyer Lydon
Andrew C. Mayo
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
jday@ashby-geddes.com
tlydon@ashby-geddes.com
amayo@ashby-geddes.com
*Attorneys for Defendant JetBlue Airways
Corporation*

Jordan Sigale
Loeb & Loeb LLP
321 North Clark Street, Suite 2300
Chicago, IL  60654
jsigale@loeb.com
*Attorneys for Defendant JetBlue Airways*
*Corporation*

Frederick L. Cottrell , III
Anne Shea Gaza
Travis S. Hunter
Richards, Layton & Finger, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801
gaza@rlf.com
cottrell@rlf.com
hunter@rlf.com
*Attorneys for Defendant Marriott International*
*Inc.*

Brian M. Koide
John L Cuddihy
Craig P. Lytle
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 2004-2595
bkoide@crowell.com
jcuddihy@crowell.com
clytle@crowell.com
*Attorneys for Defendant Marriott International*
*Inc.*

Michael C. Ting
Freitas, Tseng, Baik and Kaufman L.L.P.
100 Marine Parkway, Suite 200
Redwood City, CA 94065
mting@ftklaw.com
*Attorneys for Defendant MiTAC Digital*
*Corporation*

Michael L. Brody
Jonathan E. Retsky
Thomas M. Williams
James Winn
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL  60601-9703
mbrody@winston.com
jretsky@winston.com
tmwilliams@winston.com
jwinn@winston.com
*Attorneys for Defendant Motorola Solutions*
*Inc.*

Krishnan Padmanabhan
Winston & Strawn LLP
200 Park Avenue
New York, NY  10166-4193
kpadmanabhan@winston.com
*Attorneys for Defendant Motorola Solutions*
*Inc.*

Timothy S. Teter
Cooley LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
teterts@cooley.com
bdamstedt@cooley.com
*Attorneys for Defendant Nintendo of America Inc.*

Lisa Stockholm
James P. Martin
Shartsis Friese LLP
One Maritime Plaza, 18th Floor
San Francisco, CA  94111
lstockholm@sflaw.com
jmartin@sflaw.com
*Attorneys for Defendant Pandigital Inc.*

Denise Seastone Kraft
Aleine M. Porterfield
DLA Piper LLP
919 N. Market Street, Suite 1500
Wilmignton, DE 19801
denise.kraft@dlapiper.com
aleine.porterfield@dlapiper.com
*Attorneys for Defendant Starwood Hotels & Resorts Worldwide Inc.*

Aaron Fountain
John Guaragna
Brian Erickson
DLA Piper (US) LLP
401 Congress Avenue
Suite 2500
Austin, TX  78701-3799
aaron.fountain@dlapiper.com
john.guaragna@dlapiper.com
brian.erickson@dlapiper.com
*Attorneys for Defendant Starwood Hotels & Resorts Worldwide Inc.*

Rodger D. Smith , II
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
rsmith@mnat.com
*Attorneys for Defendant Sony Electronics Inc.*

By:   */s/ Richard L. Horwitz*
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Tel:  (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

1032915/37353/38410