## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CYBERFONE SYSTEMS, LLC (formerly known as LVL PATENT GROUP, LLC), | ) ) ) | |
| Plaintiff, | ) ) | C. A. No. 11-834-SLR |
| v. | ) ) | |
| FEDERAL EXPRESS CORPORATION, et al. | ) ) | |
| Defendants. | ) ) ) | **JURY TRIAL DEMANDED** |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 1, 2012 true and correct copies of Defendant

Marriott International, Inc.'s Disclosures Pursuant to Section 3 of the Delaware Default Standard

for Discovery were caused to be served upon the following counsel of record in the manner

noted below:

**BY EMAIL & U.S. MAIL**

Richard D. Kirk, Esquire
Stephen B. Brauerman, Esquire
Vanessa Ribeiro Tiradentes, Esquire
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

*Attorneys for Plaintiff*
*Cyberfone Systems, LLC*

**BY EMAIL & U.S. MAIL**

Marc A. Fenster, Esq.
Bruce D. Kuyper, Esq.
Fredricka Ung, Esq.
Russ August & Kabat
12424 Wilshire Blvd., Suite 1200 Los
Angeles, CA 90025 mfenster@raklaw.com
bkuyper@raldaw.com  fung@raklaw.com

*Attorneys for Plaintiff*
*Cyberfone Systems, LLC*

**BY EMAIL**

Rodger D. Smith , II, Esq.
Morris, Nichols, Arsht Tunnell LLP
North Market Street
P.O. Box 1347
Wilmington, DE 19899
rsmith@mnat.com

*Attorneys for Defendant*
*Sony Electronics Inc.*

**BY EMAIL**

Richard L. Horwitz., Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
rhorwitz@potteranderson.com
dmoore@potteranderson,com

*Attorneys for Defendants*
*Amazon.com Inc., Nintendo of America Inc.*
*and MiTAC Digital Corporation*

**BY EMAIL**

Jack B. Blumenfeld, Esq.
Karen Jacobs Louden, Esq.
Paul Saindon, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
klouden@mnat.com
psaindon@mnat.com

*Attorneys for Defendants United Air Lines,*
*Inc., United Parcel Service, Inc., US Airways,*
*Inc., Hypercom Corporation, Air Canada,*
*Hilton Worldwide, Inc., Ingenico*
*Corporation, Ingenico Inc., VeriFone*
*Systems, Inc. and Inter-Continental Hotels*
*Corporation and Motorola Solutions, Inc.*

**BY EMAIL**

Allen Terrell, Jr., Esq.
Kelly E. Farnan, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801
Terrell@rlf.com
Farnan@rlf.com

*Attorneys for Defendants*
*Southwest Airlines Co. and*
*AirTran Airways Inc.*

RLF1 5994594v. 1

**BY EMAIL**

Chad S. C. Stover, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
estover@eblh.com

*Attorneys for Defendant*
*American Airlines, Inc.*

**BY EMAIL**

Philip A. Rovner
Jonathan A. Choa
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
provner@potteranderson.com
jchoa@potteranderson.com

*Attorneys for Defendants*
*First Data Corporation and Barnes and*
*Noble, Inc.*

**BY EMAIL**

John G. Day, Esq.
Tiffany Geyer Lydon, Esq.
Andrew C. Mayo, Esq.
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
jday@ashby-geddes.com tlydon@ashby-
geddes.com amayo@ashby-geddes.com

*Attorneys for Defendant*
*JetBlue Airways Corporation*

**BY EMAIL**

Rex A. Donnelly, Esq.
RatnerPrestia
1007 Orange Street, Suite 1100
Wilmington, DE 19801
radonnelly@ratnerprestia.com

*Attorneys for Defendants*
*Pandigital, Inc. and Equinox Payments, LLC*

RLF1 5994594v. 1

**BY EMAIL**

Gregory B. Williams, Esq.
Austen C. Endersby, Esq.
Fox Rothschild LLP
Citizens Bank Center
919 N. Market Street, Suite
1300
P.O. Box 2323
Wilmington, DE 19899
gwilliams@foxrothschild.com
aendersby@foxrothschild.com

