IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC (formerly known as LVL PATENT GROUP, LLC), | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) C.A. No. 11-834 (SLR) |
| FEDERAL EXPRESS CORPORATION; et al., | ) ) ) |
| Defendants. | ) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of (1) *Defendant Motorola Solutions, Inc.'s Disclosure Pursuant to Paragraph 3 of the Delaware Default Standard for Discovery*; (2) *Defendant Inter-Continental Hotel Corporation's Disclosure Pursuant to Paragraph 3 of the Delaware Default Standard for Discovery*; (3) *Defendant Hilton Worldwide, Inc.'s Disclosure Pursuant to Paragraph 3 of the Delaware Default Standard for Discovery*; (4) *Defendant US Airways, Inc.'s Disclosure Pursuant to Paragraph 3 of the Delaware Default Standard for Discovery*; (5) *Defendant United Air Lines Inc.'s Disclosure Pursuant to Paragraph 3 of the Delaware Default Standard for Discovery*; and (6) *Defendant Air Canada's Disclosure Pursuant to Paragraph 3 of the Delaware Default Standard for Discovery* were caused to be served on May 1, 2012 upon the following in the manner indicated:

Richard D. Kirk, Esquire                                                                           *VIA ELECTRONIC MAIL*
Stephen B. Brauerman
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE  19899
*Attorneys for Plaintiff*

Marc A. Fenster, Esquire  *VIA ELECTRONIC MAIL*
Bruce K. Kuyper, Esquire
Fredericka Ung, Esquire
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025-1031
*Attorneys for Plaintiff*

Lauren Murphy Pringle, Esquire  *VIA ELECTRONIC MAIL*
FISH & RICHARDSON, P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
*Attorneys for Federal Express Corporation*

Jack B. Blumenfeld, Esquire  *VIA ELECTRONIC MAIL*
Karen Jacobs Louden, Esquire
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19801
*Attorneys for United Parcel Service Inc.;*
*Verifone Systems Inc.; Hypercom Corp.;*
*Ingenico Inc.; Ingenico Corp.; US Airways*
*Inc.; Inter-Continental Hotels Corporation;*
*Hilton Worldwide Inc.; AirCanada; United*
*Airlines Inc.; and Motorola Solutions Inc.*

John P. Fry, Esquire  *VIA ELECTRONIC MAIL*
Kelly L. Whitehart, Esquire
MORRIS MANNING &MARTIN LLP
Atlanta, Georgia
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, GA 30326
*Attorneys for United Parcel Service Inc.;*
*Ingenico Inc.; and Ingenico Corp.*

Owen Dukelow, Esquire  *VIA ELECTRONIC MAIL*
KOLISCH HARTWELL, P.C.
520 SW Yamhill Street, Suite 200
Portland, OR 97204-1324
*Attorneys for Verifone Systems Inc.; and*
*Hypercom Corp.*

| | |
|---|---|
| Steve Baskin, Esquire<br>John Alemanni, Esquire<br>Michael Morlock, Esquire<br>KILPATRICK TOWNSEND & STOCKTON LLP<br>607 14th Street, N.W., Suite 900<br>Washington, DC, 20005-2018<br>*Attorneys for US Airways Inc.; and*<br>*AirCanada; United Airlines Inc.* | *VIA ELECTRONIC MAIL* |
| Wab P. Kadaba, Esquire<br>George Murphy, Esquire<br>KILPATRICK TOWNSEND & STOCKTON LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA 30309<br>*Attorneys for Inter-Continental Hotels Corporation* | *VIA ELECTRONIC MAIL* |
| Jonathan E. Retsky, Esquire<br>Thomas Willams, Esquire<br>Krishnan Padmanabhan, Esquire<br>James Winn, Esquire<br>Michael Brody, Esquire<br>WINSTON & STRAWN LLP<br>35 W. Wacker Drive<br>Chicago, IL  60601-9703<br>*Attorneys for Motorola Solutions Inc.* | *VIA ELECTRONIC MAIL* |
| Gregory Erich Stuhlman, Esquire<br>Eve H. Ormerod, Esquire<br>GREENBURG TRAURIG LLP<br>The Nemours Building<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE 19801<br>*Attorneys for DHL Express (USA) Inc.* | *VIA ELECTRONIC MAIL* |
| Kimberly A. Warshawsky, Esquire<br>GREENBURG TRAURIG LLP<br>2375 East Camelback Road, Suite 700<br>Phoenix, AZ 85016<br>*Attorneys for DHL Express (USA) Inc.* | *VIA ELECTRONIC MAIL* |

