IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC (formally known as LVL PATENT GROUP, LLC),<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>FEDERAL EXPRESS CORPORATION, *et al.*<br><br>　　　　　　　　Defendants. | Civil Action No. 11-834-SLR<br><br>JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 1, 2012, copies of Defendant Southwest Airlines Co.'s Disclosure Pursuant to Section 3 of the Delaware Default Standard for Discovery were served on counsel as follows:

**VIA EMAIL**

Jack B. Blumenfeld
Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market St.
P.O. Box 1347
Wilmington, DE 19899

**VIA EMAIL**

John C. Alemani
Kilpatrick Townsend & Stockton LLP
1001 West Fourth Street
Winston-Salem, NC 27101

**VIA EMAIL**

Richard D. Kirk, Esquire
Stephen B. Brauerman, Esquire
Vanessa Ribeiro Tiradentes, Esquire
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

**VIA EMAIL**

Stephen E. Baskin
Kilpatrick Townsend & Stockton LLP
607 14th Street, NW, Suite 900
Washington, DC 20005-2018

**VIA EMAIL**

Bradley W. Caldwell
Holly E. Engelmann
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, TX 75201

**VIA EMAIL**

Gregory E. Stuhlman
Eve H. Ormerod
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

**VIA EMAIL**

Michael A. Nicodema
Greenberg Traurig, LLP
200 Park Avenue
Florham Park, NJ 07932

**VIA EMAIL**

Lawrence B. Goodwin
Monica Bhattacharyya
Stefan R. Stoyanov
Kasowitz, Benson, Torres
 & Friedman LLP
1633 Broadway
New York, NY 10019

**VIA EMAIL**

Rex A. Donnelly
RatnerPrestia
1007 N. Orange Street, Suite 1100
Wilmington, DE 19801

**VIA EMAIL**

Chad S.C. Stover
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899

**VIA EMAIL**

Lauren Murphy Pringle
Fish & Richardson, P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114

**VIA EMAIL**

Kimberly A. Warshawsky
Greenberg Traurig, LLP
2375 East Camelback Road, Suite 700
Phoenix, AZ 85016

**VIA EMAIL**

Mary Olga-Lovett
Greenberg Traurig, LLP
1000 Louisiana Street, Suite 1700
Houston, TX 77002

**VIA EMAIL**

Jonathan K. Waldrop
Jonathan D. Olinger
Jeffrey J. Toney
Kasowitz, Benson, Torres & Friedman LLP
1360 Peachtree Street, N.E., Suite 1150
Atlanta, GA 30309

**VIA EMAIL**

Philip A. Rovner
Jonathan A. Choa
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801

**VIA EMAIL**

Bobbie Wilson
Perkins Coie LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131

**VIA EMAIL**

John P. Fry
Kelly L. Whitehart
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, GA 30326

**VIA EMAIL**

John G. Day
Tiffany Geyer Lydon
Andrew C. Mayo
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
jday@askby-geddes.com
tlydon@ashby-geddes.com
amayo@ashby-geddes.com
Michael L. Brody
Jonathan E. Retsky
Thomas M. Williams
James Winn
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
mbrody@winston.com
jretsky@winston.com

**VIA EMAIL**

M. Elizabeth Day
Marc C. Belloli
Sal Lim
Feinberg Day Alberti & Thompson LLP
401 Florence Street, Suite 200
Palo Alto, CA 94301

**VIA EMAIL**

Christopher Kao
Perkin Coie LLP
3150 Porter Drive
Palo Alto, CA 94304

**VIA EMAIL**

Owen W. Dukelow
Kolisch Hartwell, P.C.
520 S.W. Yamhill Street
200 Pacific Building
Portland, OR 97204

**VIA EMAIL**

Wab P. Kadaba
George L. Murphy, Jr.
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4528

**VIA EMAIL**

Jordan Sigale
Loeb & Loeb LLP
321 North Clark Street, Suite 2300
Chicago, IL 60654

tmwilliams@winston.com
jwinn@winston.com

**VIA EMAIL**

Lisa Stockholm
James P. Martin
Shartsis Friese LLP
One Maritime Plaza, 18th Floor
San Francisco, CA 94111
lstockholm@sflaw.com
jmartin@sflaw.com

**VIA EMAIL**

Frederick L. Cottrell, III
Anne Shea Gaza
Travis S. Hunter
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
cottrell@rlf.com
gaza@rlf.com
hunter@rlf.com

**VIA EMAIL**

Brian M. Koide
John L. Cuddihy
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DE 20004-2595
bkoide@crowell.com
jcuddihy@crowell.com

**VIA EMAIL**

Krishnan Padmanabhan
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193
kpadmanabhan@winston.com

**VIA EMAIL**

Rodger D. Smith, II
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
rsmith@mnat.com

**VIA EMAIL**

Aaron Fountain
John Guaragna
Brian Erickson
DLA Piper (US) LLP
401 Congress Avenue
Suite 2500
Austin, TX 78701-3799
aaron.fountain@dlapiper.com
john.guaragna@dlpiper.com
brian.erickson@dlpiper.com

OF COUNSEL:

Max Ciccarelli
   Max.Ciccarelli@tklaw.com
Justin S. Cohen
   Justin.Cohen@tklaw.com

Thompson & Knight LLP
One Arts Plaza
1722 Routh St., Suite 1500
Dallas, Texas 75201
214-969-1700

Dated: May 1, 2012

   /s/ Kelly E. Farnan
Allen Terrell, Jr. (#937)
Terrell@rlf.com
Kelly E. Farnan (#4395)
Farnan@rlf.com
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801
302-651-7700
*Attorneys for Defendant Southwest Airlines Co.*