IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC (formerly known as LVL PATENT GROUP, LLC), <br> Plaintiff, <br><br> v. <br><br> FEDERAL EXPRESS CORPORATION, et al. <br> Defendants. | Civil Action No. 11-834 (SLR) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on May 1, 2012, copies of (1) **EQUINOX PAYMENTS, LLC'S DISCLOSURES PURSUANT TO PARAGRAPH 3 OF THE DELAWARE DEFAULT STANDARD FOR DISCOVERY OF ELECTRONICALLY STORED INFORMATION**, and (2) this **NOTICE OF SERVICE** were served as shown:

**BY ELECTRONIC MAIL**

Richard D. Kirk
Bayard, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Stephen B. Brauerman
Bayard, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

**BY ELECTRONIC MAIL**

Bruce D. Kuyper
Marc A. Fenster
Fredericka Ung
Russ August & Kabat
12424 Wilshire Boulevard, Twelfth Floor
Los Angeles, CA 90025-1031

Monica V. Bhattacharyya
Lawrence B. Goodwin
Jonathan D. Olinger
Stefan R. Stoyanov
Jeffrey J. Toney
Jonathan K. Waldrop Kasowitz, Benson,
Torres & Friedman LLP
New York, NY 10019

*Pro Hac Vice Attorneys for Defendant,
Delta Air Lines, Inc.*

Jack B. Blumenfeld
Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

*Attorneys for Defendants, Ingenico
Corporation, Ingenico Inc. and United
Parcel Service, Inc.*

Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

*Attorneys for Defendants, Verifone Systems,
Inc., United Airlines, Inc., Hypercom
Corporation, US Airways, Inc. and
AirCanada*

Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

*Attorneys for Defendant, Hilton Worldwide
Inc.*

Frederick L. Cottrell, III
Anne Shea Gaza
Travis Steven Hunter Richards, Layton &
Finger, PA
One Rodney Square
920 North King Street
Wilmington, DE 19801

*Attorneys for Defendant Marriott
International
Inc.*

John G. Day
Ashby & Geddes
500 Delaware Ave
P.O. Box 1150
Wilmington, DE 19801

*Attorneys for Defendant JetBlue Airways
Corporation*

Jordan A. Sigale
Loeb & Loeb LLP
321 North Clark Street, Suite 2300
Chicago, IL 60654

*Pro Hac Vice Attorney for Defendant
JetBlue Airways Corporation*

Darren E. Donnelly
J. David Hadden
Ryan J. Marton
Saina S. Shamilov
Silicon Valley Center
801 California Street
Mountain View, CA 94041

*Pro Hac Vice Attorneys for Defendant,
Amazon.com Inc.*

Brian Erickson
Aaron Fountain
John Guaragna
Aleine Michelle Porterfield
401 Congress Avenue, Suite 2500
Austin, Texas
78701-3799

*Pro Hac Vice Attorneys for Defendant, Starwood Hotels & Resorts Worldwide Inc.*

Joseph S. Hanasz
David P. Lindner
Laura B. Miller
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL 60611-5599

*Pro Hac Vice Attorney for Defendant, Hyatt Hotels Corporation and Hyatt Corporation*

Richard L. Horwitz
David Ellis Moore
Potter Anderson & Corroon, LLP
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951

*Attorneys for Defendant, Amazon.com Inc. and MiTAC Digital Corp.*

Denise Seastone Kraft
Aleine Michelle Porterfield
DLA Piper LLP
919 North Market Street, Suite 1500
Wilmington, Delaware 19801

*Attorneys for Defendant Starwood Hotels & Resorts Worldwide Inc.*

Eve H. Ormerod
Gregory Erich Stuhlman
Kimberly A. Warshawsky
Greenberg Traurig, LLC
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

*Attorneys for Defendant, DHL Express (USA) Inc.*

Lauren Murphy Pringle
Fish & Richardson, P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19801

*Attorneys for Defendants Barnes & Noble Inc. and Federal Express Corporation*

Philip A. Rovner
Potter Anderson & Corroon, LLP
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951

*Attorneys for Defendant, First Data Corporation*

Rodger Dallery Smith, II
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347

