**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

CYBERFONE SYSTEMS, LLC,

          Plaintiff,

    v.                                                                C.A. No. 11-834-SLR

FEDERAL EXPRESS CORPORATION, *et al.*,

          Defendants**.**

## <u>NOTICE OF SERVICE</u>

PLEASE TAKE NOTICE that, on August 6, 2012, copies of (1) **CYBERFONE SYSTEMS, LLC'S DISCLOSURE OF INFRINGEMENT CONTENTIONS AGAINST AIR CANADA** were served upon the following counsel as shown:

**BY ELECTRONIC MAIL**

Jack B. Blumenfeld
Karen Jacobs Louden
MORRIS NICHOLS ARSHT & TUNNELL
1201 North Market Street
Wilmington, DE 19801

Stephen E. Baskin
KILPATRICK, TOWNSEND &
  STOCKTON LLP
607 14th Street, NW, Suite 900
Washington, DC 20005

John C. Alemanni
KILPATRICK, TOWNSEND &
  STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC 27101-2400

PLEASE ALSO TAKE NOTICE that, on August 6, 2012, copies of (2) **CYBERFONE SYSTEMS, LLC'S DISCLOSURE OF INFRINGEMENT CONTENTIONS AGAINST AIRTRAN AIRWAYS, INC.** were served upon the following counsel as shown:

**BY ELECTRONIC MAIL**

Kelly E. Farnan
RICHARDS LAYTON & FINGER P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801

Max Ciccarelli
Justin S. Cohen
THOMPSON & KNIGHT LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, TX  75201

PLEASE ALSO TAKE NOTICE that, on August 6, 2012, copies of (3) **CYBERFONE SYSTEMS, LLC'S DISCLOSURE OF INFRINGEMENT CONTENTIONS AGAINST BARNES & NOBLE, INC.** were served upon the following counsel as shown:

**BY ELECTRONIC MAIL**

Philip A. Rovner
Jonathan A. Choa
POTTER ANDERSON & CORROON
Hercules Plaza, Sixth Floor
1313 North Market Street
Wilmington, DE  19801

Melissa J. Baily, Esq.
Adam Botzenhart, Esq.
QUINNE MANUEL
50 California Street, 22nd Floor
San Francisco, California  94111

PLEASE ALSO TAKE NOTICE that, on August 6, 2012, copies of (4) **CYBERFONE SYSTEMS, LLC'S DISCLOSURE OF INFRINGEMENT CONTENTIONS AGAINST DHL EXPRESS (USA), INC.** were served upon the following counsel as shown:

**BY ELECTRONIC MAIL**

Eve H. Ormerod
Gregory E. Stuhlman
GREENBERG TRAURIG LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE  19801

Kimberly A. Warshawsky
GREENBERG TRAURIG LLP
2375 East Camelback Road, Suite 700
Phoenix, AZ 85016

Mary-Olga Lovett
GREENBERG TAURIG LLP
1000 Louisiana Street, Suite 1700
Houston, TX 77002

PLEASE ALSO TAKE NOTICE that, on August 6, 2012, copies of (5) **CYBERFONE SYSTEMS, LLC'S DISCLOSURE OF INFRINGEMENT CONTENTIONS AGAINST EQUINOX PAYMENTS, LLC** were served upon the following counsel as shown:

**BY ELECTRONIC MAIL**

Rex A. Donnelly, IV
RATNER & PRESTIA
1007 Orange Street, Suite 1100
Wilmington, DE  19801

M. Elizabeth Day
Marc C. Belloli
Sal Lim
FEINBERG DAY ALBERTI &
THOMPSON LLP
401 Florence Street, Suite 200
Palo Alto, CA 94301

PLEASE ALSO TAKE NOTICE that, on August 6, 2012, copies of (6) **CYBERFONE SYSTEMS, LLC'S DISCLOSURE OF INFRINGEMENT CONTENTIONS AGAINST HILTON WORLDWIDE, INC.** were served upon the following counsel as shown:

**BY ELECTRONIC MAIL**

Jack B. Blumenfeld
Karen Jacobs Louden
MORRIS NICHOLS ARSHT & TUNNELL
1201 North Market Street
Wilmington, DE  19801