*Attorneys for Defendant*
*Hyatt Corporation*

**BY EMAIL**

M. Elizabeth Day, Esq.
Marc C. Belloli, Esq.
Sal Lim, Esq.
Feinberg Day Alberti & Thompson LLP
401 Florence Street, Suite 200
Palo Alto, CA 94301
eday@feinday.com
mbelloli@feinday.com
slim@feinday.com

*Attorneys for Defendant*
*Equinox Payments LLC*

**BY EMAIL**

Gregory E. Stuhlman, Esq.
Eve H. Omerod, Esq.
Greenberg Traurig, LLP
1007 N. Orange Street, Suite 1200
Wilmington, DE 19801
stuhlmang@gtlaw.com
omerode@gtlaw.com

*Attorneys for Defendant*
*DHL Express (USA), Inc.*

**BY EMAIL**

William J. Marsden, Esq.
Lauren Murphy Pringle, Esq.
Fish & Richardson, P,C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114
pringle@fr.com
Marsden@fr.com

*Attorneys for Defendants*
*Federal Express Corporation*

**BY EMAIL**

Michael N. Rader, Esq.
James J. Foster, Esq.
Charles Steenburg, Esq.
Wolf, Greenfeld & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210-2206
mrader@wolfgreenfield.com
jfoster@wolfgreenfield.com
csteenburg@wolfgreenfield.com

*Attorneys for Defendant*
*Sony Electronics, Inc.*

**BY EMAIL**

Kimberly A. Warshawsky, Esq.
Greenberg Traurig, LLP
East Camelback Road
Suite 700
Phoenix, AZ 85016
warshawskyk@gtlaw.eom

*Attorneys for Defendant*
*DHL Express (USA), Inc.*

RLF1 5994594v. 1

**BY EMAIL**

Mary Olga-Lovett, Esq.
Greenberg Traurig, LLP
Louisiana Street, Suite 1700
Houston, TX 77002
lovettui@gtlaw.com

*Attorneys for Defendant*
*DHL Express (USA), Inc.*

**BY EMAIL**

Michael A. Nieodenia, Esq.
Greenberg Traurig, LLP
200 Park Avenue
P.O. Box 677
Florham Park, NJ 07932
nicodemarn@gtlaw.com

*Attorneys for Defendant*
*DHL Express (USA), Inc.*

**BY EMAIL**

William Boice, Esq.
Kilpatrick Townsend & Stockton LLP
Suite 2800
1100 Peachtree Street
Atlanta, GA 20209-4535
bboice@kilpatricktownsend.com

*Attorneys for Defendants*
*Air Canada, United Air Lines Inc. and US*
*Airways, Inc.*

**BY EMAIL**

Timothy S. Teter, Esq.
Ben Damstedt, Esq.
Cooley LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
teterts@cooley.com
bdamstedt@cooley.com

*Attorneys for Defendant*
*Nintendo of America Inc.*

**BY EMAIL**

Bradley W. Caldwell, Esquire
Holly E. Engelmann, Esq.
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, TX 75201
bcaldwell@mckoolsmith.com
hengelmann@mckoolsmith.com

*Attorneys for Defendant*
*American Airlines, Inc.*

**BY EMAIL**

J. David Hadden, Esq.
Darren E. Donnelly, Esq.
Saine S. Shamilov, Esq.
William A. Moseley, Esq.
Fenwick & West LLP
801 California Street
Mountain View, CA 94041
clhadden@fenwick.com
ddonnelly@fenwick.com
sshamilov@fenwick.com
wmoseley@fenwick.com

*Attorneys for Defendant*
*Amazon.com, Inc.*

**BY EMAIL**

Ryan J, Marton, Esq.
Fenwick & West LLP
California Street, 12th Floor
San Francisco, CA 94104
rmarton@fenwick.com

*Attorneys for Defendant*
*Amazon.com, Inc.*

**BY EMAIL**

John P. Fry, Esq.
Kelly L. Whitehart, Esq.
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, GA 30326
jfry@mmrnlaw.com
kwhitehart@nammlaw.com

*Attorneys for Defendants*
*Ingenico Corporation, Ingenico Inc, and*
*United Parcels Services, Inc.*

**BY EMAIL**

Stephen E. Baskin, Esq.
Kilpatrick Townsend & Stockton LLP
607 14th Street, NW
Suite 900
Washington, DC 20005
sbaskin@kilpatricktownsend.com.