Michael Nicodema, Esquire　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
GREENBURGTRAURIG LLP
200 Park Avenue
Florham Park, NJ 07932
*Attorneys for DHL Express (USA) Inc.*

Mary-Olga Lovett, Esquire　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
GREENBURG TRAURIG LLP
1000 Louisiana Street, Suite 1700
Houston, TX 77002
*Attorneys for DHL Express (USA) Inc.*

Richard L. Horwitz, Esquire　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
David E. Moore, Esquire
POTTER, ANDERSON & CORROON LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19801
*Attorneys for MiTac Digital Corporation; Amazon.com, Inc.; and Nintendo of America Inc.*

Michael C. Ting, Esquire　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
FREITAS TSENG & KAUFMAN LLP
100 Marine Parkway, Suite 200
Redwood, Shores, CA 94065
*Attorneys for MiTac Digital Corporation*

J. David Hadden, Esquire　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
Darren E. Donnelly, Esquire
Saina S. Shamilov, Esquire
William Moseley, Esquire
FENWICK & WEST LLP
801 California Street,
Mountain View, CA 94041
*Attorneys for Amazon.com, Inc.*

Tim Teter, Esquire　　　　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
Ben Damstedt, Esquire
Jeff Walker, Esquire
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
*Attorneys for Nintendo of America Inc.*

| | |
|---|---|
| Philip A. Rovner, Esquire<br>Jonathan A. Choa, Esquire<br>POTTER ANDERSON & CORROON, LLP<br>1313 North Market Street<br>Hercules Plaza, 6th Floor<br>Wilmington, DE 19801<br>*Attorneys for First Data Corporation and*<br>*Barnes & Noble, Inc.* | *VIA ELECTRONIC MAIL* |
| Melissa J. Baily, Esquire<br>Adam Botzenhart, Esquire<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>*Attorneys for Barnes & Noble, Inc.* | *VIA ELECTRONIC MAIL* |
| Bobbie J. Wilson, Esquire<br>PERKINS COIE<br>Four Embarcadero Center, Suite 2400<br>San Francisco, CA 94111-4131<br>*Attorneys for First Data Corporation* | *VIA ELECTRONIC MAIL* |
| Christopher Kao, Esquire<br>PERKINS COIE<br>3150 Porter Drive<br>Palo Alto, CA 94304-1212<br>*Attorneys for First Data Corporation* | *VIA ELECTRONIC MAIL* |
| Kelly E. Farnan, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>Wilmington, DE 19801<br>*Attorneys for Southwest Airlines Co.; and*<br>*AirTran Airways* | *VIA ELECTRONIC MAIL* |
| Max Ciccarelli, Esquire<br>Justin Cohen, Esquire<br>THOMPSON & KNIGHT LLP<br>One Arts Plaza<br>1722 Routh Street, Suite 1500<br>Dallas, TX 75201<br>*Attorneys for Southwest Airlines Co. and*<br>*AirTran Airways* | *VIA ELECTRONIC MAIL* |

John G. Day, Esquire  *VIA ELECTRONIC MAIL*
Tiffany G. Lydon, Esquire
Andrew C. Mayo, Esquire
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
*Attorneys for JetBlue Airways Corporation*

Jordan A. Sigale, Esquire  *VIA ELECTRONIC MAIL*
LOEB & LOEB LLP
321 North Clark Street, Suite 2300
Chicago, IL 60654
*Attorneys for JetBlue Airways Corporation*

Frederick L. Cottrell, III, Esquire  *VIA ELECTRONIC MAIL*
Anne S. Gaza, Esquire
Travis S. Hunter, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
*Attorneys for Marriott International Inc.*

Brian Koide, Esquire  *VIA ELECTRONIC MAIL*
John Cuddihy, Esquire
Craig P. Lytle, Esquire
CROWELL & MORING LLP
1001 Pennsylvania Ave, NW
Washington, DC 20004
*Attorneys for Marriott International Inc.*

Rex A. Donnelly , IV, Esquire  *VIA ELECTRONIC MAIL*
RATNER & PRESTIA
1007 Orange Street, Suite 1100
Wilmington, DE 19899-1596
*Attorneys for Pandigital Inc. and Equinox Payments LLC*