*Attorneys for Defendant, Sony Electronics Inc.*

Chad S.C. Stover
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

*Attorneys for Defendant American Airlines, Inc.*

Bradley W. Caldwell
Holly E. Engelmann
300 Crescent Court, Suite 1500
Dallas, TX 75201

*Pro Hac Vice Attorneys for Defendant American Airlines, Inc.*

Gregory Brian Williams
Austen C. Endersby
Fox Rothschild LLP
Citizens Bank Center
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE
19899-2323

*Attorneys for Defendant, Hyatt Corporation*

John P. Fry
Kelly L. Whitehart
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, GA 30326

*Pro Hac Vice Attorneys for Ingenico Corporation, Ingenico Inc. and United Parcels Services, Inc.*

John C. Alemanni
Kilpatrick Townsend & Stockton LLP
1001 West Fourth Street
Winston-Salem, NC 27101-2400

*Pro Hac Vice Attorneys for Defendants Air Canada, United Airlines, Inc. and US Airways, Inc.*

Stephen E. Baskin
Kilpatrick Townsend & Stockton LLP
607 14th Street, NW Suite 900
Washington, DC 20005-2018

*Pro Hac Vice Attorneys for Defendants Air Canada, United Airlines, Inc.and US Airways, Inc.*

Owen W. Dukelow
Kolisch Hartwell, P.C.
200 Pacific Building
520 S.W. Yamhill Street
Portland, OR 97204

*Pro Hac Vice Attorneys for Defendants Verifone Systems, Inc.and Hypercom Corporation*

Timothy S. Teter
Benjamin G. Damstedt
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304-1130

*Pro Hac Vice Attorneys for Defendant, Nintendo of America, Inc.*

Cristopher Kao
Bobbie Wilson
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA 94304-1212

*Pro Hac Vice Attorneys for Defendant First Data Corporation*

Bobbie Wilson
Perkins Coie LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA

*Pro Hac Vice Attorneys for Defendant First Data Corporation*

Michael N. Rader
James J. Foster
Charles Steenburg
Wolf Greenfield, P.C.
600 Atlantic Avenue
Boston, MA 02210-2206

*Pro Hac Vice Attorneys for Defendant Sony Electronics Inc.*

William A. Moseley
Fenwick & West LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041

*Pro Hac Vice Attorneys for Defendant Amazon.com, Inc.*

Michael A. Nicodema
Mary Olga-Lovett
Greenberg Taurig LLP
200 Park Avenue
P.O. Box 677
Florham Park, NJ 07932

*Pro Hac Vice Attorneys for Defendant DHL Express (USA), Inc.*

Max Ciccarelli
Justin S. Cohen
Thompson & Knight LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, TX 75201

*Pro Hac Vice Attorneys for Defendants Southwest Airlines Co. and AirTran Airways Inc.*

Allen Terrell, Jr.
Kelly E. Farnan
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

*Attorneys for Defendants Southwest Airlines Co. and AirTran Airways Inc.*

Wab P. Kadaba
George L. Murphy, Jr.
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4528

*Pro Hac Vice Attorneys for Defendant Inter-Continental Hotels Corporation*

Michael L. Brody
Jonathan E. Retsky
Thomas M. Williams
James Winn
Krishnan Padmanabhan
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

*Pro Hac Vice Attorneys for Defendant Motorola Solutions, Inc.*

Rex A. Donnelly, IV
Ratner & Prestia
1007 Orange Street, Suite 1100
P.O. Box 1596
Wilmington, DE 19899-1596

*Attorneys for Defendant Pandigital Inc.*

Jonathan A. Choa
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951

*Attorneys for Defendant Barnes & Noble Inc.*

/s/ Rex A. Donnelly
Rex A. Donnelly
RatnerPrestia
1007 Orange Street, Suite 1100
Wilmington, DE 19801-1231
Phone: (302) 7789-2500
Fax: (302) 778-2600
radonnelly@ratnerprestia.com

**Attorneys for Defendant Hewlett-Packard Company**

M. Elizabeth Day
Marc C. Belloli
Sal Lim
Feinberg Day Alberti & Thompson LLP
401 Florence Street, Suite 200
Palo Alto, CA 94301
Phone: (650) 618-4360
eday@feinday.com
mbelloli@feinday.com
slim@feinday.com

**Pro Hac Vice Attorneys for Defendant Hewlett-Packard Company**