PLEASE ALSO TAKE NOTICE that, on August 6, 2012, copies of (7) **CYBERFONE SYSTEMS, LLC'S DISCLOSURE OF INFRINGEMENT CONTENTIONS AGAINST PANDIGITAL, INC.** were served upon the following counsel as shown:

**BY ELECTRONIC MAIL**

Rex A. Donnelly, IV
RATNER & PRESTIA
1007 Orange Street, Suite 1100
Wilmington, DE  19801

James P. Martin
SHARTSIS FRIESE LLP
One Maritime Plaza, Eighteenth Floor
San Francisco,CA  94111

PLEASE ALSO TAKE NOTICE that, on August 6, 2012, copies of (8) **CYBERFONE SYSTEMS, LLC'S DISCLOSURE OF INFRINGEMENT CONTENTIONS AGAINST MARRIOTT INTERNATIONAL, INC.** were served upon the following counsel as shown:

**BY ELECTRONIC MAIL**

Frederick L. Cottrell, III
Anne S. Gaza
Travis S. Hunter
RICHARDS LAYTON & FINGER P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

John L. Cuddihy, Esq.
Brian M. Koide, Esq.
Craig P. Lytle, Esq.
Jeffrey Ahdoot, Esq.
CROWELL & MORING
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

PLEASE ALSO TAKE NOTICE that, on August 6, 2012, copies of (9) **CYBERFONE SYSTEMS, LLC'S DISCLOSURE OF INFRINGEMENT CONTENTIONS AGAINST MOTOROLA SOLUTIONS, INC.** were served upon the following counsel as shown:

**BY ELECTRONIC MAIL**

Jack B. Blumenfeld
Karen Jacobs Louden
MORRIS NICHOLS ARSHT & TUNNELL
1201 North Market Street
Wilmington, DE 19801

Michael L. Brody
Jonathan E. Retsky
Thomas M. Williams
James Winn
Krishnan Padmanabhan
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

PLEASE ALSO TAKE NOTICE that, on August 6, 2012, copies of (10) **CYBERFONE SYSTEMS, LLC'S DISCLOSURE OF INFRINGEMENT CONTENTIONS AGAINST SOUTHWEST AIRLINES CO.** were served upon the following counsel as shown:

**BY ELECTRONIC MAIL**

Kelly E. Farnan
RICHARDS LAYTON & FINGER P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801

Max Ciccarelli
Justin S. Cohen
THOMPSON & KNIGHT LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, TX  75201

PLEASE ALSO TAKE NOTICE that, on August 6, 2012, copies of (11) **CYBERFONE**

**SYSTEMS, LLC'S DISCLOSURE OF INFRINGEMENT CONTENTIONS AGAINST US**

**AIRWAYS, INC.** were served upon the following counsel as shown:

**BY ELECTRONIC MAIL**

Jack B. Blumenfeld
Karen Jacobs Louden
Mary Graham
MORRIS NICHOLS ARSHT & TUNNELL
1201 North Market Street
Wilmington, DE  19801
John C. Alemanni
KILPATRICK, TOWNSEND &
  STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC 27101-2400

Stephen E. Baskin
KILPATRICK, TOWNSEND &
  STOCKTON LLP
607 14th Street, NW, Suite 900
Washington, DC 20005

PLEASE ALSO TAKE NOTICE that, on August 7, 2012, copies of (12 this **NOTICE**

**OF SERVICE** were served as shown:

**BY ELECTRONIC MAIL AND HAND DELIVERY**

Jack B. Blumenfeld
Karen Jacobs Louden
Rodger D. Smith, II
MORRIS NICHOLS ARSHT & TUNNELL
1201 North Market Street
Wilmington, DE  19801

John G. Day
Andrew C. Mayo
Tiffany Geyer Lydon
ASHBY & GEDDES
500 Delaware Avenue, Eighth Floor
Wilmington, DE  19801

Frederick L. Cottrell, III
Anne S. Gaza
Travis S. Hunter
RICHARDS LAYTON & FINGER P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801

Rex A. Donnelly, IV
RATNER & PRESTIA
1007 Orange Street, Suite 1100
Wilmington, DE  19801