*Attorneys for Defendants*
*Air Canada, United Air Lines Inc. and US*
*Airways, Inc.*

**BY EMAIL**

John C. Alemanni, Esq.
Kilpatrick Townsend & Stockton LLP
1001 West Fourth Street
Winston-Salem, NC 27101
jalemanni@kilpatricktownsend.com

**BY EMAIL**

Jordan A. Sigale, Esq.
Loeb & Loeb LLP
North Clark Street
Suite 2300
Chicago, IL 60654
jsigalc@loeb.com

*Attorneys for Defendant*
*JetBlue Airways Corporation*

**BY EMAIL**

Owen W. Dukelow, Esq.
Kolisch Hartwell, P.C.
520 S. W. Yamhill Street
200 Pacific Building
Portland, OR 97204 dukelow@ldwatent.com

*Attorneys for Defendants*
*VeriFone Systems, Inc. and Hypercom Corp.*

RLF1 5994594v. 1

**BY EMAIL**

Max Ciccarelli, Esq.
Justin S. Cohen, Esq.
Thomson & Knight LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, TX 75201 Max.ciccarelli@tklaw.com
Justin.cohe.n@tklaw.com

*Attorneys for Defendants*
*Southwest Airlines Co. and AirTran Airways*
*Inc.*

**BY EMAIL**

James P. Martin, Esq.
Lisa Stockholm, Esq.
Shartsis Friese LLP
One Maritime Plaza., 18th Floor
San Francisco, CA 94111
jmartin@sflaw.com lstockholm@sflaw.com

*Attorneys for Defendant Pandigital, Inc.*

**BY EMAIL**

Michael L. Brody, Esq.
Jonathan E. Retsky, Esq.
Thomas M. Williams, Esq.
James Winn, Esq.
Winston & Strawn. LLP
35 West Wacker Drive
Chicago, IL 60601 jwinn@winston.com
trnwilliams@winston.com
jretsky@winston.com mbrody@winston.com

*Attorneys for Defendant*
*Motorola Solutions, Inc.*

**BY EMAIL**

Wab P. Kadaba, Esq.
George L. Murphy, Jr., Esq.
Kilpatrick Townsend & Stockton LLP
1100 Peach Street, Suite 2800
Atlanta, GA 30309
wkadaba@kilpatricktownsend.com
gintaphy@kilpatricktownsend.com

*Attorneys for Defendant*
*Inter-Continental Hotel Corporation*

**BY EMAIL**

Michael C. Ting, Esq.
Freitas Tseng & Kaufman LLP
100 Marine Parkway, Suite 200
Redwood Shores, CA 94065
mting@ftklaw.com

*Attorneys for Defendant*
*MiTAC Digital Corporation*

**BY EMAIL**

Krishnan Padtnanabhan, Esq.
Winston & Strawn LLP
200 Park Avenue
New York, NY 101661
kpadmanabhan@winston.com

*Attorneys for Defendant*
*Motorola Solutions, Inc.*

RLF1 5994594v. 1

**BY EMAIL**

Laura Beth Miller, Esq.
David P. Lindner, Esq.
Joseph S. Hanasz, Esq.
Brinks Hofer Gilson & Lione
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive Chicago, IL
60611 lmiller@brinkshofer.com
dlindner@brinkshofer.com
jhanasz@brinkshofer.com

*Attorneys for Defendant*
*Hyatt Corporation*

                                                 */s/ Travis S. Hunter*
          Frederick L. Cottrell, III (#2555)
          Anne Shea Gaza (#4093)
          Travis S. Hunter (#5350)