James P. Martin, Esquire  *VIA ELECTRONIC MAIL*
Lisa Stockholm, Esquire
SHARTSIS FRIESE LLP
One Maritime Plaza, 18th Floor
San Francisco, CA 94111
*Attorneys for Pandigital Inc.*

Elizabeth Day, Esquire                                                     *VIA ELECTRONIC MAIL*
Marc Belloli, Esquire
Sal Lim, Esquire
FEINBERG DAY ALBERTI & THOMPSON LLP
401 Florence Street, Suite 200
Palo Alto, CA 94301
*Attorneys for Equinox Payments LLC*

Rodger D. Smith II, Esquire                                                *VIA ELECTRONIC MAIL*
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE  19801
*Attorneys for Sony Electronics Inc.*

Michael N. Rader, Esquire                                                  *VIA ELECTRONIC MAIL*
James J. Foster, Esquire
Charles Steenburg, Esquire
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA  02210-2206
*Attorneys for Sony Electronics Inc.*

Chad S.C. Stover, Esquire                                                  *VIA ELECTRONIC MAIL*
CONNOLLY, BOVE, LODGE & HUTZ
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
*Attorneys for America Airlines, Inc.*

Bradley Caldwell, Esquire                                                  *VIA ELECTRONIC MAIL*
Holly Engelmann, Esquire
MCKOOL SMITH P.C.
300 Crescent Court, Suite 1500
Dallas, TX 75201
*Attorneys for America Airlines, Inc.*

Gregory B. Williams, Esquire                                               *VIA ELECTRONIC MAIL*
Austen Endersby, Esquire
FOX ROTHSCHILD LLP
919 North Market Street, Suite 1300
Wilmington, DE 19801
*Attorneys for Hyatt Corporation*

Joseph S. Hanasz, Esquire                                         *VIA ELECTRONIC MAIL*
David Lindner, Esquire
Laura Beth Miller, Esquire
BRINKS HOFER GILSON & LIONE
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL 60611
*Attorneys for Hyatt Corporation*

                                            MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                            */s/ Stephen Kraftschik*

                                            Jack B. Blumenfeld (#1014)
                                            Karen Jacobs Louden (#2881)
                                            Stephen Kraftschik (#5623)
                                            1201 North Market Street
                                            P.O. Box 1347
                                            Wilmington, DE  19899-1347
                                            (302) 658-9200
                                            jblumenfeld@mnat.com
                                            klouden@mnat.com
                                            skraftschik@mnat.com

May 1, 2012
5822841.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2012 I electronically filed the foregoing document, which will send notification of such filing(s) to all registered participants.