Kelly E. Farnan
RICHARDS LAYTON & FINGER P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON
Hercules Plaza, Sixth Floor
1313 North Market Street
Wilmington, DE  19801

Philip A. Rovner
Jonathan A. Choa
POTTER ANDERSON & CORROON
Hercules Plaza, Sixth Floor
1313 North Market Street
Wilmington, DE  19801

Eve H. Ormerod
Gregory E. Stuhlman
GREENBERG TRAURIG LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE  19801

Chad S.C. Stover
CONNOLLY BOVE LODGE & HUTZ
The Nemours Building
1007 North Orange Street
Wilmington, DE  19801

**BY ELECTRONIC AND U.S. MAIL**

John C. Alemanni
KILPATRICK, TOWNSEND &
  STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC 27101-2400

Wab P. Kadaba
George L. Murphy
KILPATRICK, TOWNSEND &
  STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4528

Bradley C. Caldwell
Holly E. Engelmann
McKOOL SMITH
300 Crescent Court, Suite 1500
Dallas, TX 75201

Max Ciccarelli
Justin S. Cohen
THOMPSON & KNIGHT LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, TX  75201

Benjamin G. Damstedt
Timothy S. Teter
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130

Darren E. Donnelly
J. David Hadden
Ryan J. Marton
William A. Moseley
Saina S. Shamilov
FENWICK & WEST LLP
Mountain View
Silicon Valley Center
801 California Street
Mountain View, CA  94041

Christopher Kao
PERKINS COIE
3150 Porter Drive
Palo Alto, CA  94304-1212

Bobbie J. Wilson
PERKINS COIE
Four Embarcadero Center, Suite 2400
San Francisco, CA  94111-4131

James P. Martin
Lisa Stockholm
SHARTSIS FRIESE LLP
One Maritime Plaza, Eighteenth Floor
San Francisco,CA  94111

Melissa J. Baily, Esq.
Adam Botzenhart, Esq.
QUINNE MANUEL
50 California Street, 22nd Floor
San Francisco, California  94111

Owen W. Dukelow
KOLISCH HARTWELL, P.C.
200 Pacific Building
520 S.W. Yamhill Street
Portland, OR 97204

James J. Foster
Michael N. Rader
Charles Steenburg
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210-2206

John P. Fry
Kelly L. Whitehart
MORRIS MANNING & MARTIN LLP
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, GA 30326

Jordan A. Sigale
LOEB & LOEB LLP
321 North Clark Street, Suite 2300
Chicago, IL  60654

Kimberly A. Warshawsky
GREENBERG TRAURIG LLP
2375 East Camelback Road, Suite 700
Phoenix, AZ 85016

Michael C. Ting, Esquire
FREITAS TSENG & KAUFMAN LLP
100 Marine Parkway, Suite 200
Redwood City, CA  94065

John L. Cuddihy, Esq.
Brian M. Koide, Esq.
Craig P. Lytle, Esq.
Jeffrey Ahdoot, Esq.
CROWELL & MORING
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Stephen E. Baskin
KILPATRICK, TOWNSEND &
    STOCKTON LLP
607 14th Street, NW, Suite 900
Washington, DC 20005

Mary-Olga Lovett
GREENBERG TAURIG LLP
1000 Louisiana Street, Suite 1700
Houston, TX 77002

M. Elizabeth Day
Marc C. Belloli
Sal Lim
FEINBERG DAY ALBERTI &
THOMPSON LLP
401 Florence Street, Suite 200
Palo Alto, CA 94301

Michael L. Brody
Jonathan E. Retsky
Thomas M. Williams
James Winn
Krishnan Padmanabhan
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

August 7, 2012

OF COUNSEL:

Marc A. Fenster
Fredricka Ung
Eric Carsten
Daniel Hipskind
Russ, August & Kabat
12424 Wilshire Boulevard, Twelfth Floor
Los Angeles, CA 90025-1031
(310) 826-7474
mfenster@raklaw.com
fung@raklaw.com
ecarsten@raklaw.com
dhipskind@raklaw.com

BAYARD, P.A.

/s/ *Vanessa R. Tiradentes*
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5398)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com

*Attorneys for Plaintiff*
*Cyberfone Systems, LLC*