OF COUNSEL:                           Richards, Layton & Finger, P.A.
          One Rodney Square
John L. Cuddihy                     920 N. King Street
Brian M. Koide                     Wilmington, DE  19801
Crowell & Moring LLP              (302) 651-7700
1001 Pennsylvania Avenue, NW      cottrell@rlf.com
Washington, DC   20004-2595       gaza@rlf.com
(202) 624-2500                     hunter@rlf.com
jcuddihy@crowell.com
bkoide@crowell.com

Dated:  May 1, 2012                 *Attorneys for Defendant*
          *Marriott International, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2012, I caused to be served copies of the foregoing document in the manner indicated below and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following counsel of record:

**BY EMAIL & U.S. MAIL**

Richard D. Kirk, Esquire
Stephen B. Brauerman, Esquire
Vanessa Ribeiro Tiradentes, Esquire
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

*Attorneys for Plaintiff*
*Cyberfone Systems, LLC*


**BY EMAIL**

Rodger D. Smith , II, Esq.
Morris, Nichols, Arsht Tunnell LLP
North Market Street
P.O. Box 1347
Wilmington, DE 19899
rsmith@mnat.com

*Attorneys for Defendant*
*Sony Electronics Inc.*

**BY EMAIL & U.S. MAIL**

Marc A. Fenster, Esq.
Bruce D. Kuyper, Esq.
Fredricka Ung, Esq.
Russ August & Kabat
12424 Wilshire Blvd., Suite 1200 Los
Angeles, CA 90025 mfenster@raklaw.com
bkuyper@raldaw.com  fung@raklaw.com

*Attorneys for Plaintiff*
*Cyberfone Systems, LLC*


**BY EMAIL**

Jack B. Blumenfeld, Esq.
Karen Jacobs Louden, Esq.
Paul Saindon, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
klouden@mnat.com
psaindon@mnat.com

*Attorneys for Defendants United Air Lines,*
*Inc., United Parcel Service, Inc., US*
*Airways, Inc., Hypercom Corporation, Air*
*Canada, Hilton Worldwide, Inc., Ingenico*
*Corporation, Ingenico Inc., VeriFone*
*Systems, Inc. and Inter-Continental Hotels*
*Corporation and Motorola Solutions, Inc.*

**BY EMAIL**

Richard L. Horwitz., Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
rhorwitz@potteranderson.com
dmoore@potteranderson,com

*Attorneys for Defendants*
*Amazon.com Inc., Nintendo of America Inc.*
*and MiTAC Digital Corporation*

**BY EMAIL**

Allen Terrell, Jr., Esq.
Kelly E. Farnan, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801
Terrell@rlf.com
Farnan@rlf.com

*Attorneys for Defendants*
*Southwest Airlines Co. and*
*AirTran Airways Inc.*

**BY EMAIL**

William J. Marsden, Esq.
Lauren Murphy Pringle, Esq.
Fish & Richardson, P,C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114
pringle@fr.com
Marsden@fr.com


*Attorneys for Defendant*
*Federal Express Corporation*

**BY EMAIL**

Gregory E. Stuhlman,
Esq. Eve H. Omerod,
Esq. Greenberg Traurig,
LLP
1007 N. Orange Street, Suite 1200
Wilmington, DE 19801
stuhlmang@gtlaw.com
omerode@gtlaw.com

*Attorneys for Defendant*
*DHL Express (USA), Inc.*

**BY EMAIL**

Chad S. C. Stover, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
estover@eblh.com

*Attorneys for Defendant*

**BY EMAIL**

John G. Day, Esq.
Tiffany Geyer Lydon, Esq.
Andrew C. Mayo, Esq.
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
jday@ashby-geddes.com tlydon@ashby-
geddes.com amayo@ashby-geddes.com

*American Airlines, Inc.*

**BY EMAIL**

Philip A. Rovner
Jonathan A. Choa
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
provner@potteranderson.com
jchoa@potteranderson.com