I also certify that copies were caused to be served on May 1, 2012 upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19899<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Marc A. Fenster, Esquire<br>Bruce K. Kuyper, Esquire<br>Fredericka Ung, Esquire<br>RUSS, AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025-1031<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Lauren Murphy Pringle, Esquire<br>FISH & RICHARDSON, P.C.<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE 19801<br>*Attorneys for Federal Express Corporation* | *VIA ELECTRONIC MAIL* |
| Jack B. Blumenfeld, Esquire<br>Karen Jacobs Louden, Esquire<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>Wilmington, DE 19801<br>*Attorneys for United Parcel Service Inc.;*<br>*Verifone Systems Inc.; Hypercom Corp.;*<br>*Ingenico Inc.; Ingenico Corp.; US Airways*<br>*Inc.; Inter-Continental Hotels Corporation;*<br>*Hilton Worldwide Inc.; AirCanada; United*<br>*Airlines Inc.; and Motorola Solutions Inc.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| John P. Fry, Esquire<br>Kelly L. Whitehart, Esquire<br>MORRIS MANNING &MARTIN LLP<br>Atlanta, Georgia<br>1600 Atlanta Financial Center<br>3343 Peachtree Road, NE<br>Atlanta, GA 30326<br>*Attorneys for United Parcel Service Inc.;*<br>*Ingenico Inc.; and Ingenico Corp.* | *VIA ELECTRONIC MAIL* |
| Owen Dukelow, Esquire<br>KOLISCH HARTWELL, P.C.<br>520 SW Yamhill Street, Suite 200<br>Portland, OR 97204-1324<br>*Attorneys for Verifone Systems Inc.; and*<br>*Hypercom Corp.* | *VIA ELECTRONIC MAIL* |
| Steve Baskin, Esquire<br>John Alemanni, Esquire<br>Michael Morlock, Esquire<br>KILPATRICK TOWNSEND & STOCKTON LLP<br>607 14th Street, N.W., Suite 900<br>Washington, DC, 20005-2018<br>*Attorneys for US Airways Inc.; and*<br>*AirCanada; United Airlines Inc.* | *VIA ELECTRONIC MAIL* |
| Wab P. Kadaba, Esquire<br>George Murphy, Esquire<br>KILPATRICK TOWNSEND & STOCKTON LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA 30309<br>*Attorneys for Inter-Continental Hotels*<br>*Corporation* | *VIA ELECTRONIC MAIL* |
| Jonathan E. Retsky, Esquire<br>Thomas Willams, Esquire<br>Krishnan Padmanabhan, Esquire<br>James Winn, Esquire<br>Michael Brody, Esquire<br>WINSTON & STRAWN LLP<br>35 W. Wacker Drive<br>Chicago, IL  60601-9703<br>*Attorneys for Motorola Solutions Inc.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Gregory Erich Stuhlman, Esquire<br>Eve H. Ormerod, Esquire<br>GREENBURG TRAURIG LLP<br>The Nemours Building<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE 19801<br>*Attorneys for DHL Express (USA) Inc.* | *VIA ELECTRONIC MAIL* |
| Kimberly A. Warshawsky, Esquire<br>GREENBURG TRAURIG LLP<br>2375 East Camelback Road, Suite 700<br>Phoenix, AZ 85016<br>*Attorneys for DHL Express (USA) Inc.* | *VIA ELECTRONIC MAIL* |
| Michael Nicodema, Esquire<br>GREENBURG TRAURIG LLP<br>200 Park Avenue<br>Florham Park, NJ 07932<br>*Attorneys for DHL Express (USA) Inc.* | *VIA ELECTRONIC MAIL* |
| Mary-Olga Lovett, Esquire<br>GREENBURG TRAURIG LLP<br>1000 Louisiana Street, Suite 1700<br>Houston, TX 77002<br>*Attorneys for DHL Express (USA) Inc.* | *VIA ELECTRONIC MAIL* |
| Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>POTTER, ANDERSON & CORROON LLP<br>1313 N. Market Street<br>Hercules Plaza, 6th Floor<br>Wilmington, DE 19801<br>*Attorneys for MiTac Digital Corporation; Amazon.com, Inc.; and Nintendo of America Inc.* | *VIA ELECTRONIC MAIL* |
| Michael C. Ting, Esquire<br>FREITAS TSENG & KAUFMAN LLP<br>100 Marine Parkway, Suite 200<br>Redwood, Shores, CA 94065<br>*Attorneys for MiTac Digital Corporation* | *VIA ELECTRONIC MAIL* |

J. David Hadden, Esquire                                              *VIA ELECTRONIC MAIL*
Darren E. Donnelly, Esquire
Saina S. Shamilov, Esquire
William Moseley, Esquire
FENWICK & WEST LLP
801 California Street,
Mountain View, CA 94041
*Attorneys for Amazon.com, Inc.*

Tim Teter, Esquire                                                    *VIA ELECTRONIC MAIL*
Ben Damstedt, Esquire
Jeff Walker, Esquire
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
*Attorneys for Nintendo of America Inc.*

Philip A. Rovner, Esquire                                             *VIA ELECTRONIC MAIL*
Jonathan A. Choa, Esquire
POTTER ANDERSON & CORROON, LLP
1313 North Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19801
*Attorneys for First Data Corporation and*
*Barnes & Noble, Inc.*

Melissa J. Baily, Esquire                                             *VIA ELECTRONIC MAIL*
Adam Botzenhart, Esquire
QUINN EMANUEL URQUHART & SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA  94111
*Attorneys for Barnes & Noble, Inc.*

Bobbie J. Wilson, Esquire                                             *VIA ELECTRONIC MAIL*
PERKINS COIE
Four Embarcadero Center, Suite 2400
San Francisco, CA  94111-4131
*Attorneys for First Data Corporation*