*Attorneys for Defendant*
*First Data Corporation and Barnes & Noble*
*Inc.*

**BY EMAIL**

Gregory B. Williams, Esq.
Austen C. Endersby, Esq.
Fox Rothschild LLP
Citizens Bank Center
919 N. Market Street, Suite
1300
P.O. Box 2323
Wilmington, DE 19899
gwilliams@foxrothschild.co
m
aendersby@foxrothschild.co
m

*Attorneys for Defendant*
*Hyatt Corporation*

**BY EMAIL**

M. Elizabeth Day, Esq.
Marc C. Belloli, Esq.
Sal Lim, Esq.
Feinberg Day Alberti & Thompson LLP
401 Florence Street, Suite 200
Palo Alto, CA 94301
eday@feinday.com
mbelloli@feinday.com
slim@feinday.com

*Attorneys for Defendant*

*Attorneys for Defendant*
*JetBlue Airways Corporation*
**BY EMAIL**

Rex A. Donnelly, Esq.
RatnerPrestia
1007 Orange Street, Suite 1100
Wilmington, DE 19801
radonnelly@ratnerprestia.com

*Attorneys for Defendants*
*Pandigital, Inc. and Equinox Payments, LLC*

**BY EMAIL**

Kimberly A. Warshawsky, Esq.
Greenberg Traurig, LLP
East Camelback Road
Suite 700
Phoenix, AZ 85016
warshawskyk@gtlaw.eom

*Attorneys for Defendant*
*DHL Express (USA), Inc.*

**BY EMAIL**

Michael N. Rader, Esq.
James J. Foster, Esq.
Charles Steenburg, Esq.
Wolf, Greenfeld & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210-2206
mrader@wolfgreenfield.com
jfoster@wolfgreenfield.com
csteenburg@wolfgreenfield.com

*Attorneys for Defendant*

3

*Equinox Payments LLC*

**BY EMAIL**

Mary Olga-Lovett, Esq.
Greenberg Traurig, LLP
Louisiana Street, Suite 1700
Houston, TX 77002
lovettui@gtlaw.com

*Attorneys for Defendant*
*DHL Express (USA), Inc.*

**BY EMAIL**

William Boice, Esq.
Kilpatrick Townsend & Stockton LLP
Suite 2800
1100 Peachtree Street
Atlanta, GA 20209-4535
bboice@kilpatricktownsend.com

*Attorneys for Defendants*
*Air Canada, United Air Lines Inc. and US*
*Airways, Inc.*

*Sony Electronics, Inc.*

**BY EMAIL**

Michael A. Nieodenia, Esq.
Greenberg Traurig, LLP
200 Park Avenue
P.O. Box 677
Florham Park, NJ 07932
nicodemarn@gtlaw.com

*Attorneys for Defendant*
*DHL Express (USA), Inc.*

**BY EMAIL**

Timothy S. Teter, Esq.
Ben Damstedt, Esq.
Cooley LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
teterts@cooley.com
bdamstedt@cooley.com

*Attorneys for Defendant*
*Nintendo of America Inc.*

4

**BY EMAIL**

Bradley W. Caldwell, Esquire
Holly E. Engelmann, Esq.
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, TX 75201
bcaldwell@mckoolsmith.com
hengelmann@mckoolsmith.com

*Attorneys for Defendant*
*American Airlines, Inc.*


**BY EMAIL**

Ryan J, Marton, Esq.
Fenwick & West LLP
California Street, 12th Floor
San Francisco, CA 94104
rmarton@fenwick.com

*Attorneys for Defendant*
*Amazon.com, Inc.*


**BY EMAIL**

Stephen E. Baskin, Esq.
Kilpatrick Townsend & Stockton LLP
607 14th Street, NW
Suite 900
Washington, DC 20005
sbaskin@kilpatricktownsend.com.