Christopher Kao, Esquire                                              *VIA ELECTRONIC MAIL*
PERKINS COIE
3150 Porter Drive
Palo Alto, CA  94304-1212
*Attorneys for First Data Corporation*

| | |
|---|---|
| Kelly E. Farnan, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>Wilmington, DE 19801<br>*Attorneys for Southwest Airlines Co.; and AirTran Airways* | *VIA ELECTRONIC MAIL* |
| Max Ciccarelli, Esquire<br>Justin Cohen, Esquire<br>THOMPSON & KNIGHT LLP<br>One Arts Plaza<br>1722 Routh Street, Suite 1500<br>Dallas, TX 75201<br>*Attorneys for Southwest Airlines Co. and AirTran Airways* | *VIA ELECTRONIC MAIL* |
| John G. Day, Esquire<br>Tiffany G. Lydon, Esquire<br>Andrew C. Mayo, Esquire<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19801<br>*Attorneys for JetBlue Airways Corporation* | *VIA ELECTRONIC MAIL* |
| Jordan A. Sigale, Esquire<br>LOEB & LOEB LLP<br>321 North Clark Street, Suite 2300<br>Chicago, IL 60654<br>*Attorneys for JetBlue Airways Corporation* | *VIA ELECTRONIC MAIL* |
| Frederick L. Cottrell, III, Esquire<br>Anne S. Gaza, Esquire<br>Travis S. Hunter, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>*Attorneys for Marriott International Inc.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Brian Koide, Esquire<br>John Cuddihy, Esquire<br>Craig P. Lytle, Esquire<br>CROWELL & MORING LLP<br>1001 Pennsylvania Ave, NW<br>Washington, DC 20004<br>*Attorneys for Marriott International Inc.* | *VIA ELECTRONIC MAIL* |
| Rex A. Donnelly , IV, Esquire<br>RATNER & PRESTIA<br>1007 Orange Street, Suite 1100<br>Wilmington, DE 19899-1596<br>*Attorneys for Pandigital Inc. and Equinox Payments LLC* | *VIA ELECTRONIC MAIL* |
| James P. Martin, Esquire<br>Lisa Stockholm, Esquire<br>SHARTSIS FRIESE LLP<br>One Maritime Plaza, 18th Floor<br>San Francisco, CA 94111<br>*Attorneys for Pandigital Inc.* | *VIA ELECTRONIC MAIL* |
| Elizabeth Day, Esquire<br>Marc Belloli, Esquire<br>Sal Lim, Esquire<br>FEINBERG DAY ALBERTI & THOMPSON LLP<br>401 Florence Street, Suite 200<br>Palo Alto, CA 94301<br>*Attorneys for Equinox Payments LLC* | *VIA ELECTRONIC MAIL* |
| Rodger D. Smith II, Esquire<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>Wilmington, DE  19801<br>*Attorneys for Sony Electronics Inc.* | *VIA ELECTRONIC MAIL* |
| Michael N. Rader, Esquire<br>James J. Foster, Esquire<br>Charles Steenburg, Esquire<br>WOLF, GREENFIELD & SACKS, P.C.<br>600 Atlantic Avenue<br>Boston, MA  02210-2206<br>*Attorneys for Sony Electronics Inc.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Chad S.C. Stover, Esquire<br>CONNOLLY, BOVE, LODGE & HUTZ<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE 19801<br>*Attorneys for America Airlines, Inc.* | *VIA ELECTRONIC MAIL* |
| Bradley Caldwell, Esquire<br>Holly Engelmann, Esquire<br>MCKOOL SMITH P.C.<br>300 Crescent Court, Suite 1500<br>Dallas, TX 75201<br>*Attorneys for America Airlines, Inc.* | *VIA ELECTRONIC MAIL* |
| Gregory B. Williams, Esquire<br>Austen Endersby, Esquire<br>FOX ROTHSCHILD LLP<br>919 North Market Street, Suite 1300<br>Wilmington, DE 19801<br>*Attorneys for Hyatt Corporation* | *VIA ELECTRONIC MAIL* |
| Joseph S. Hanasz, Esquire<br>David Lindner, Esquire<br>Laura Beth Miller, Esquire<br>BRINKS HOFER GILSON & LIONE<br>NBC Tower, Suite 3600<br>455 North Cityfront Plaza Drive<br>Chicago, IL 60611<br>*Attorneys for Hyatt Corporation* | *VIA ELECTRONIC MAIL* |

*/s/ Stephen Kraftschik*

Stephen Kraftschik (#5623)