*Attorneys for Defendants*
*Air Canada, United Air Lines Inc. and US*
*Airways, Inc.*

**BY EMAIL**

J. David Hadden, Esq.
Darren E. Donnelly, Esq.
Saine S. Shamilov, Esq.
William A. Moseley, Esq.
Fenwick & West LLP
801 California Street
Mountain View, CA 94041
clhadden@fenwick.com
ddonnelly@fenwick.com
sshamilov@fenwick.com
wmoseley@fenwick.com

*Attorneys for Defendant*
*Amazon.com, Inc.*


**BY EMAIL**

John P. Fry, Esq.
Kelly L. Whitehart, Esq.
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, GA 30326
jfry@mmrnlaw.com
kwhitehart@nammlaw.com

*Attorneys for Defendants*
*Ingenico Corporation, Ingenico Inc, and*
*United Parcels Services, Inc.*


**BY EMAIL**

John C. Alemanni, Esq.
Kilpatrick Townsend & Stockton LLP
1001 West Fourth Street
Winston-Salem, NC 27101
jalemanni@kilpatricktownsend.com

5

**BY EMAIL**

Jordan A. Sigale, Esq.
Loeb & Loeb LLP
North Clark Street
Suite 2300
Chicago, IL 60654
jsigalc@loeb.com

*Attorneys for Defendant*
*JetBlue Airways Corporation*

**BY EMAIL**

Max Ciccarelli, Esq.
Justin S. Cohen, Esq.
Thomson & Knight LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, TX 75201 Max.ciccarelli@tklaw.com
Justin.cohe.n@tklaw.com

*Attorneys for Defendants*
*Southwest Airlines Co. and AirTran Airways*
*Inc.*

**BY EMAIL**

James P. Martin, Esq.
Lisa Stockholm, Esq.
Shartsis Friese LLP
One Maritime Plaza., 18th Floor
San Francisco, CA 94111
jmartin@sflaw.com lstockholm@sflaw.com

*Attorneys for Defendant Pandigital, Inc.*

**BY EMAIL**

Owen W. Dukelow, Esq.
Kolisch Hartwell, P.C.
520 S. W. Yamhill Street
200 Pacific Building
Portland, OR 97204 dukelow@ldwatent.com

*Attorneys for Defendants*
*VeriFone Systems, Inc. and Hypercom Corp.*

**BY EMAIL**

Wab P. Kadaba, Esq.
George L. Murphy, Jr., Esq.
Kilpatrick Townsend & Stockton LLP
1100 Peach Street, Suite 2800
Atlanta, GA 30309
wkadaba@kilpatricktownsend.com
gintaphy@kilpatricktownsend.com

*Attorneys for Defendant*
*Inter-Continental Hotel Corporation*

**BY EMAIL**

Michael C. Ting, Esq.
Freitas Tseng & Kaufman LLP
100 Marine Parkway, Suite 200
Redwood Shores, CA 94065
mting@ftklaw.com

*Attorneys for Defendant*
*MiTAC Digital Corporation*

RLF1 5932846v. 1

**BY EMAIL**

Michael L. Brody, Esq.
Jonathan E. Retsky, Esq.
Thomas M. Williams, Esq.
James Winn, Esq.
Winston & Strawn. LLP
35 West Wacker Drive
Chicago, IL 60601 jwinn@winston.com
trnwilliams@winston.com
jretsky@winston.com mbrody@winston.com

*Attorneys for Defendant*
*Motorola Solutions, Inc.*

**BY EMAIL**

Laura Beth Miller, Esq.
David P. Lindner, Esq.
Joseph S. Hanasz, Esq.
Brinks Hofer Gilson & Lione
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive Chicago, IL
60611 lmiller@brinkshofer.com
dlindner@brinkshofer.com
jhanasz@brinkshofer.com

*Attorneys for Defendant*
*Hyatt Corporation*

**BY EMAIL**

Krishnan Padtnanabhan, Esq.
Winston & Strawn LLP
200 Park Avenue
New York, NY 101661
kpadmanabhan@winston.com

*Attorneys for Defendant*
*Motorola Solutions, Inc.*

/s/ Travis S. Hunter
*Travis S. Hunter (#5350)*
*hunter@rlf.com*

RLF1 5932846v. 1